SEALED BY ORDER OF COURT

E-FILED

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| YEVGENIY ALEKSANDROVICH NIKULIN, | ) Case No. |
| | ) |
| | ) UNDER SEAL |
| | ) 16 71303 MAG |
| *Defendant(s)* | |

FILED
OCT 04 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 3, 2012-March 4, 2012__ in the county of __Santa Clara__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(i) | Obtaining Information from a Protected Computer. |

Maximum penalties
Maximum Imprisonment: 5 years
Maximum Fine: $250,000
Maximum Supervise Release: 3 years
Special Assessment: $100

This criminal complaint is based on these facts:
See attached affidavit of Jeffrey S. Miller

☑ Continued on the attached sheet.

APPROVED AS TO FORM:
_____
MICHELLE J. KANE, AUSA

_____
*Complainant's signature*

Jeffrey S. Miller, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/3/2016

_____
*Judge's signature*

City and state: __San Jose, California__   NATHANAEL M. COUSINS, U.S. Magistrate Judge
*Printed name and title*