1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3723
7      Facsimile: (510) 637-3724
       E-Mail:    michelle.kane3@usdoj.gov
8
   Attorneys for United States of America
9

FILED

OCT 05 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-71303 MAG |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER FOR LIMITED UNSEALING OF COMPLAINT AND ARREST WARRANT |
| v. | |
| YEVGENIY NIKULIN, | |
| Defendant. | |

The United States respectfully requests that the Court unseal the Complaint and arrest warrant in this matter for the limited purpose of permitting the Department of Justice to provide copies of the Complaint and arrest warrant to foreign government officials in connection with the arrest of defendant. The Complaint and arrest warrant should otherwise remain under seal. The United States also requests that this Application and Order be filed under seal until further order of the Court for the reasons stated in the Complaint in order to facilitate defendant's arrest.

//

SEALING APPLICATION & ORDER
16-71303 MAG

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: October 4, 2016         Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Michelle J. Kane

MICHELLE J. KANE
Assistant United States Attorney

## ORDER

On the government's application, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned Complaint and arrest warrant shall be unsealed for the limited purpose of allowing the United States Department of Justice to provide copies to foreign government officials assisting with the arrest of defendant. The Court FURTHER ORDERS that this Application and Order shall be filed under seal until further order of the court with the exception that the Clerk's office may provide copies to the U.S. Attorney's Office and to agents of the Federal Bureau of Investigation.

IT IS SO ORDERED.

DATED: October 5, 2016

HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

CC: AUSA Kane