```
ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    matthew.parrella@usdoj.gov
    michelle.kane3@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00440 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) EXCLUDING TIME FROM APRIL 4, 2018, |
| v. | ) THROUGH APRIL 17, 2018. |
| YEVGENIY ALEXANDROVICH NIKULIN, | ) |
| Defendant. | ) |

Defendant Yevgeniy Nikulin, represented by Deputy Federal Public Defender Gabriela Bischof, and the government, represented by Assistant United States Attorneys Michelle J. Kane and Matthew A. A. Parrella, hereby stipulate to the following:

    1.    The parties appeared before the Court on April 4, 2018, for a detention hearing and attorney appointment.

    2.    The Court set the next appearance in the case before United States District Judge William Alsup on April 17, 2018, at 2:00 p.m. The Court also set a further status conference regarding the defendant's financial affidavit for April 30, 2018, at 9:30 a.m., before United States Magistrate Judge Elizabeth D. Laporte;

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA

3. The parties agreed that the time until the next appearance on April 17, 2018, was necessary for effective preparation of counsel. The government and defense therefore agreed on an exclusion of time under the Speedy Trial Act between April 4, 2018, and April 17, 2018, and the Court so ordered;

4. At the hearing, the parties and the Court signed a stipulation and order excluding time under the Speedy Trial Act, which was filed as ECF No. 11, however, the stipulation erroneously listed the period of exclusion as April 4, 2018, through *April 10, 2018*;

5. To clarify the record, the parties hereby agree that the time between April 4, 2018, and April 17, 2018, is necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding the period from April 4, 2018, through April 17, 2018, from Speedy Trial act calculations outweigh the interests of the public and defendant in a speedy trial, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO STIPULATED.

DATED: April 6, 2018                              Respectfully submitted,

                                                  ALEX G. TSE
                                                  Acting United States Attorney


                                                  /s/
                                                  MICHELLE J. KANE
                                                  MATTHEW A. PARRELLA
                                                  Assistant United States Attorneys


                                                  STEVEN G. KALAR
                                                  Federal Public Defender


                                                  /s/
                                                  GABRIELA BISCHOF
                                                  Counsel for Yevgeniy Alexandrovich Nikulin

//

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA                                        2

1 **ORDER**

2  Based upon the representations of counsel at the April 4, 2018, hearing and the written
3 stipulation, and for good cause shown, the Court finds that failing to exclude the time between April 4,
4 2018, and April 17, 2018, would unreasonably deny the defendant the reasonable time necessary for
5 effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
6 The Court further finds that the ends of justice served by excluding the time between April 4, 2018, and
7 April 17, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public
8 and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April
9 4, 2018, and April 17, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.
10 § 3161(h)(7)(A) and (B)(iv).

11 IT IS SO ORDERED.

12 Dated: April 10, 2018

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA                           3