Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

              Plaintiff(s),

v.

Yevgeniy Aleksandrovich Nikulin

              Defendant(s).

Case No: 3:16-cr-00440

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Arkady Bukh, an active member in good standing of the bar of APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Yevgeniy Aleksandrovich Nikulin in the above-entitled action. My local co-counsel in this case is Valery Nechay, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1123 Avenue Z<br>Brooklyn, NY 11235 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Law Chambers Building, 345 Franklin St.<br>San Francisco, CA 94102 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(718) 376-4766 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 652-8569 |
| MY EMAIL ADDRESS OF RECORD:<br>honorable@usa.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>valerynechaylaw@gmail.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4105615.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/11/18

                                                    Arkady Bukh
                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Arkady Bukh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 11, 2018.

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

PRO HAC VICE APPLICATION & ORDER                                                                  October 2012