VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:  415-652-8569
E-Mail:     adam@gasnerlaw.com

Attorney for Defendant
YEVGENIY NIKULIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YEVGENIY NIKULIN,<br><br>    Defendant. | 3:16-cr-00440-WHA-1<br><br>**NOTICE OF APPEARANCE OF VALERY NECHAY AS COUNSEL FOR YEVGENIY NIKULIN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, VALERY NECHAY, hereby enter my appearance as counsel for defendant YEVGENIY NIKULIN in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number is as follows:

> Valery Nechay
> Law Chambers Building
> 345 Franklin Street
> San Francisco, CA 94102
> Telephone: 415-652-8569

Please serve said counsel with all pleadings and notices in this action.

Dated: April 12, 2018

By: Valery Nechay
Attorney for YEVGENIY NIKULIN