IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. | |

Pursuant to Local Rule 17.1-1, this order sets the following initial schedule to promote a fair and expeditious pretrial of this case. The parties shall submit a stipulation and proposed protective order by **APRIL 20**. Any motion for bills of particulars, motion to dismiss, or other motion based on the face of the operative indictment must be filed by **MAY 8**.

**IT IS SO ORDERED.**

Dated: April 18, 2018.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE