IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>   Defendant. | No. CR 16-00440 WHA<br><br>**NOTICE RE UNSEALING OF ORDER RE SHACKLING OF DEFENDANT AT APRIL 17 HEARING** |

A prior order dated April 18 provided that the order regarding the United States Marshals Service's request that defendant remain shackled at the April 17 hearing would "remain under seal until **APRIL 23 AT NOON**, after which the order shall be filed on the public docket unless one or both parties propose redactions" (Dkt. No. 20). No proposed redactions were filed by the noon deadline. Defense counsel instead raised an objection to the unsealing of the April 18 order through an email to the Courtroom Deputy. Counsel's one-sentence statement of reasons contained in that email fails to set forth good cause for maintaining the April 18 order under seal. Moreover, objections cannot be made by email. Counsel must file any objections on the docket in accordance with the Local Rules.

Accordingly, the order regarding the Marshals' request will be unsealed and filed on the public docket unless one or both parties show good cause to maintain sealing by **TOMORROW AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: April 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE