IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | **ORDER RE SHACKLING OF DEFENDANT AT APRIL 17 HEARING** |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. | |

Immediately prior to the April 17 status hearing in this case, the Courtroom Deputy received an email from the United States Marshals Service requesting that defendant remain shackled during the hearing. The Marshals' request stated in full:

> Good Afternoon Angella, we are requesting that NIKULIN remained [*sic*] fully restrained during his hearing before Judge Alsup this afternoon. NIKULIN has displayed assaultive behavior toward USMS staff, and consistently has attempted to cause damage in our cell block areas. For example today while restrained has [*sic*] made attempts to again cause damage to cell block by throwing wads of wet toilet paper in the ceiling to block ventilation. Additionally, we have been notified by jail staff, he has been defiant against staff (non-compliance). NIKULIN has also displayed resistance towards USMS when being placed in restraints. Thank you

Based on this information, the undersigned judge found that a compelling government purpose would be served by granting the Marshals' request and that shackles were the least restrictive means for maintaining security and order in the courtroom.

This order shall remain under seal until **APRIL 23 AT NOON**, after which the order shall be filed on the public docket unless one or both parties propose redactions.

**IT IS SO ORDERED.**

Dated: April 18, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE