ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE AND EXCLUDING TIME FROM JUNE 26, 2018, THROUGH AUGUST 21, 2018. |
| v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

Defendant Yevgeniy Nikulin, represented by Arkady Bukh and Valery Nechay, and the United States, represented by Assistant United States Attorneys Michelle J. Kane and Matthew A. Parrella, hereby stipulate to the following:

1.    On April 4, 2018, U.S. Magistrate Judge Elizabeth D. Laporte ordered defendant detained pending trial, following defendant's decision not to challenge the government's motion for detention;

2.    On April 11 and 12, 2018, retained counsel Mr. Bukh and Ms. Nechay filed their appearances in this case, replacing defendant's appointed counsel;

3.    The parties appeared before this Court on April 17, 2018, for the first status conference in

this case;

4. The Court set the next appearance on June 26, 2018, at 2:00 p.m. for a further status conference and trial setting;

5. The Court, at the request of the parties, designated the case as complex based on the nature of the prosecution, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) ("it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by [the Speedy Trial Act]");

6. With the agreement of the parties, the Court also excluded the time between April 17, 2018, and June 26, 2018, from Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (failure to grant a requested continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence");

7. The United States has produced discovery to defense counsel, including several terabytes of server logs and internet service provider records. The United States has also produced thousands of pages of reports and analysis with underlying documents. The server logs and many of the provider records require specialized knowledge to process and understand;

8. Defense counsel is reviewing and analyzing the information, but despite the exercise of due diligence, will not be able to complete an adequate assessment of the case in order to be prepared for trial setting on June 26, 2018. In order to allow the defense adequate time to complete its preparation, the parties request that the Court continue the further status conference and trial setting conference to August 21, 2018;

9. The parties continue to agree that the matter is complex based on the nature of the prosecution, and that it is therefore unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). The parties also agree that the time until August 21, 2018, is necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

//

10.     The parties therefore agree that the ends of justice served by granting the requested continuance and excluding the period from June 26, 2018, through August 21, 2018, from Speedy Trial Act calculations outweigh the interests of the public and defendant in a speedy trial, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO STIPULATED.

DATED: June 20, 2018                                Respectfully submitted,

ALEX G. TSE
Acting United States Attorney


/s/
MICHELLE J. KANE
MATTHEW A. PARRELLA
Assistant United States Attorneys


/s/
ARKADY BUKH
Counsel for Yevgeniy Alexandrovich Nikulin


/s/
VALERY NECHAY
Counsel for Yevgeniy Alexandrovich Nikulin

## ORDER

Based upon the stipulation of counsel, and for good cause shown, the Court finds that the case is complex based on the nature of the prosecution and that it is therefore unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii). Also based upon the stipulation of counsel, and for good cause shown, the Court finds that failing to exclude the time between June 26, 2018, and August 21, 2018, would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court

1  further finds that the ends of justice served by granting the continuance outweigh the best interests of the
2  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
3     Therefore, IT IS HEREBY ORDERED that the further status conference and trial setting
4  conference shall be continued from June 26, 2018, to August 21, 2018, at 2:00 p.m. and that the time
5  from June 26, 2018, through August 21, 2018, shall be excluded from computation under the Speedy
6  Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).
7  IT IS SO ORDERED.
8  Dated:

HON. WILLIAM ALSUP
United States District Judge