**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO CONTINUE STATUS CONFERENCE** |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. / | |

The parties' joint request to continue the June 26 status conference is **DENIED**. The Court is concerned with the speed at which discovery in this matter is being produced and reviewed. At Tuesday's hearing, counsel should be prepared to discuss what has gone wrong in the preparation of this case and how it can be fixed.

**IT IS SO ORDERED.**

Dated: June 20, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE