1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      michelle.kane3@usdoj.gov
       matthew.parrella@usdoj.gov
9
   Attorneys for United States of America
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,         )   No. CR 16-00440 WHA
15                                   )
          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
16                                   )   EXCLUDING TIME FROM JUNE 26, 2018,
     v.                              )   THROUGH JULY 24, 2018.
17                                   )
   YEVGENIY ALEXANDROVICH NIKULIN,    )
18                                   )
          Defendant.                  )
19                                   )
                                     )
20

21     Defendant Yevgeniy Nikulin, represented by Arkady Bukh and Valery Nechay, and the United

22  States, represented by Assistant United States Attorneys Michelle J. Kane and Matthew A. Parrella,

23  hereby stipulate to the following:

24     1.   The parties appeared before the Court on June 26, 2018, for a status conference;

25     2.   The Court set the next appearance in the case on July 24, 2018, at 2:00 p.m. for a further

26  status conference;

27     3.   The Court, with the agreement of the parties, continued the previous complex case

28  designation based on the nature of the prosecution, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA

1    4.   The Court, also with the agreement of the parties, found that the time until the next
2 appearance was necessary for effective preparation of defense counsel, taking into account the exercise
3 of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);
4    5.   The parties agreed that the ends of justice served by excluding the period from June 26,
5 2018, through July 24, 2018, from Speedy Trial Act calculations outweigh the interests of the public and
6 defendant in a speedy trial, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
7 IT IS SO STIPULATED.
8 DATED: June 29, 2018                         Respectfully submitted,
9                                              ALEX G. TSE
                                               Acting United States Attorney
10
11                                             /s/
                                               MICHELLE J. KANE
12                                             MATTHEW A. PARRELLA
                                               Assistant United States Attorneys
13
14                                             /s/
                                               ARKADY BUKH
15                                             Counsel for Yevgeniy Alexandrovich
                                               Nikulin
16
17                                             /s/
                                               VALERY NECHAY
18                                             Counsel for Yevgeniy Alexandrovich
                                               Nikulin
19

20                                   **ORDER**

21    Based upon the agreement of counsel at the June 26, 2018, status conference, and for good cause
22 shown, the Court finds that the case is complex based on the nature of the prosecution and that it is
23 therefore unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself
24 within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii). Also based
25 upon the agreement of counsel, and for good cause shown, the Court finds that failing to exclude the
26 time between June 26, 2018, and July 24, 2018, would unreasonably deny counsel for the defendant the
27 reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18
28

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA                              2

U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time from June 26, 2018, through July 24, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated: June 29, 2018.

HON. WILLIAM ALSUP
United States District Judge