**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. | |

Due to the undersigned judge's unavailability, the August 7 status conference is **CONTINUED** to **AUGUST 14 AT 2:00 P.M.**  Defense counsel shall please ensure that their subpoena for mental health records reflects this change.

**IT IS SO ORDERED.**

Dated: July 27, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE