ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION AND REQUEST FOR HEARING DATE. |
| v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

The United States, by and through Assistant United States Attorneys Michelle J. Kane and Matthew A. Parrella, respectfully submits this response to defendant's Notice of Motion and Motion for Mental Competency Hearing and Psychiatric Evaluation, filed August 10, 2018. ECF. No. 49. The United States does not oppose defendant's request that the court order a psychiatric evaluation of defendant. In order to ensure a prompt resolution of the issue, we request that the Court set a hearing on

//

U.S. RESP. TO MOT.
CR 16-00440 WHA

1  defendant's mental competency, pursuant to 18 U.S.C. § 4241(a), for October 9, 2018, at 2:00 pm.
2  Valery Nechay, counsel for defendant, has informed counsel for the government that she is available for
3  a hearing on that date.

4  DATED: August 10, 2018                    Respectfully submitted,

5                                            ALEX G. TSE
                                             United States Attorney
6

7
                                             /s/
8                                            MICHELLE J. KANE
                                             MATTHEW A. PARRELLA
9                                            Assistant United States Attorneys

U.S. RESP. TO MOT.
CR 16-00440 WHA                    2