**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | **NOTICE AND ORDER RE TODAY'S HEARING** |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. / | |

The United States Marshals Service has advised the Court that defendant Nikulin refused to attend today's hearing and accordingly remains at Santa Rita Jail. Counsel is advised that the undersigned judge will call the matter anyway and ask for counsel's input on how to proceed given the circumstances. After receiving counsel's input, defendant's pending motion for a mental competency hearing and psychiatric evaluation may be decided on the papers.

**IT IS SO ORDERED.**

Dated: August 14, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE