IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>  Defendant.<br> / | No. CR 16-00440 WHA<br><br>**SECOND NOTICE RE TODAY'S HEARING** |

     The Court has received a statement from Alameda County Sheriff's Deputy S. White regarding defendant Nikulin's refusal to attend today's hearing. For the benefit of the parties, Deputy White's statement is included below. As previously stated, however, today's hearing remains on calendar.

**IT IS SO ORDERED.**

Dated: August 14, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Below is a statement From Alameda County Sheriff's Deputy S. White, Badge# 2198 regarding the refusal of Yevgeniy Nikulin to be transported to court on Tuesday August 14, 2018.

Yevgeniy Nikulin is a U. S. Marshal prisoner housed at Alameda County Jail, Santa Rita facility. This is a contract jail where USMS houses numerous prisoners.

Normally prisoners on a pickup list are awakened by deputies in the prisoner's housing unit and brought down to a holding tank at approximately 0430 – 0500 hours to be picked up by transportation deputies. On August 13, a list of prisoners that were required for court on August 14th was sent to Santa Rita jail. Yevgeniy Nikulin's name was on this list.

At approximately 0400 on August 14, 2018 the housing unit deputy requested Nikulin get ready for court, Nikulin did not get ready. At approximately 0430 the Intake/Transfer/Release deputy came to get Nikulin to bring him to the holding tank. He refused to leave his cell.

At 0545 hours Deputy White was informed that Nikulin refused to leave his cell. She went to his cell to see if she could convince him to be transported to court. Prisoner Nikulin again refused to leave his cell. He was not sick or injured, he just said no to going to court. Nikulin was in his bunk and Deputy White said it was time to go to court and Nikulin answered "I'm not going".

At approximately 0600 Deputy White informed the USMS control center that Nikulin refused to leave his cell and come to court. The transportation teal left Santa Rita t bring in the remaining prisoners.

_S. WHITE #2198_

Deputy S. White, Alameda County Sheriffs Dept.