UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: William Alsup  Time in Court: 2 minutes
Date: August 14, 2018
Case No. 16-cr-00440-WHA-1

**United States of America**   v.   **Yevgeniy Aleksandrovich Nikulin**

Defendant
Not Present

U.S. Attorney  
Matthew Parrella

Defense Counsel  
Valary Nechay

Deputy Clerk: Tracy Geiger

Reporter: Debra Pas

Russian Interpreter: No Appearance

*PROCEEDINGS*

| | |
|---|---|
| REASON FOR HEARING: | Defendant's Motion for Mental Competency Hearing And Psychiatric Evaluation /Status Conference |
| RESULT OF HEARING: | Defendant not present – Alameda County Sheriff's Deputy S. White informed the Court that the defendant refused to leave his cell this a.m. The Court deemed the defendant's appearance waived for this hearing. The Court provided counsel with a tentative order granting defendant's motion and directed counsel to meet and confer by August 24, 2018 by noon, and submit a name of a qualified examiner. |

CONTINUED TO: **October 9, 2018 at 2:00 pm** for Competency Hearing

Time is excluded through **10/9/2018** for effective preparation / continuity of counsel.

The Government shall prepare a proposed order.

1