IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>Plaintiff,  <br>v.  <br>YEVGENIY ALEKSANDROVICH NIKULIN,  <br>Defendant. | No. CR 16-00440 WHA  <br><br>**REQUEST FOR COMMENT** |

Before appointing the proposed medical examiner, the Court wishes counsel to comment on his professional status, including his probationary status with the California Medical Board arising out of complaints of unprofessional conduct and gross negligence. Please comment by **AUGUST 27 AT NOON**.

Dated: August 24, 2018.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE