IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>    Defendant.<br>                                          / | No. CR 16-00440 WHA<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

      Defendant Yevgeniy Nikulin's administrative motion to file under seal defendant's response to the Court's August 24 order is **DENIED**. Defendant shall re-file his submission on the public docket.

      **IT IS SO ORDERED.**

Dated: September 5, 2018.

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE