ARKADY BUKH
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033
Email: honorable@usa.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-652-8569
E-Mail:        valery@nechaylaw.com

Attorneys for Defendant
Yevgeniy Nikulin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>YEVGENIY NIKULIN,<br><br>a/k/a "Chinabig01"<br>a/k/a "dex.007"<br>a/k/a "valeriy.krutov3"<br>a/k/a "itBlackHat",<br>　　　　　　　　Defendant. | 3:16-cr-00440-WHA-1<br><br>**Defendant's Status Report** |

　　　　Arkady Bukh respectfully submits this status report to inform the Court of the status of Defendant's psychiatric evaluation ordered by this Court for Defendant's mental competency hearing.  Dkt. 60.

Dr. Alexander Grinberg, the medical examiner appointed by this Court, has not been able to perform a psychiatric examination of Defendant Nikulin and to determine Nikulin's mental competency pursuant to 18 U.S.C. § 4241(b). Dr. Alexander Grinberg informed me that he visited Defendant's correctional facility three times to perform said examination. However, Defendant failed to cooperate with the evaluation as he refused to meet Dr. Alexander Grinberg.

In light of this fact, the undersigned seeks this Court's guidance as to how he should proceed with respect to compliance with Court-ordered mental examination of Defendant.

Dated:  Brooklyn, New York
        October 1, 2018

                                        Respectfully submitted,

                                        / s/ Arkady Bukh
                                        _____
                                        Arkady Bukh, Esq.
                                        Attorney for Yevgeniy Nikulin
                                        Bukh Law Firm, PLLC
                                        1123 Avenue Z
                                        Brooklyn, NY 11235
                                        (718) 376-4766
                                        honorable@usa.com