1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

YEVGENIY ALEKSANDROVICH
NIKULIN,

        Defendant.

_____/

No. CR 16-00440 WHA

**AMENDED ORDER
RE TUESDAY'S
COMPETENCY HEARING**

A criminal defendant has the right to be present at each stage of the proceedings. Defendant Yevgeniy Nikulin has already refused to appear in court once. A September 4 order subsequently granted defendant's motion for a hearing to determine his competency to stand trial. Defendant now refuses to cooperate in his competency evaluation (Dkt. Nos. 60, 63).

Defendant does not have a right to obstruct the orderly prosecution of this case. The undersigned hereby directs the United States Marshals Service and the Alameda County Sheriff's Office to bring defendant to court on Tuesday, October 9 (forcibly or otherwise) unless defendant's counsel presents medical evidence beforehand that defendant's transport to the courthouse will endanger his health.

In similar circumstances, a defendant's refusal to attend proceedings has been deemed a voluntary waiver of his right to be present. *See, e.g., United States v. George*, 127 F.3d 1107 (9th Cir. 1997). Nevertheless, before resorting to waiver, the undersigned directs the Marshals

1    Service and Alameda County Sheriff's Office to bring defendant to court.  Dr. Alexander

2    Grinberg shall also personally appear at the October 9 hearing.

3

4         **IT IS SO ORDERED.**

5

6    Dated: October 5, 2018.



7                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2