UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: William Alsup   Time in Court: 12 minutes
Date: October 9, 2018
Case No. 16-cr-00440-WHA-1

**United States of America**   v.   **Yevgeniy Aleksandrovich Nikulin\***

☒ Defendant Present
☐ Not Present
☒ In Custody

U.S. Attorney
Michelle Kand, Matthew Parrella

Defense Counsel
Valary Nechay

Deputy Clerk: Tracy Geiger   Reporter: Katherine Sullivan

\*Russian Interpreter: Marina Brodskaya

*PROCEEDINGS*

REASON FOR HEARING: Competency Hearing

RESULT OF HEARING: Dr. Grinberg was unable to do an examination because the defendant would not cooperate.

The Court ordered the defendant into the custody of the Attorney General/ Bureau of Prisons for a psychiatric examination.

The trial and related dates are vacated.

CONTINUED TO: **February 12, 2019 at 2:00 pm** for Status re: Competency Examination

Time is excluded through **February 12, 2019** for effective preparation / continuity of counsel. The Government shall prepare a proposed order.

1