1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       michelle.kane3@usdoj.gov
        matthew.parrella@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           ) No. CR 16-00440 WHA
15                                     )
          Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER FOR
16                                     ) COMMITMENT TO CUSTODY OF ATTORNEY
      v.                               ) GENERAL FOR MENTAL COMPETENCY
17                                     ) EVALUATION AND SETTING MENTAL
   YEVGENIY ALEXANDROVICH NIKULIN,     ) COMPETENCY HEARING PURSUANT TO 18
18                                     ) U.S.C. §§ 4241 AND 4247.
          Defendant.                   )
19                                     )
                                       )
20

21       Defendant Yevgeniy Nikulin, represented by Arkady Bukh and Valery Nechay, and the United

22 States, represented by Assistant United States Attorneys Michelle J. Kane and Matthew A. Parrella,

23 //

24

25

26

27

28

   STIPULATION & [PROPOSED] ORDER
   CR 16-00440 WHA

hereby jointly submit the following proposed order as requested by the Court at the October 9, 2018, hearing.

IT IS SO STIPULATED.

DATED: October 10, 2018                                Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/
MICHELLE J. KANE
MATTHEW A. PARRELLA
Assistant United States Attorneys

/s/
ARKADY BUKH
Counsel for Yevgeniy Alexandrovich Nikulin

/s/
VALERY NECHAY
Counsel for Yevgeniy Alexandrovich Nikulin

**ORDER**

On September 4, 2018, the Court granted defendant Nikulin's motion for a hearing to determine his competency to stand trial pursuant to 18 U.S.C. § 4241 and ordered Dr. Alexander Grinberg to conduct an examination of defendant. The Court has previously found, based on the record herein — including defense counsel's declaration and the United States Marshals Service's representations regarding Nikulin's in-custody behavior —that there is reasonable cause to believe that defendant Nikulin "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Based on defendant's Status Report, filed October 1, 2018, the Court finds that defendant has refused to participate in the mental competency examination by Dr. Grinberg. Therefore, pursuant to 18 U.S.C. § 4247(b), and with the agreement of defendant at the October 9, 2018, hearing, the Court hereby

ORDERS defendant committed for a reasonable period, not to exceed thirty days, to the custody of the Attorney General for placement in a suitable facility for purposes of an examination pursuant to 18 U.S.C. § 4241(b). The director of the facility may apply for a reasonable extension, not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant, as provided in 18 U.S.C. § 4247(b). Defendant Nikulin requires the assistance of a Russian language interpreter.

The psychiatric report shall be filed with the Court and copies shall be provided to defense counsel and counsel for the government. 18 U.S.C. § 4247(c). The psychiatric report shall include the following information as required by 18 U.S.C. § 4247(c):

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed, and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

A hearing to determine the mental competency of defendant Nikulin will be held on February 12, 2019, at 2:00 p.m. The examiner's report shall be provided to the Court by February 5, 2019.

IT IS SO ORDERED.

Dated: _____

HON. WILLIAM ALSUP
United States District Judge