ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YEVGENIY ALEXANDROVICH NIKULIN, <br><br> Defendant. | No. CR 16-00440 WHA <br><br> STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES AND EXCLUDING TIME FROM OCTOBER 9, 2018, THROUGH FEBRUARY 12, 2019. |

    Defendant Yevgeniy Nikulin, represented by Arkady Bukh and Valery Nechay, and the United States, represented by Assistant United States Attorneys Michelle J. Kane and Matthew A. Parrella, hereby stipulate to the following:

    1.    The parties appeared before the Court on October 9, 2018, for a mental competency hearing;

    2.    Because defendant has refused to meet with the psychiatrist appointed by the Court to conduct the mental competency examination, the government requested, and the defendant agreed, that he be committed to the custody of the Attorney General for an examination to determine his

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA

1 | competency, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b);

2 |   3. The Court agreed and so ordered;

3 |   4. The Court set a new mental competency hearing for February 12, 2019, and vacated the
4 | pretrial and trial dates in its Supplemental Scheduling Order entered July 6, 2018;

5 |   5. The Court, with the agreement of the parties, has previously designated this a complex
6 | case based on the nature of the prosecution, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

7 |   6. At the October 9, 2018, hearing, the Court, with the agreement of the parties, found that
8 | the time until the February 12, 2018, hearing was an excludable delay resulting from proceedings,
9 | including examinations, to determine the mental competency of the defendant, pursuant to 18 U.S.C.
10 | § 3161(h)(1)(A);

11 |   7. The parties therefore agreed that the period from October 9, 2018, through February 12,
12 | 2019, should be excluded from Speedy Trial Act calculations.

13 | IT IS SO STIPULATED.

14 | DATED: October 10, 2018      Respectfully submitted,

15 |             ALEX G. TSE
            United States Attorney

17 |             /s/
            MICHELLE J. KANE
18 |             MATTHEW A. PARRELLA
            Assistant United States Attorneys

20 |             /s/
            ARKADY BUKH
21 |             Counsel for Yevgeniy Alexandrovich
            Nikulin

23 |             /s/
            VALERY NECHAY
24 |             Counsel for Yevgeniy Alexandrovich
            Nikulin

**ORDER**

The pretrial and trial dates contained in the Court's Supplemental Scheduling Order are VACATED.

Based on the previous agreement of counsel and for good cause shown, the Court finds that the case is complex based on the nature of the prosecution and that it is therefore unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

With the agreement of counsel at the October 9, 2018, hearing, the Court finds that the time until the February 12, 2019, mental competency hearing is excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) as delay resulting from proceedings, including examinations, to determine the mental competency of the defendant.

Therefore, IT IS HEREBY ORDERED that the time from October 9, 2018, through February 12, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (7)(B)(ii).

IT IS SO ORDERED.

Dated:

HON. WILLIAM ALSUP
United States District Judge