ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR COMMITMENT TO CUSTODY OF ATTORNEY GENERAL FOR MENTAL COMPETENCY EVALUATION AND SETTING MENTAL COMPETENCY HEARING PURSUANT TO 18 U.S.C. §§ 4241 AND 4247. |
| v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

Defendant Yevgeniy Nikulin, represented by Arkady Bukh and Valery Nechay, and the United States, represented by Assistant United States Attorneys Michelle J. Kane and Matthew A. Parrella,

//

STIPULATION & [~~PROPOSED~~] ORDER
CR 16-00440 WHA

hereby jointly submit the following proposed order as requested by the Court at the October 9, 2018, hearing.

IT IS SO STIPULATED.

DATED: October 10, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/
MICHELLE J. KANE
MATTHEW A. PARRELLA
Assistant United States Attorneys

/s/
ARKADY BUKH
Counsel for Yevgeniy Alexandrovich Nikulin

/s/
VALERY NECHAY
Counsel for Yevgeniy Alexandrovich Nikulin

**ORDER**

On September 4, 2018, the Court granted defendant Nikulin's motion for a hearing to determine his competency to stand trial pursuant to 18 U.S.C. § 4241 and ordered Dr. Alexander Grinberg to conduct an examination of defendant. The Court has previously found, based on the record herein — including defense counsel's declaration and the United States Marshals Service's representations regarding Nikulin's in-custody behavior — that there is reasonable cause to believe that defendant Nikulin "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Based on defendant's Status Report, filed October 1, 2018, the Court finds that defendant has refused to participate in the mental competency examination by Dr. Grinberg. Therefore, pursuant to 18 U.S.C. § 4247(b), and with the agreement of defendant at the October 9, 2018, hearing, the Court hereby

1  ORDERS defendant committed for a reasonable period, not to exceed thirty days, to the custody of the
2  Attorney General for placement in a suitable facility for purposes of an examination pursuant to 18
3  U.S.C. § 4241(b). The director of the facility may apply for a reasonable extension, not to exceed fifteen
4  days, upon a showing of good cause that the additional time is necessary to observe and evaluate the
5  defendant, as provided in 18 U.S.C. § 4247(b). Defendant Nikulin requires the assistance of a Russian
6  language interpreter.

7      The psychiatric report shall be filed with the Court and copies shall be provided to defense
8  counsel and counsel for the government. 18 U.S.C. § 4247(c). The psychiatric report shall include the
9  following information as required by 18 U.S.C. § 4247(c):

10      (1) the defendant's history and present symptoms;
11      (2) a description of the psychiatric, psychological, and medical tests that were employed, and
12          their results;
13      (3) the examiner's findings; and
14      (4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering
15          from a mental disease or defect rendering him mentally incompetent to the extent that he is
16          unable to understand the nature and consequences of the proceedings against him or to assist
17          properly in his defense.

18      A hearing to determine the mental competency of defendant Nikulin will be held on February 12,
19  2019, at 2:00 p.m. The examiner's report shall be provided to the Court by February 5, 2019.

20  IT IS SO ORDERED.

21  Dated: October 10, 2018.   _____
22                                            HON. WILLIAM ALSUP
                                          United States District Judge