IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

YEVGENIY ALEKSANDROVICH NIKULIN,

    Defendant.

No. CR 16-00440 WHA

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO COMPLETE EVALUATION**

     An October 10 order committed defendant Yevgeniy Nikulin to the custody of the Attorney General for placement in a suitable facility for purposes of an examination pursuant to 18 U.S.C. § 4241(b). That order further provided that "[t]he director of the facility may apply for a reasonable extension, not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant, as provided in 18 U.S.C. § 4247(b)" (Dkt. No. 70). Having received such an application, and for good cause shown, the Bureau of Prisons' request for a fifteen-day extension to complete the evaluation is **GRANTED**. The examiner's report shall be provided to the Court by February 8, 2019. The government shall please provide a copy of this order to the Bureau of Prisons.

    **IT IS SO ORDERED.**

Dated: December 18, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE