**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE AND EVIDENTIARY HEARING** |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. | |

The parties' stipulated request to continue the March 12 status conference is **DENIED**. The parties' request to continue the March 19 evidentiary hearing is also **DENIED**, without prejudice to the parties renewing their request at the March 12 status conference.

**IT IS SO ORDERED.**

Dated: March 10, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE