# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

| | | | |
|---|---|---|---|
| Judge: | **William Alsup** | Time in Court: | 2 hours and 14 minutes |
| Date: | **April 30, 2019** | | |
| Case No. | <u>16-cr-00440-WHA-1</u> | | |

**United States of America**     v.     **Yevgeniy Aleksandrovich Nikulin**

　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　√   Present
　　　　　　　　　　　　　　☐   Not Present
　　　　　　　　　　　　　　√   In Custody

U.S. Attorney　　　　　　　　　　　　　　　　Defense Counsel
Michelle Kane　　　　　　　　　　　　　　　　George Grasso
Matthew Parrella

Russian Interpreter(s):
Maria Entchevitch
Marina Brodskaya

Deputy Clerk:  Tracy Geiger and Lashanda Scott　　　　Reporter:  Debra Pas

## *PROCEEDINGS*

REASON FOR HEARING:　　Evidentiary re: Competency Hearing

RESULT OF HEARING:　　　Government Witness: Dr. Lesli Johnson
　　　　　　　　　　　　　Defense Witness: Alexander Grinberg

CONTINUED TO: June 11, 2019 at 2:00 pm for Further Evidentiary/Motion Hearing.  Defendant remanded to US Marshal. The Court excludes time for effective preparation of counsel from April 30, 2019 to  June 11, 2019.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16-cr-00440-WHA-1        USA v. Yevgeniy Aleksandrovich Nikulin

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | **Michelle Kane, Matt Parrella** | **George Grasso** |
| TRIAL DATE: | REPORTERS: | CLERK: |
| April 30, 2019 | **Debra Pas** | Tracy Geiger and Lashanda Scott |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 AM | | | Court convened – Government counsel present and | |
| | | | | | Defendant present. Defense counsel – not present. | |
| | | 9:27 AM | | | Defense counsel arrived and requested 5 minutes with | |
| | | | | | Defendant. | |
| | | 9:32 AM | | | Parties stipulate that the two written expert reports | |
| | | | | | May be deemed admitted into evidence. | |
| | | 9:37 AM | | | Government witness: **Dr. Lesli Johnson** | |
| 1 | | 4/30/2019 | X | X | Dr. Johnson's written report (stipulated admission) | |
| 2 | | | X | | | |
| | | 10:20 AM | | | Cross examination of Dr. Lesli Johnson | Dft |
| | | 11:01 AM | | | Cross examination concluded | |
| | | | | | Court questioned witness | |
| | | 11:02 AM | | | Witness excused | |
| | | | | | Defense witness: **Dr. Alexander Grinberg** | |
| | | 11:22 AM | | | Court questioned witness | |

2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 11:24 AM |  | Continued direct examination of Dr. Grinberg | Dft |
|  |  | 11:27 AM |  | Court recess – 30 minutes |  |
|  |  | 12:07 PM |  | Court reconvened – all counsel and defendant present |  |
|  |  |  |  | Continued direct exam of Dr. Alexander Grinberg | Dft |
|  |  | 12:23 PM |  | Cross examination of Dr. Alexander Grinberg | Gvt |
|  |  | 12:58 p.m. |  | Courtroom Deputy – Lashanda Scott |  |
|  |  | 1:13 p.m. |  | Defense re-direct of Dr. Alexander Grinberg | Dft |
|  |  | 1:16 p.m. |  | Witness excused |  |
|  |  | 1:21 p.m. |  | The evidence is complete.  The Court set a briefing schedule – Government's opening brief due by May 8, 2019; Defense responsive brief due by May 15, 2019; Government Reply due by May 20, 2019.  Evidentiary/Motion hearing set for June 11, 2019 at 2:00 p.m.  Defendant remanded to US Marshal. The Court excludes time for effective preparation of counsel from April 30, 2019 to June 11, 2019.  Court adjourned. |  |