# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **NORTHERN DISTRICT OF CALIFORNIA**

U.S. District Court case number: **3:16-cr-00440-WHA-1**

Date case was first filed in U.S. District Court: **10/04/2016**

Date of judgment or order you are appealing: **05/29/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Yevgeniy Nikulin

Is this a cross-appeal?  ☐ Yes  ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

1123 Avenue Z

City: Brooklyn    State: NY    Zip Code: 11235

Prisoner Inmate or A Number (if applicable): 24827-111

**Signature** [signature]    Date 6/13/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                              *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Yevgeniy Nikulin

Name(s) of counsel (if any):
Igor Litvak

Address: Bukh Law Firm, PLLC 1123 Avenue Z Brooklyn, NY 11235

Telephone number(s): (718) 376-4766

Email(s): honorable@usa.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
UNITED STATES OF AMERICA

Name(s) of counsel (if any):
Michelle J. Kane

Address: U.S. Attorney's Office 1301 Clay Street Suite 340S Oakland, CA 94612

Telephone number(s): 510-637-3680

Email(s): michelle.kane3@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　*1*　　　　　　　　　　　　　　*Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6   2   *Rev. 12/01/2018*