1  ARKADY BUKH
   Bukh Law Firm, PLLC
2  1123 Avenue Z
   Brooklyn, NY 11235
3  Phone: (718) 376-4766
4  Fax: (718) 376-3033
   Email: honorable@usa.com
5
   VALERY NECHAY (SBN 314752)
6  Law Chambers Building
   345 Franklin Street
7  San Francisco, CA  94102
   Telephone:     415-652-8569
8  E-Mail:        valery@nechaylaw.com
9
   Attorneys for Defendant
10 Yevgeniy Nikulin

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,         ) No. CR 16-00440 WHA
                                     )
16     Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                     ) RESCHEDULING MOTION HEARING DATE
17     v.                            )
                                     )
18 YEVGENIY ALEXANDROVICH NIKULIN,   )
                                     )
19     Defendant.                    )
                                     )
20 _____  )

21
       Defendant Yevgeniy Nikulin, represented by Arkady Bukh and Valery Nechay, and the United
22
   States, represented by Assistant United States Attorney Michelle J. Kane, hereby stipulate to the
23
   following:
24
       1.    The Court set a hearing regarding Defendant counsel Bukh Law Firm's motion to
25
   withdraw as counsel for July 17, 2019.
26
       2.    Defense counsel is not available to appear on July 17, 2019
27
       3.    The parties agree to reschedule said hearing for August 6, 2019.
28

STIPULATION & [PROPOSED] ORDER         1
CR 16-00440 WHA

4. The Court has already excluded time from Speedy Trial Act calculations until the January 13, 2020, trial date.

IT IS SO STIPULATED.

DATED: July 11, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
Assistant United States Attorney

/s/
ARKADY BUKH
Counsel for Yevgeniy Alexandrovich Nikulin

/s/
VALERY NECHAY
Counsel for Yevgeniy Alexandrovich Nikulin

## ORDER

Based upon the stipulation of counsel, and for good cause shown, the Court HEREBY ORDERS that the hearing on Defendant counsel Bukh Law Firm's motion to withdraw as counsel is scheduled for August 6, 2019.

IT IS SO ORDERED.

Dated:

HON. WILLIAM ALSUP
United States District Judge