

FILED

JUL 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-10207 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00440-WHA<br>Northern District of California,<br>San Francisco |
| v. | |
| YEVGENIY ALEKSANDROVICH NIKULIN, AKA Chinabig01, AKA dex.007, AKA itBlackHat, AKA valeriy.krutov3, | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 4) is granted. *See* Fed. R. App. P. 42(b). This dismissal is without prejudice to a new, timely filed appeal from a final reviewable order.

This order served on the district court shall act as and for the mandate of this court.