Valery Nechay (SBN 314752)
Law Chambers Building
345 Franklin St.
San Francisco, CA 94102
valery@nechaylaw.com
650-761-0148

**FILED**

AUG 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT ATTORNEY CONTACT VISITS |
| v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

**ORDER**

The Court finds the ends of justice are served by allowing Defendant Yevgeniy ALEXANDROVICH NIKULIN contact visits with his attorney(s) of record, *including Valery Nechay + Adam Gasner,*

IT IS SO ORDERED.

Dated: 8/6/19

_____
HON. WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA