1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        michelle.kane3@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 16-00440 WHA
14                                     )
              Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
15                                     )   ADJUSTING CERTAIN PRETRIAL FILING
       v.                              )   DATES
16                                     )
   YEVGENIY ALEXANDROVICH NIKULIN,     )   Trial: March 9, 2020
17                                     )   Pretrial Conference: February 26, 2020
              Defendant.               )   Time: 2:00 p.m.
18                                     )   Courtroom No. 12
   _____)
19

20        Defendant Yevgeniy Nikulin, represented by appointed counsel Adam Gasner and Valery

21  Nechay, and the United States, represented by Assistant United States Attorney Michelle J. Kane,

22  hereby stipulate to the following:

23        1.    The Court has set the trial of this matter to begin March 9, 2020;

24        2.    On September 17, 2019, the Court approved the parties' proposed pretrial schedule (ECF

25  No. 118);

26        3.    Based on discussions among the parties, and in order to allow full and adequate pretrial

27  //

28

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA

disclosures, the parties have agreed to adjust the deadline for government expert disclosures, exhibit and witness lists to December 4, 2019. The parties have also agreed to adjust the deadline for Fed. R. Crim. P. 16 defense reciprocal disclosures, including expert disclosures, and Fed. R. Crim. P. 12.1 and 12.2 defense notices to January 15, 2019;

4.      The new dates will not affect the other scheduled pretrial dates nor will they affect the trial schedule.

IT IS SO STIPULATED.

DATED: November 19, 2019                    DAVID L. ANDERSON
                                            United States Attorney


                                            /s/_____
                                            MICHELLE J. KANE
                                            Assistant United States Attorney


                                            /s/_____
                                            ADAM GASNER
                                            Counsel for Yevgeniy Alexandrovich
                                            Nikulin


                                            /s/_____
                                            VALERY NECHAY
                                            Counsel for Yevgeniy Alexandrovich
                                            Nikulin

**ORDER**

IT IS SO ORDERED.


Dated:                                      _____
                                            HON. WILLIAM ALSUP
                                            United States District Judge

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA                      2