DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 16-00440 WHA |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) ADJUSTING CERTAIN PRETRIAL FILING |
| | ) DATES |
| YEVGENIY ALEXANDROVICH NIKULIN, | ) Trial: March 9, 2020 |
| | ) Pretrial Conference: February 26, 2020 |
| Defendant. | ) Time: 2:00 p.m. |
| | ) Courtroom No. 12 |

    Defendant Yevgeniy Nikulin, represented by appointed counsel Adam Gasner and Valery Nechay, and the United States, represented by Assistant United States Attorney Michelle J. Kane, hereby stipulate to the following:

    1.    The Court has set the trial of this matter to begin March 9, 2020;

    2.    On September 17, 2019, the Court approved the parties' proposed pretrial schedule (ECF No. 118);

    3.    Based on discussions among the parties, and in order to allow full and adequate pretrial

//

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA

1 disclosures, the parties have agreed to adjust the deadline for government expert disclosures, exhibit and
2 witness lists to December 4, 2019. The parties have also agreed to adjust the deadline for Fed. R. Crim.
3 P. 16 defense reciprocal disclosures, including expert disclosures, and Fed. R. Crim. P. 12.1 and 12.2
4 defense notices to January 15, 2019;

   4. The new dates will not affect the other scheduled pretrial dates nor will they affect the trial schedule.

   IT IS SO STIPULATED.

DATED: November 19, 2019

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
Assistant United States Attorney

/s/
ADAM GASNER
Counsel for Yevgeniy Alexandrovich Nikulin

/s/
VALERY NECHAY
Counsel for Yevgeniy Alexandrovich Nikulin

**ORDER**

IT IS SO ORDERED.

Dated: November 19, 2019.

_____
HON. WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER
CR 16-00440 WHA                           2