DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 16-00440 WHA |
| ) | |
| Plaintiff, ) | UNITED STATES' EXHIBIT LIST |
| ) | |
| v. ) | Trial: March 9, 2020 |
| ) | Pretrial Conference: February 26, 2020 |
| YEVGENIY ALEXANDROVICH NIKULIN, ) | Time: 2:00 p.m. |
| ) | Courtroom No. 12 |
| Defendant. ) | |
| ) | |

The United States respectfully submits the attached exhibit list, which includes exhibits that the United States presently intends to introduce in its case-in-chief. This list is intended to be inclusive and is subject to amendment or supplementation as trial preparations progress. In addition, the list contains items, such as Reports of Investigation, that the United States does not intend to introduce in its case-in-chief, but that have been included here with exhibit numbers to reduce confusion should they need to be identified during trial. The government will notify the defense and Court of any changes to this list.

//

U.S. EXHIBIT LIST
CR 16-00440 WHA

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 1 | | | | CD: Google search warrant results for chinabig01@gmail.com (August 29, 2012) | YN000002 | |
| 2 | | | | Certificate of authenticity for Google search warrant results, August 29, 2012 | YN001674 | |
| 3 | | | | Email messages from chinabig01@gmail.com account | YN001693 | YN001743 |
| 4 | | | | CD: Search Warrant results for Dropbox account associated with chinabig01@gmail.com | YN000004 | |
| 5 | | | | InsidePro.com screenshots | YN000063 | YN000066 |
| 6 | | | | InsidePro.com screenshots | YN004642 | YN004643 |
| 7 | | | | Forensic image of iMac computer | YN006683 | |
| 8 | | | | ".bash_history" file from iMac computer | YN000262 | YN000275 |
| 9 | | | | Logs (secure.log, secure.log.0bz2, secure.log.1.bz2) from iMac computer | YN000276 | YN001631 |
| 10 | | | | Translation of Skype chats from iMac computer (Excel file) | YN003378-A | |
| 11 | | | | CD containing results of Skype search warrant for account dex.007 | YN003409 | |
| 12 | | | | Excerpts from response to Skype search warrant for account dex.007 | YN003411-A | YN003411-D |
| 13 | | | | Certificate of authenticity for Skype search warrant results | YN003412 | |
| 14 | | | | Google subscriber information for chinabig01@gmail.com (July 14, 2016) | YN003437 | |
| 15 | | | | Certificate of authenticity for Google records (July 14, 2016) | YN003440 | |

U.S. EXHIBIT LIST
CR 16-00440 WHA                     2

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 16 | | | | Automattic intrusion logs | YN004640 | |
| 17 | | | | Excerpts of Automattic intrusion logs | | |
| 18 | | | | Formspring logs | YN004671 | YN004772 |
| 19 | | | | Excerpts of Formspring logs | | |
| 20 | | | | Microsoft search warrant results for fyofyofyo@hotmail.com account | | |
| 21 | | | | Email messages from fyofyofyo@hotmail.com account | | |
| 22 | | | | Verbatim translation of email messages from fyofyofyo@hotmail.com account | YN004788 | YN004821 |
| 23 | | | | Google subscriber information for account udalite@gmail.com | YN004955 | YN004960 |
| 24 | | | | Certificate of authenticity for Google subscriber records (udalite@gmail.com) | YN004963 | |
| 25 | | | | Western Union records (Excel files) | YN005009 | |
| 26 | | | | External hard drive containing LinkedIn VPN and SSH system logs | YN005014 | |
| 27 | | | | Excerpts of LinkedIn VPN logs | | |
| 28 | | | | Excerpts of LinkedIn SSH logs | | |
| 29 | | | | USB drive: Google search warrant results for udalite@gmail.com account | YN006282 | |
| 30 | | | | Certificate of authenticity for Google search warrant results, udalite@gmail.com | YN006284 | |
| 31 | | | | Email messages from udalite@gmail.com account | | |

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 32 | | | | Account list from LinkedIn (Excel file) | YN006743 | |
| 33 | | | | LinkedIn VPN log for user nberry (Excel file) | YN006745 | |
| 34 | | | | Certificate of authenticity for Google subscriber records (August 20, 2012) | YN006790 | |
| 35 | | | | Google subscriber records for chinabig01@gmail.com (August 20, 2012) | YN006791 | |
| 36 | | | | Microsoft subscriber records for chinabig01@gmail.com | YN006802 | YN006803 |
| 37 | | | | Certificate of authenticity for Microsoft records | YN006804 | |
| 38 | | | | Dropbox subscriber records for chinabig01@gmail.com | YN006809 | YN006914 |
| 39 | | | | Google subscriber records for chinabig02@gmail.com | YN006823 | |
| 40 | | | | Certificate of authenticity for Google subscriber records (chinabig02@gmail.com) | YN006822 | |
| 41 | | | | Google subscriber records for chinabig01@gmail.com (November 6, 2012) | YN006843 | |
| 42 | | | | Certificate of authenticity for Google records (November 6, 2012) | YN006842 | |
| 43 | | | | Certificate of authenticity for Afraid.org records | YN007069 | |
| 44 | | | | Afraid.org records (Zip file) | YN007070 | |
| 45 | | | | Afraid.org Records | YN013363 | YN013371 |
| 46 | | | | Certificate of authenticity for Google subscriber records (Google Plus ID 104244780492105546023) | YN007087 | |
| 47 | | | | Google subscriber records for Google Plus ID 104244780492105546023 | YN007088 | |

U.S. EXHIBIT LIST
CR 16-00440 WHA                              4

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 48 | | | | Kongregate subscriber records | YN007768 | YN007769 |
| 49 | | | | Google subscriber records for moy.yawik | YN012045 | YN012051 |
| 50 | | | | Certificate of authenticity for Google subscriber records (moy.yawik) | YN012044 | |
| 51 | | | | Skype subscriber records for valeriy.krutov3 | YN012181 | YN012182 |
| 52 | | | | Google subscriber records for chinabig01@googlemail.com (December 4, 2014) | YN012971 | |
| 53 | | | | Certificate of authenticity for Google records (December 4, 2014) | YN012973 | |
| 54 | | | | Google subscriber records for chinabig01@googlemail.com | YN012976 | |
| 55 | | | | Certificate of authenticity for Google records | YN012979 | |
| 56 | | | | Skype subscriber records for dex.007 | YN012984 | YN012985 |
| 57 | | | | Paypal subscriber records | YN013009 | YN013014 |
| 58 | | | | Instagram subscriber records | YN013018 | YN013019 |
| 59 | | | | Copy of Defendant's passport | YN013034 | |
| 60 | | | | Records provided by defendant | YN014641 | YN014660 |
| 61 | | | | Translation of records provided by defendant | YN014740 | YN014744 |
| 62 | | | | Google search warrant results for chinabig01@gmail.com account (2019) | YN014814 | |
| 63 | | | | Document custodian certification for Google search warrant results (2019) | YN014814 | |
| 64 | | | | Response to MLAT request to Ukraine | YN014838 | YN014855 |

U.S. EXHIBIT LIST
CR 16-00440 WHA                                5

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 65 | | | | Translation of response to MLAT request to Ukraine | YN014820 | YN014837 |
| 66 | | | | Drive: Forensic image of computer of Oleksander Ieremenko | YN014124 | YN014125 |
| 67 | | | | CDs: FTK forensic report re computer of Oleksander Ieremenko | YN014111 | YN014112 |
| 68 | | | | Forensic report of Skype chats between dex.007 and vaiobro | YN003368 | YN003374 |
| 69 | | | | Translation notes for Skype chats | YN003376 | YN003378 |
| 70 | | | | Translation of Skype chats (Excel file) | YN003378-A | |
| 71 | | | | Photographs from computer of Oleksander Ieremenko | YN014101 | YN014110 |
| 72 | | | | Video clip from computer of Oleksander Ieremenko | YN014096 | |
| 73 | | | | Translation of video clip YN014096 | YN014115 | |
| 74 | | | | Video clip from computer of Oleksander Ieremenko | YN014097 | |
| 75 | | | | Translation of video clip YN014097 | YN014115 | |
| 76 | | | | Original images of Skype chats from computer of Oleksander Ieremenko | YN014082 | YN014087 |
| 77 | | | | Skype contact list from computer of Oleksander Ieremenko | YN014088 | |
| 78 | | | | Skype log from computer of Oleksander Ieremenko | YN014089 | |
| 79 | | | | Response to MLAT Request to Russian Federation, January 28, 2013 | YN003252 | YN003265 |
| 80 | | | | Response to MLAT Request to Russian Federation, October 30, 2013 | YN001900 | YN001918 |

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 81 | | | | Certificate of authenticity for response to MLAT request to Russian Federation | YN001913 | |
| 82 | | | | Response to MLAT Request to Russian Federation, October 30, 2013 | YN000215 | YN000234 |
| 83 | | | | Certificate of authenticity for response to MLAT request to Russian Federation | YN000228 | |
| 84 | | | | English Translation of response to MLAT request to Russian Federation, translated February 19, 2014 | YN003124 | YN003133 |
| 85 | | | | Response to MLAT Request to Russian Federation, March 28, 2016 | YN003446 | YN003464 |
| 86 | | | | Certificate of authenticity for MLAT response from the Authority of the Russian Federation | YN003459 | |
| 87 | | | | CD: Defendant's recorded calls, files 174_37, 159_924, 194_513 | YN014211 | |
| 88 | | | | Translation/excerpt of defendant's call 174.37 | YN014173 | YN014174 |
| 89 | | | | Translation/excerpt of defendant's call 159.924 | YN014177 | |
| 90 | | | | Translation/excerpt of defendant's call 194.513 | YN014181 | YN014182 |
| 91 | | | | CD: Defendant's recorded calls, file 169.174 | | |
| 92 | | | | Translation/excerpt of defendant's call 169.194 | YN014634 | |
| 93 | | | | Report of Sasha Usenko Interview, LinkedIn Security Architect, 6/6/2012 (FBI 302) | YN000037 | |
| 94 | | | | Report of Nick Berry (LinkedIn) interview, 6/20/2012 | YN000237 | YN000239 |
| 95 | | | | Report of Ganesh Krishnan (LinkedIn) interview, 6/19/2012 | YN000240 | YN000242 |
| 96 | | | | Report of Nick Berry (LinkedIn) interview, 7/5/2012 | YN0001653 | YN001654 |

U.S. EXHIBIT LIST
CR 16-00440 WHA                    7

| Exh. No. | Date Marked for Identification | Date Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 97 | | | | Drive: Forensic image of laptop computer | YN001655 | |
| 98 | | | | Report of Cory Louie (Dropbox) Interview, 9/11/2012 | YN001746 | YN001747 |
| 99 | | | | Report of Barry Abrahamson telephone interview, 8/15/13 | YN004597 | |
| 100 | | | | Report of Barry Abrahamson telephone interview, 8/8/13 | YN004598 | YN004599 |
| 101 | | | | Report of Ade Olonoh interview, 7/12/2012 | YN004644 | YN004645 |
| 102 | | | | E-mail from Matt Cudworth dated 1/8/2014 | YN004824 | |
| 103 | | | | Email from Ade Olonoh re servers | YN004970 | |
| 104 | | | | Email from Matt Cudworth | YN004973 | |
| 105 | | | | Hostgator records | YN007075 | YN007076 |
| 106 | | | | Google subscriber records (ittagheuer@gmail.com) | YN012219 | |
| 107 | | | | Certificate of authenticity for Google records | YN012221 | |
| 108 | | | | MyFitnessPal records | YN012231 | |
| 109 | | | | Certificate of authenticity for MyFitnessPal records | YN012232 | |
| 110 | | | | Certificate of authenticity for Yelp records | YN012264 | |
| 111 | | | | Yelp subscriber records | YN012263 | |
| 112 | | | | Report of Interview of Alex Kuznetsov | YN014451 | YN014452 |

//

U.S. EXHIBIT LIST
CR 16-00440 WHA                8

| | | |
|---|---|---|
| 1 | DATED: December 4, 2019 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | MICHELLE J. KANE<br>Assistant United States Attorney |