DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00440 WHA |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF ADDITIONAL GOVERNMENT COUNSEL |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Appearance of Additional Government Counsel to add AUSA Katherine L. Wawrzyniak to the list of persons to be noticed. Future ECF notices should be sent to AUSA Wawrzyniak at the email address above.

    AUSA Michelle J. Kane remains the lead AUSA on the matter.

DATED: December 11, 2019                  Respectfully Submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney


                                            /s/
                                            KATHERINE L. WAWRZYNIAK
                                            Assistant United States Attorney