ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-782-6000
Facsimile:   415-782-6011
E-Mail:       adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-652-8569
E-Mail:       valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No: CR 16-00440 WHA |
|---|---|
| Plaintiff, | DEFENDANT'S NOTICE OF EXPERT TESTIMONY OF DIGITAL FORENSICS EXPERT TAMI LOEHRS, EnCE, ACE, CHFI, CCFE |
| vs. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | Trial: March 9, 2020 |
| Defendant. | Pretrial Conference: February 19, 2020<br>Time: 1:30 p.m.<br>Courtroom No. 12 |

**Introduction**

The Defense hereby provides notice of its likely intent to introduce expert testimony at trial in its case in chief from digital forensics expert Tami Loehrs, EnCE, ACE, CHFI, CCFE, under

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

FRE Rules 702, 703, and/or 705 of the Federal Rules of Evidence. This disclosure is made pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

This disclosure is in anticipation of the receipt of Ms. Loehrs opinion of the facts as it related to the law in this case. At this time, the defense is not yet in receipt of Ms. Loehrs opinion and should that opinion cause the defense to determine Ms. Loehrs will not testify, the defense will notify the government and withdraw Ms. Loehrs from the witness list. When the defense receives Ms. Loehrs opinion and it is determined that Ms. Loehrs has testimony relevant to the defense, the defense will forthwith provide that information to the court and the government and be prepared to address any issues under Rule 16(d)(2).

**Qualifications and Experience**

Ms. Loehrs is a digital forensics expert and owner of Loehrs Forensics, LLC (formerly Loehrs & Associates), a firm specializing in digital forensics. Her offices are located at 1505 North Central Avenue, Suite 111, Phoenix, Arizona 85004.

Ms. Loehrs has worked in the realm of computer technology for over 20 years and holds a Bachelor of Science degree in Information Systems. She has completed hundreds of hours of forensics training including courses with Guidance Software and Access Data. She is an EnCase Certified Examiner (EnCE), an Access Data Certified Examiner (ACE), a Certified Computer Forensic Examiner (CCFE), and a Certified Hacking Forensic Investigator (CHFI).

Ms. Loehrs has conducted over one-thousand forensics exams on electronic evidence including hard drives, cell phones, removable storage media, security systems, dash cams, and other electronic devices, in addition to forensically preserving and analyzing on-line data such as cloud storage and social media platforms. She has conducted seminars on Computer Forensics and Electronic Discovery throughout the United States. In addition, she holds a Private Investigator Agency License in the State of Arizona which requires a minimum of 6,000 hours investigative experience.

2

DATED: January 15, 2020

/s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: January 15, 2020

/s/ *Valery Nechay*
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

3
DEFENDANT'S EXPERT NOTICE RE TAMI LOEHRS, EnCE, ACE, CHFI, CCFE
CR 16-00440 WHA