ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:	415-782-6000
Facsimile:	415-782-6011
E-Mail:	adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:	415-652-8569
E-Mail:	valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>      Defendant. | Case No: CR 16-00440 WHA<br><br>DEFENDANT'S WITNESS LIST<br><br>Trial: March 9, 2020<br>Pretrial Conference: February 19, 2020<br>Time: 1:30 p.m.<br>Courtroom No. 12 |

The Defense hereby gives notice to the Court and the United States of the witness(es) it may call in its case-in-chief in the above-captioned case. This list is subject to amendment or supplementation as trial preparations progress and does not necessarily reflect the order in which the defense will call the witnesses. The defense will notify the United States and Court of any changes to this list.

1. Tami Loehrs, EnCE, ACE, CHFI, CCFE - Digital Forensics Expert

DATED: January 15, 2020

/s/ *Adam Gasner* _____
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: January 15, 2020

/s/ *Valery Nechay* _____
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102