ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-782-6011
E-Mail: adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-652-8569
E-Mail: valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>Defendant. | Case No: CR 16-00440 WHA<br><br>DEFENDANT'S EXHIBIT LIST<br><br>Trial: March 9, 2020<br>Pretrial Conference: February 19, 2020<br>Time: 1:30 p.m.<br>Courtroom No. 12 |

At this time, the defense has no exhibits that it intends on introducing at trial. The defense requests the right to amend this exhibit list should exhibits relevant to the trial arise.

DATED: January 15, 2020

/s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: January 15, 2020

/s/ *Valery Nechay*
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

DEFENDANT'S EXHIBIT LIST
CR 16-00440 WHA

2