1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorney

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       michelle.kane3@usdoj.gov
        katherine.wawrzyniak@usdoj.gov
9
   Attorneys for United States of America
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                               SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,            )   No. CR 16-00440 WHA
15                                      )
          Plaintiff,                    )   **UNITED STATES' MOTION IN LIMINE NO.**
16                                      )   **FIVE RE PRESENTATION OF UNNOTICED**
       v.                               )   **AFFIRMATIVE OR LEGAL DEFENSES TO**
17                                      )   **THE JURY WHERE BURDEN IS ON DEFENSE**
   YEVGENIY ALEXANDROVICH NIKULIN,      )   **TO PROFFER FOUNDATION TO THE COURT.**
18                                      )
          Defendant.                    )   Trial: March 9, 2020
19                                      )   Pretrial Conference: February 19, 2020
                                        )   Time: 1:30 p.m.
20                                      )   Courtroom No. 12

21

22                                  **I. INTRODUCTION**

23        Under the scheduling order entered in this case, the deadline for defense reciprocal disclosures

24  under Fed. R. Crim. P. 16(b) and for notices of defenses under Fed. R. 12.1 and 12.2 was January 15,

25  2020. ECF No. 121.  On that date, defendant filed a witness list indicating one potential witness, a

26  proposed expert digital forensics examiner. ECF No. 134. Defendant also filed an exhibit list indicating

27  that he does not presently have any exhibits that he intends to introduce at trial. ECF No. 135.

28  Defendant has not noticed an affirmative defense of any kind.  The government therefore moves

    U.S. MTN. IN LIMINE RE UNNOTICED DEFENSES
    CR 16-00440 WHA

preemptively to exclude any eleventh-hour propounding of such a defense.

### III. ARGUMENT

The initial burden of demonstrating an affirmative defense rests with the defense. *See United States v. Sotelo-Murillo*, 887 F.2d 176, 178 (9th Cir. 1989) (noting that defendant is only entitled to jury instruction on a legal defense to the charge against him "which has some foundation in the evidence"). In the government's view, there is no evidence in this case that would support any affirmative defense, such as alleged duress, alibi, entrapment, or insanity. If the defendant disagrees, it is his burden to proffer some foundation for such a defense before it is presented at trial. The government has been asking for such notice since it began producing discovery, and the Court set a clear deadline for notice. Given that the deadline has passed, and the defendant has proffered nothing, the government respectfully requests that the Court enter an order precluding presentation of any unnoticed defense. Otherwise, there is a risk that defense counsel will argue potential defenses that were never noticed and are not reasonably anticipated to be supported by evidence, which would be improper and misleading to the jury.

Relatedly, to the extent that defendant seeks to admit evidence at trial, which was not previously produced, the government will ask that this Court exclude it. *See United States v. Scholl*, 166 F.3d 964, 972 (9th Cir. 1999) (upholding district court's decision to exclude defense evidence due to defendant's strategic decision to withhold discovery until the last minute)

### IV. CONCLUSION

The United States therefore moves *in limine* for an order excluding any unnoticed affirmative defenses.

DATED: January 22, 2020                               Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE WAWRZYNIAK
Assistant United States Attorney

U.S. MTN. IN LIMINE RE UNNOTICED DEFENSES
CR 16-00440 WHA                                2