1 DAVID L. ANDERSON (CABN 149604)
  United States Attorney
2
  HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 MICHELLE J. KANE (CABN 210579)
  KATHERINE L. WAWRZYNIAK (CABN 252751)
5 Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      michelle.kane3@usdoj.gov
       Katherine.Wawrzyniak@usdoj.gov
9
  Attorneys for United States of America
10

F I L E D

JAN 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> YEVGENIY ALEXANDROVICH NIKULIN, <br> Defendant. | No. CR 16-00440 WHA <br><br> **UNITED STATES' SEALING APPLICATION AND [PROPOSED] ORDER** <br><br> ~~UNDER SEAL~~ |

The United States hereby applies for an order directing that its Motion in Limine Number One to Admit Co-Conspirator Statements Under Fed. R. Evid. 801(D)(2)(E), together with this Application, and this Court's sealing Order, be kept under seal until further order of the court. The United States makes this request because the Motion in Limine contains a discussion of the names and personal details of unindicted co-conspirators. The Motion in Limine also refers to documents presently maintained under seal in other cases. Recognizing that the information that is not currently public may become public during the trial, depending on the evidence introduced, the United States will move to unseal the Motion

APPL. AND [PROPOSED] ORDER
CR 16-00440 WHA

140 -

in Limine and other documents or to file redacted versions on the public docket when there is no longer a reason to maintain them under seal.

It is further requested that nothing in the Court's Order shall prevent the United States Attorney's Office from obtaining copies of any of these documents under seal.

WHEREFORE, the United States respectfully requests that the Court issue an order granting this application.

DATED: January 22, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WARWZYNIAK
Assistant United States Attorneys

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion in Limine Number One to Admit Co-Conspirator Statements Under Fed. R. Evid. 801(D)(2)(E), together with this Application, and this Court's sealing Order, be kept under seal until further order of the court, except that the United States Attorney's Office may obtain copies of any of these documents under seal.

IT IS SO ORDERED.

DATED: January 24, 2020.

HONORABLE WILLIAM ALSUP
United States District Judge