ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-782-6000
Facsimile:     415-241-7340
E-Mail:         adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-652-8569
E-Mail:         valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>　　　　　Defendant. | No. CR-16-00440 WHA<br><br>DEFENDANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE NO. TWO TO EXCLUDE EXPERT TESTIMONY OF TAMI LOEHRS<br><br>Pretrial Conference: February 19, 2020<br>Trial Date: March 9, 2020 |

As of today's, date, the defense does not have discoverable material related to defense expert Tami Loehrs.  If that changes, the defense will forthwith provide that information to the government.

1

DATED: February 11, 2020

/s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: February 11, 2020

/s/ *Valery Nechay*
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

2

*USA v. Nikulin*
**Case Number: CR-16-00440 WHA**
**Defendant's Response to United States' Limine No. 2**