ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:    415-782-6000
Facsimile:    415-241-7340
E-Mail:       adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:    415-652-8569
E-Mail:       valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>Defendant. | No. CR-16-00440 WHA<br><br>DEFENDANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE NO. FOUR RE PRECLUSION OF REFERENCES TO EXTRADITION, CONFINEMENT, MENTAL COMPETENCY, AND PUNISHMENT<br><br>Pretrial Conference: February 19, 2020<br>Trial Date: March 9, 2020 |

The defense has no objection to the *United States' Motion in Limine, Number Four*.

DATED: February 11, 2020

          /s/ *Adam Gasner* _____
          Adam G. Gasner, Esq.
          Attorney for Defendant
          YEVGENIY ALEXANDROVICH NIKULIN

DATED: February 11, 2020

          /s/ *Valery Nechay* _____
          Valery Nechay, Esq.
          Attorney for Defendant
          YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102