ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:     415-782-6000
Facsimile:     415-241-7340
E-Mail:        adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:     415-652-8569
E-Mail:        valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>Defendant. | No. CR-16-00440 WHA<br><br>DEFENDANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE NO. FIVE RE PRESENTATION OF UNNOTICED AFFIRMATIVE OR LEGAL DEFENSES WHERE BURDON IS ON DEFENSE TO PROFFER FOUNDATION TO THE COURT<br><br>Pretrial Conference: February 19, 2020<br>Trial Date: March 9, 2020 |

The defense has no objection to the *United States' Motion in Limine, Number Five*.

1  DATED: February 11, 2020

2  /s/ *Adam Gasner*
   Adam G. Gasner, Esq.
3  Attorney for Defendant
   YEVGENIY ALEXANDROVICH NIKULIN

4  DATED: February 11, 2020

5  /s/ *Valery Nechay*
   Valery Nechay, Esq.
6  Attorney for Defendant
   YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102