UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 16-0440 WHA |
| v. | |
| YEVGENIY ALEKSANDROVICH NIKULIN, | **NOTICE RE TRIAL** |
| Defendant. | |

The undersigned judge reminds counsel that the courtroom will be dark from March 12 through 17 (and possibly 18) due to personal reasons. Counsel should plan their case accordingly. The trial will begin on March 9 and go through March 11 and resume from March 18 or 19 and thereafter.

**IT IS SO ORDERED.**

Dated: February 12, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE