1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorneys

6         1301 Clay Street, Suite 340S
          Oakland, California 94612
7         Telephone: (510) 637-3680
          FAX: (510) 637-3724
8         michelle.kane3@usdoj.gov
          Katherine.Wawrzyniak@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,           )  No. CR 16-00440 WHA
                                        )
16         Plaintiff,                   )  **UNITED STATES' OPPOSITION TO**
                                        )  **DEFENDANT'S MOTION IN LIMINE NO. ONE**
17     v.                               )  **TO EXCLUDE CO-CONSPIRATOR**
                                        )  **STATEMENTS. [DKT. NO. 142]**
18  YEVGENIY ALEXANDROVICH NIKULIN,     )
                                        )  Trial: March 9, 2020
19         Defendant.                   )  Pretrial Conference: February 19, 2020
                                        )  Time: 1:30 p.m.
20  _____)  Courtroom No. 12

21         Defendant has filed a Motion in Limine to Exclude Co-conspirator Statements. ECF No. 142.

22  The United States previously moved for the admission of those statements in its Motion in Limine

23  Number One, filed under seal. The United States opposes defendant's current motion and has

24  established the admissibility of the statements in the previously-filed motion papers. Defendant indicates

25  in his filing that he will make his arguments in his forthcoming opposition to the United States' motion.

26  //

27

28

U.S. OPPO. TO DEF.'S MOT. IN LIMINE NO. 1
CR 16-00440 WHA

The United States respectfully requests that the Court deny defendant's motion in limine, grant the United States' motion in limine, and find the evidence admissible pursuant to Fed. R. Evid. 801(d)(2)(E).

DATED: February 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

U.S. OPPO. TO DEF.'S MOT. IN LIMINE NO. 1
CR 16-00440 WHA                                         2