DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YEVGENIY ALEXANDROVICH NIKULIN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 16-00440 WHA <br><br> JOINT PROPOSED VERDICT FORM <br><br> Trial: March 9, 2020 <br> Pretrial Conference: February 19, 2020 <br> Time: 1:30 p.m. <br> Courtroom No. 12 |

    The parties respectfully submit this joint proposed verdict form.

DATED: February 12, 2020                      Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

                                            /s/
                                            MICHELLE J. KANE
                                            KATHERINE L. WAWRZYNIAK
                                            Assistant United States Attorneys

                                            /s/
                                            ADAM GASNER
                                            VALERY NECHAY
                                            Counsel for Defendant Nikulin

JOINT PROPOSED VERDICT FORM
CR 16-00440 WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 16-00440 WHA |
| Plaintiff, | ) |
| | ) VERDICT |
| v. | ) |
| YEVGENIY ALEXANDROVICH NIKULIN, | ) |
| Defendant. | ) |

WE, THE JURY, find the defendant, Yevgeniy Alexandrovich Nikulin, as follows:

As to Count One of the Indictment, Computer Intrusion, in violation of 18 U.S.C. § 1030(a)(2):

_____ GUILTY

_____ NOT GUILTY

If you found the defendant guilty as to Count One, do you also find beyond a reasonable doubt that the offense was committed for purposes of commercial advantage or private financial gain?

_____ YES

_____ NO

If you found the defendant guilty as to Count One, do you also find beyond a reasonable doubt that the value of the information obtained exceeded $5,000?

_____ YES

_____ NO

VERDICT
CR 16-00440 WHA                     2

As to Count Two of the Indictment, Intentional Transmission Causing Damage to a Protected Computer, in violation of 18 U.S.C. § 1030(a)(5)(A):

_____ GUILTY

_____ NOT GUILTY

If you found defendant guilty as to Count Two, do you also find beyond a reasonable doubt that the offense caused loss to one or more persons during any one-year period aggregating at least $5,000 in value?

_____ YES

_____ NO

As to Count Three of the Indictment, Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A:

_____ GUILTY

_____ NOT GUILTY

As to Count Four of the Indictment, Computer Intrusion, in violation of 18 U.S.C. § 1030(a)(2):

_____ GUILTY

_____ NOT GUILTY

If you found the defendant guilty as to Count Four, do you also find beyond a reasonable doubt that the offense was committed for purposes of commercial advantage or private financial gain?

_____ YES

_____ NO

If you found the defendant guilty as to Count Four, do you also find beyond a reasonable doubt that the value of the information obtained exceeded $5,000?

_____ YES

_____ NO

As to Count Five of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371:

_____ GUILTY

_____ NOT GUILTY

As to Count Six of the Indictment, Trafficking in Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a)(2):

_____ GUILTY

_____ NOT GUILTY

As to Count Seven of the Indictment, Computer Intrusion, in violation of 18 U.S.C. § 1030(a)(2):

_____ GUILTY

_____ NOT GUILTY

If you found the defendant guilty as to Count Seven, do you also find beyond a reasonable doubt that the offense was committed for purposes of commercial advantage or private financial gain?

_____ YES

_____ NO

If you found the defendant guilty as to Count Seven, do you also find beyond a reasonable doubt that the value of the information obtained exceeded $5,000?

_____ YES

_____ NO

As to Count Eight of the Indictment, Intentional Transmission Causing Damage to a Protected Computer, in violation of 18 U.S.C. § 1030(a)(5)(A):

_____ GUILTY

_____ NOT GUILTY

If you found defendant guilty as to Count Eight, do you also find beyond a reasonable doubt that the offense caused loss to one or more persons during any one-year period aggregating at least $5,000 in value?

_____ YES

_____ NO

As to Count Nine of the Indictment, Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A:

_____ GUILTY

_____ NOT GUILTY

DATED: _____

_____
FOREPERSON

VERDICT
CR 16-00440 WHA                             4