ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-241-7340
E-Mail: adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-652-8569
E-Mail: valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>Defendant. | No. CR-16-00440 WHA<br><br>DEFENDANT'S SEALING APPLICATION AND [PROPOSED] ORDER<br><br>~~UNDER SEAL~~ |

FILED
FEB 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~SEALED BY ORDER OF COURT~~

1

APPL. AND [PROPOSED] ORDER
Case Number: CR-16-00440 WHA

Having taken notice of the United States' filing of its Motion in Limine Number One under seal, Defendant YEVGENIY ALEXANDROVICH NIKULIN, through defense counsel, hereby applies for an order directing that his Opposition to the United States' Motion in Limine Number One to Admit Co-Conspirator Statements Under Fed. R. Evid. 801(D)(2)(E), together with this Application and the Court's sealing Order, be kept under seal until the further order of the court.

WHEREFORE, the Defense respectfully requests that the Court issue an order granting this application.

DATED: February 11, 2020

/s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: February 11, 2020

/s/ *Valery Nechay*
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant's Opposition to the United States' Motion in Limine Number One to Admit Co-Conspirator Statements Under Fed. R. Evid. 801(D)(2)(E), together with this Application, and this Court's sealing Order, be kept under seal until further order of the court.

IT IS SO ORDERED.

DATED: February 12, 2020.

HONORABLE WILLIAM ALSUP
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>　　　　　Defendants. | Case No.: 16-cr-00440-WHA-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 2/13/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Adam G. Gasner
The Law Office of Adam G. Gasner
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

Michelle J. Kane
U.S. Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612

Dated: 2/13/2020

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　Theresa Hoang, Deputy Clerk to
　　　　　　　　　　　　　　　　　　the Honorable William Alsup

Service Certificate CRD
rev. August 2018