# Exhibit A

**Excerpt of Summary of LinkedIN VPN Logs for User NBerry**

| ID | User | State | Location | External IP | Internal IP | Status | Date/Time |
|---|---|---|---|---|---|---|---|
| 42278 | nberry | started | United States | 50.78.107.210 | 172.18.36.30 | | 2/29/2012 14:13 |
| 257190 | nberry | disconnected | United States | 50.78.107.210 | | Peer Reconnected | 2/29/2012 17:31 |
| 42658 | nberry | started | United States | 50.78.107.210 | 172.18.36.30 | | 2/29/2012 17:32 |
| 257255 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 2/29/2012 18:08 |
| 43152 | nberry | started | United States | 50.78.107.210 | 172.18.36.179 | | 3/1/2012 0:06 |
| 257919 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/1/2012 0:57 |
| 44133 | nberry | started | United States | 50.78.107.210 | 172.18.36.43 | | 3/1/2012 10:53 |
| 258935 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/1/2012 12:30 |
| 44573 | nberry | started | United States | 50.78.107.210 | 172.18.36.201 | | 3/1/2012 13:24 |
| 259189 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/1/2012 14:11 |
| 45652 | nberry | started | United States | 50.78.107.210 | 172.18.36.49 | | 3/2/2012 0:33 |
| 260396 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/2/2012 1:22 |
| 46437 | nberry | started | United States | 50.78.107.210 | 172.18.36.79 | | 3/2/2012 12:04 |
| 261412 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/2/2012 15:56 |
| 46956 | nberry | started | United States | 50.78.107.210 | 172.18.36.70 | | 3/3/2012 0:29 |
| 261706 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/3/2012 1:02 |
| 47315 | nberry | started | Russian Federation | 178.140.107.170 | 172.18.36.204 | | 3/3/2012 7:49 |
| 262079 | nberry | disconnected | Russian Federation | 178.140.107.170 | | User Requested | 3/3/2012 8:28 |
| 47345 | nberry | started | Russian Federation | 178.140.107.170 | 172.18.36.206 | | 3/3/2012 8:29 |
| 262094 | nberry | disconnected | Russian Federation | 178.140.107.170 | | User Requested | 3/3/2012 8:49 |
| 47375 | nberry | started | Russian Federation | 178.140.105.239 | 172.18.36.79 | | 3/3/2012 9:15 |
| 47504 | nberry | started | United States | 50.78.107.210 | 172.18.36.76 | | 3/3/2012 12:55 |
| 262251 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/3/2012 13:32 |
| 48417 | nberry | started | United States | 50.78.107.210 | 172.18.36.94 | | 3/4/2012 8:33 |
| 263116 | nberry | disconnected | United States | 50.78.107.210 | | User Requested | 3/4/2012 9:26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48531 | nberry | started | United States | 50.78.107.210 | 172.18.36.105 | | 3/4/2012 10:00 |
| 48532 | nberry | started | United States | 50.78.107.210 | 172.18.36.105 | | 3/4/2012 10:00 |
| 263145 | nberry | disconnected | United States | 50.78.107.210 | | User Requested | 3/4/2012 10:00 |
| 48533 | nberry | started | United States | 50.78.107.210 | 172.18.36.105 | | 3/4/2012 10:00 |
| 263216 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/4/2012 10:52 |
| 48740 | nberry | started | United States | 50.78.107.210 | 172.18.36.110 | | 3/4/2012 11:58 |
| 263324 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/4/2012 12:09 |
| 49114 | nberry | started | United States | 50.78.107.210 | 172.18.36.129 | | 3/4/2012 14:33 |
| 263766 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/4/2012 15:49 |
| 49263 | nberry | started | United States | 50.78.107.210 | 172.18.36.129 | | 3/4/2012 15:57 |
| 263870 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/4/2012 16:36 |
| 51547 | nberry | started | United States | 50.78.107.210 | 172.18.36.125 | | 3/5/2012 14:39 |
| 266302 | nberry | disconnected | Russian Federation | 178.140.105.239 | | User Requested | 3/5/2012 16:34 |
| 266366 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/5/2012 17:05 |
| 52353 | nberry | started | United States | 50.78.107.210 | 172.18.36.98 | | 3/5/2012 23:47 |
| 267193 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/6/2012 1:08 |
| 53378 | nberry | started | United States | 50.78.107.210 | 172.18.36.134 | | 3/6/2012 10:59 |
| 268870 | nberry | disconnected | United States | 50.78.107.210 | | Lost Service | 3/6/2012 17:11 |
| 54734 | nberry | started | United States | 50.78.107.210 | 172.18.36.138 | | 3/6/2012 23:01 |