# Exhibit B

**Subject:** Jammiro, welcome to LinkedIn!
**From:** LinkedIn <welcome@linkedin.com>
**Date:** 8/3/12 3:03 PM
**To:** Jammiro Quatro <chinabig01@gmail.com>

## Welcome to LinkedIn!

LinkedIn.

Make sure recruiters and colleagues see all you have to offer.

Jammiro Quatro

Job Title

Russian Federation | Accounting

Add Photo

- Current — Add Company »
- Past — Add Past Position »
- Education — Add Education »

Finish Your Profile

Don't want to receive email notifications? Adjust your message settings
© 2012, LinkedIn Corporation

YN001732

**Subject:** Get 16 GB of Dropbox space for free!
**From:** Dropbox <no-reply@dropboxmail.com>
**Date:** 4/10/12 1:46 PM
**To:** chinabig01@gmail.com

# Dropbox

Hi Jammis,

You can now earn **twice as much** free space by inviting your friends!

For each friend that installs Dropbox, you'll both get 500 MB of free space. You can earn up to 16 GB.

Invite your friends now!

Thanks for spreading the Dropbox love,
– The Dropbox Team

P.S. Already invited a bunch of people? Don't worry! You'll get credited for all of them.

If you prefer not to receive Dropbox newsletters, please click here.   © 2012 Dropbox

YN001713

**Subject:** Welcome to Formspring
**From:** Formspring <noreply@formspring.me>
**Date:** 6/13/12 9:31 PM
**To:** chinabig01@gmail.com



**Hi!**

Your account has been created. We hope you have a fun time interacting with friends on Formspring.

**Here are three ways to get the most out of your account:**

Find Friends
Find your friends on Formspring to ask them questions and follow their answers.

Update Your Profile
Personalize your public profile with a photo and other information to help friends recognize you.

Answer Questions
Start answering some questions to start building out your Formspring page.

If you have any questions, please visit our help center.

Thanks,
The Formspring Team

**Formspring is mobile!** Download the official Formspring app for Android or iPhone.

You're receiving this message because you have notifications turned on in your Formspring account settings. If you'd rather not receive these emails from Formspring, you can unsubscribe immediately.