# Exhibit C

*Vasiliev*
NKS
NATIONAL CABLE NETWORKS

Recipient's No. *2-10-1632* dated January 30, 20[illegible]
In response to sender's No. 96/11/23 dated January 10, 2013

Attention: Deputy Head of the Bureau of Special Technical Projects of the Main Directorate of the Ministry of Internal Affairs for the city of Moscow

Mr. Ryabov A.A.
127006, Moscow, ul. Petrovka 38

In response to your request dated January 10, 2013 No. 96/11/23 I hereby advise as follows:

Connection (on the date and at the time indicated in the request from the dynamic **IP address 178.140.105.239**) was established from the workstation of the network user of OAO National Cable Networks [Russian abbreviated name OAO NKS]

| FULL NAME | Nikulin Evgeny Alexandrovich |
|---|---|
| ADDRESS | Moscow, rayion Tsaritsyno, Kantemirovskaya ulitsa, d. 17 kop. 1, p. 6, et. 5, kv. 250 |
| PHONE | (909) 690-90-25 |
| PASSPORT | 45 09 486514 |
| Additional Information | MAC 0025643a6f57<br>Contract No. 5645935, personal account 3121515 |

Connection (on the date and at the time indicated in the request from the dynamic **IP address 178.140.107.170**) was established from the workstation of the network user of OAO National Cable Networks [Russian abbreviated name OAO NKS]

| FULL NAME | Tonkikh Inga Viktorovna |
|---|---|
| ADDRESS | Moscow, rayion Tsaritsyno, Sevanskaya ulitsa, d. 56, 2, p. 2, et. 5, kv. 88 |
| PHONE | (915) 001-02-10 |
| PASSPORT | 46 08 552274 issued by TP No. 2 in township Lyubertsy |
| Additional Information | MAC 0014d1b956ee<br>Contract No. 6558747, personal account No. 3338818 |

Deputy General Director        [signature]        S.I. Serov
[ROUND SEAL: Ministry of Internal Affairs of the Russian Federation
[illegible]]

Prepared Panchekhin D.A.
Tel.: (495) 795-03-50 Ext. 1106

YN018132
YN018132