# Exhibit D

**Subject:** Anna Shvedova left a comment to a post on your wall...
**From:** VK
**Date:** 12/21/11, 2:57 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

ВКонтакте

You have 1 new comment to a post on your wall



**Top Man**
my girl =( is sick
December 21, 2011 at 2:41


**Anna Shvedova**
sick and waiting for her guy..))
December 22, 2011 at 2:57 Reply



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018046

YN018046