# Exhibit E

============
Map Searche
============

Searched for Staraya Basmannaya, 12 kv. 2
Jun 12, 2011, 6:20:51 PM UTC

Searched for Moscow UL BOLSHAYA NIKITSKAYA D 31
Mar 15, 2011, 2:33:13 PM UTC

Searched for 119019, Central Administrative District, the city of Moscow, ul. Novy Arbat, 15
Apr 21, 2010, 4:55:29 PM UTC

==========
Searches
==========

Searched for linkedin hack
Jun 18, 2012, 7:40:10 AM UTC

Searched for mysql count fields
Jul 27, 2011, 1:47:03 AM UTC

Searched for change mac address wifi windows 7
Jul 26, 2011, 8:44:26 PM UTC

Searched for ul. Ochakovskaya B. d. 11
Jun 6, 2011, 1:24:04 AM UTC

Searched for dkvm-ip1 reset password
May 25, 2011, 3:00:48 PM UTC

Searched for surgemail where users are stored .ini
May 25, 2011, 1:55:16 PM UTC

Searched for pack all files php
May 24, 2011, 11:36:51 PM UTC

Searched for sed remove last 10 symbols
Apr 15, 2011, 3:52:55 PM UTC

Searched for remove unreadable symbols from txt
Apr 15, 2011, 3:50:01 PM UTC

Searched for Podmoskovye Cottage
Apr 15, 2011, 3:20:35 PM UTC

Searched for wordpress vulnerabilities
Apr 15, 2011, 3:20:48 AM UTC

Searched for truecrypt cops hacker
Mar 24, 2011, 3:15:17 PM UTC

Searched for truecrypt hack
Mar 24, 2011, 3:01:35 PM UTC

Searched for installation of ubuntu from the memory drive
Mar 24, 2011, 6:51:06 AM UTC

Searched for installation of ubunty from the network

Mar 24, 2011, 6:49:47 AM UTC

Searched for State Traffic Safety Inspectorate database 2010 online database
Mar 12, 2011, 11:12:04 AM UTC

Searched for change banner to apache
Mar 11, 2011, 7:32:56 PM UTC