# Exhibit F

**French-English Translation of Government Exhibits 21A-21D**
*Italic text represents English in original*

……………………………………………………………………….

From: Dor Fyo
Date: Monday, September 03, 2012 2:48 AM
To: ibo ibo
Subject: Re: hi


*Rais, wait money today*

2012/8/29 ibo ibo <ibob750@gmail.com>
| Monday sorry for the delay Nikita

……………………………………………………………………….

From: Dor Fyo
Date: Tuesday, August 28, 2012 9:16 AM
To: ibo ibo
Subject: Re: Hi


*So, what about money? Its wednesday already*

*On Friday, August 24, 2012, ibo ibo wrote:*
I give money Monday sorry for the delay Nikita :-(((

……………………………………………………………………….

1

……………………………………………………………………….

From: ibo ibo
Date: Friday, August 24, 2012 2:51 AM
To: Dor Fyo
Subject: Hi

I give money Monday sorry for the delay Nikita :-(((

……………………………………………………………………….

From: Dor Fyo
Date: Wednesday, August 22, 2012 9:11 PM
To: ibo ibo
Subject: Re: Bonjour

*Ok, wait for money. It's important for me to sell this db soon, because price is very low..*
*Will check sites from your rating. Hope to get money until Friday*

2012/8/21 ibo ibo <ibob750@gmail.com>
> Money before Friday supposedly the client should be returning from abroad
> As for the realsexdates site I'm not interested I gotta have the others
> Did you look back over an email for that did you see it?
>
> Thanks

……………………………………………………………………….

From: Dor Fyo
Date: Monday, August 20, 2012 9:05 PM
To: ibo ibo
Subject: Re: Hi

*Rais, money today?*
*Also I have this dating site (5.5 Mln users): http://realsexdates.com/*
*Tell me if you are interested*

2012/8/16 ibo ibo <ibob750@gmail.com>
> Tomorrow not possible
>
> Should be Tuesday
>
> For the other sites u got any news?

……………………………………………………………………….

2

………………………………………………………………………….

From: Dor Fyo
Date: Thursday, August 16, 2012 10:07 AM
To: ibo ibo
Subject: Re: Bonjour

*Rais, I'm waiting money, you promised to send it on this week. Tomorrow?*

2012/8/14 ibo ibo <ibob750@gmail.com>
> Look at the top 10 adult sites upper right I need to have one of the 10 sites if possible ]
>
> As for the money it should be this week
>
> Thanks

………………………………………………………………………….

From: ibo ibo
Date: Thursday, August 16, 2012 12:50 PM
To: Dor Fyo
Subject: Hi

Tomorrow not possible

Should be Tuesday

For the other sites u got any news?

………………………………………………………………………….

From: ibo ibo
Date: Thursday, August 14, 2012 9:10 AM
To: Dor Fyo
Subject: Bonjour

Look at the top 10 adult sites upper right I need to have one of the 10 sites if possible

As for the money it should be this week

Thanks

………………………………………………………………………….

3

………………………………………………………………………….

From: Dor Fyo
Date: Monday, August 13, 2012 6:55 PM
To: ibo ibo
Subject: Re: Salut

*Probably we can do this site: http://realsexdates.com/*
*Tell me if your client is interested. It may take some time, but seems possible.*

*When do you pay money for that big database?* Wednesday,?

2012/8/13 ibo ibo <ibob750@gmail.com>
> what site is it? name?
>
> As for my client they'd rather have europeen databaes can you do anythijng?
>
> for money it's this week ok?

………………………………………………………………………….

From: Dor Fyo
Date: Sunday, August 12, 2012 7:26 PM
To: ibo ibo
Subject: Re: Hi

*We can do a porno-site (USA customers) with 5.5 Million users. Are you interested?*

*On Sun, Aug 12, 2012 at 4:28 AM, ibo ibo <ibob750@gmail.com> wrote:*
> ok
>
> On Aug 11, 2012 17:14, Dor Fyo <fyofyofyo@hotmail.com> wrote:
>> *Will try to do such database, I think it's possible.*
>>
>> *Rais, send money to a new name.*
>>
>> ***NAME: OLEG TOLSTIKH***
>> ***CITY: MOSCOW***
>>
>> *Thanks*
>>
>> 2012/8/10 ibo ibo <ibob750@gmail.com>
>>> Ok next week
>>>
>>> Would you have any dbase for adult, porno, x sites??

4

> I got client for that
>
> On Friday, Aug 10, 2012, Dor Fyo wrote:
>> *Name for money: SERGEY FILIMONOV*
>> *City: MOSCOW*
>>
>> 2012/8/9 Dor Fyo <fyofyofyo@hotmail.com>
>>> *Rais, let's do 5500 Eur. It's really a cheap price for such a big database.*
>>> *When do you plan to send money? Next week?*
>>>
>>> 2012/8/9 ibo ibo <ibob750@gmail.com>
>>>> Nikita i ll offer 5000 Euro for the dbase
>>>>
>>>> All my customers are in vacations annd I only got one offer for now
>>>>
>>>> Maybe he ll pay more but in that case gotta wait to September back from vacation
>>>>
>>>> Tell me what - thanks

…………………………………………………………………………….

From: ibo ibo
Date: Friday, August 03, 2012 1:04 PM
To: Dor Fyo
Subject: Merci

I ll think about it

I ll get back to u soon thanks

…………………………………………………………………………….

From: Dor Fyo
Date: Tuesday, July 31, 2012 11:16 PM
To: ibo ibo
Subject: Re: hi
Attach: [TN: There is a database attached here which includes 1000 e-mail addresses. The file's name is fr1k.csv.]

*Rais, sorry for late answer - i was on the conference in Las Vegas :).*
*Long flights and crazy time, sorry.*
*Example of data is attached*

…………………………………………………………………………….

5

……………………………………………………………………….

From: ibo ibo
Date: Monday, July 30, 2012 7:20 AM
To: Dor Fyo
Subject: hi


Where is the sample for the database?

……………………………………………………………………….

From: ibo ibo
Date: Saturday, July 28, 2012 5:11 AM
To: Dor Fyo
Subject: hi


ok merci

……………………………………………………………………….

From: Dor Fyo
Date: Friday, July 27, 2012 11:39 AM
To: ibo ibo
Subject: Re: hi


*If you are talking about formspring, right now we have there this info:*

*Email - Nickname - Password hash - IP - Country*

*Address is not in the database, it's a social network - so no address inside, people dont specify it. We can also get real names for users (Nom - Prenom) but this field is optional, so not everybody specified it.*

*I will send you an example of data today\tomorrow*

2012/7/27 ibo ibo <ibob750@gmail.com>
> I want to know if you actually have
>
> Name –First name-address-and email of those member
>
> Can you send me an example?

……………………………………………………………………….

6

………………………………………………………………………….

From: Dor Fyo
Date: Friday, July 27, 2012 10:40 AM
To: ibo ibo
Subject: Re: hi

*You are talking about Formspring database?*

On Friday, July 27, 2012, ibo ibo wrote:
> I want to know if you actually have
>
> Name –Firstname-address-and email of those member
>
> Can you send me an example?

………………………………………………………………………….

From: Dor Fyo
Date: Thursday, July 26, 2012 9:49 PM
To: ibo ibo
Subject: Re: hi

*What database and what the problem?*

2012/7/26 ibo ibo <ibob750@gmail.com>
> For the *data base* I need
>
> Name firstname emeail address date of birth etc etc
>
> you have what exatly ??

………………………………………………………………………….

From: Dor Fyo
Date: Thursday, July 26, 2012 9:49 PM
To: ibo ibo
Subject: Re: Hi

*I didn't understand this*

2012/7/26 ibo ibo <ibob750@gmail.com>
> Can you give me more of infos?

………………………………………………………………………….

7

……………………………………………………………………….

From: ibo ibo
Date: Friday, July 27, 2012 2:36 AM
To: Dor Fyo
Subject: hi

I want to know if you actually have

Name –Firstname-address-and email of those member

Can you send me an example?

……………………………………………………………………….

From: ibo ibo
Date: Thursday, July 26, 2012 4:26 PM
To: Dor Fyo
Subject: Hi

Can you give me more of infos?
……………………………………………………………………….

From: ibo ibo
Date: Thursday, July 26, 2012 4:08 AM
To: Dor Fyo
Subject: hi

For the *data base* I need

Name firstname emeail address date of birth etc etc

you have what exatly ??

……………………………………………………………………….

From: ibo ibo
Date: Thursday, July 19, 2012 11:28 AM
To: Dor Fyo
Subject: Hi


Ok i m going to see f its possible
……………………………………………………………………….

8

………………………………………………………………………….
From: Dor Fyo
Date: Wednesday, July 18, 2012 12:00 AM
To: ibo ibo
Subject: Re: hi

*It's fresh database, it wasn't sold to anybody yet. Also I sell db only in one hands.*

*Statistics by countries:*
*USA - 7 Million*
*United Kingdom - 3 Million*
*Europe (Franse Germany Spain etc) - 7 Million*
*Brasil - 5 Million*
*Others - 8 Million*

2012/7/17 ibo ibo <ibob750@gmail.com>
> Thanks for your offer
> But them *data base* were sold how many Times?
> Because for them other that i already bought my customers arent happy they say them Email are over utilized and that people arent reacting
> ur telling me that ur not selling them  :-)
>
>
> On Tuesday, July 17, 2012, Dor Fyo <fyofyofyo@hotmail.com> wrote:
>
> > *Best price in 10.000E, there are 30M users with email, usernames, messages and so on.*
> >
> > 2012/7/17 ibo ibo <ibob750@gmail.com>
> >>
> >> What price pls?
> >> nd i wld like email name firstname etc is that possible ?
> >>
> >> On Tuesday, July 17, 2012, Dor Fyo wrote:
> >>>
> >>> *Rais, I've got a good web-site Formspring.com. It's a very popular and big web-site, it has 30 Million users.*
> >>> *Let me know if you are interested in it*
> >>>
> >>>
> >>> 2012/7/10 ibo ibo <ibob750@gmail.com>
> >>>>
> >>>> Last price for Zappos??
> >>>>
> >>>> U still working or u stopping?For new sites
> >
> >………………………………………………………………………….

9