# Exhibit G

Translation of YN018156: Skype Chat with Evgeny Lomovich
October 11, 2012

| | | | |
|---|---|---|---|
| Sergey Shalyapin | oo-oo | | 11:59 |
| | give me accounts | | 11:59 |
| Evgeny Lomovich | send | | 14:22 |
| Sergey Shalyapin | kk | | 14:22 |
| | 959854,482007,690561,5075793,2933275,43372726,2588336,161425,544837,2168612,2847411,4543430,7261124,1338116,8910915,21397959,25659803,81336861,13655888,47670340,5258959,5258865,27448857 | | 15:34 |
| Evgeny Lomovich | 2847411 okambi@gmail.com xxx | | 15:37 |
| | 59854 dhawtof@channelinsight.com 2de690d615d74097f7d0ecd9d481336da3735577 | | |
| | 2933275 AbelAtl@aol.com 78eec09ec940e522b03501bc54c118cddd9e7ae8 | | |
| | 161425 jhking@mac.com 015875b16b4764ef297aa69f7c07b8732337cdbb | | |
| | 4543430 infrastructureguru@gmail.com xxx | | |
| | 482007 kirby56@gmail.com 47834b16c835fdf9eff78274ecc7349f352d29e5 | | |
| | 544837 James.Piazza@savvis.net f0d61723fdf7301391bea5fff1ef28fa3c7d0eea | | |
| | 690561 johnferrandino@gmail.com xxx | | |
| | 2168612 marc.capri@savvis.net xxx | | |
| | 5075793 dprail@earthlink.net d1f83e08ec9df8e4789f5d7390fd9c61169ac44a | | |
| | 5258865 steve.chisholm@gmail.com 0b4a7b4b3033ef472008692111626d1ba050b791 | | |
| | 5258959 ian.higson@savvis.net 796b9b76324b96b414171230ec22baecae4a8897 | | |
| | 2588336 jaywantrao@gmail.com 12b6639958f278e5fa04617e940e70e2e352c1be | | |
| | 1338116 richard.dresden@savvis.net deaf42bdd33411dc0eaf2ef382478efb28992da6 | | |
| | 7261124 varghese.thomas@savvis.com 88d70e2f1b3ea253e0beae34f612bb0e79f214b7 | | |
| | 8910915 christopher.krull@savvis.net 1410b40f4ca7a9fa2a3b10de398a697d5dff4b21 | | |
| | 13655888 karlwb@gmail.com fb3caac43311b0008a0d22f15851f042c2610353 | | |
| | 21397959 roger.hill@savvis.net 608d197203b33e6cb9f62e69f28de7a26c451e35 | | |
| | 25659803 mjpalmer@talktalk.net 3b8b7a62d4ac46538d0e67c465be8bf85af32925 | | |
| | 27448857 mordimer@gmail.com dbbad92f134f886ac105b12072b96c9982df8c69 | | |
| | 43372726 amichaelson@sbcglobal.net b566c1c0c7b2892eca7a162688e20a63008dad95 | | |
| | 47670340 jwsit@hotmail.com xxx | | |
| | 81336861 kunalverma.ec@gmail.com xxx | | |
| Sergey Shalyapin | thks | | 15:43 |
| | you confused 59854 and 959854 | | 15:45 |
| Evgeny Lomovich | I did it as you gave it to me | | 15:45 |
| Sergey Shalyapin | failed to copy the first character =) | | 15:45 |
| | failed to include 9 )) | | 15:45 |
| | OK, doesn't matter | | 15:45 |
| Evgeny Lomovich | 959854 paul@benjes.com 321088bc9df6626e22c54725765e96a49d667fe2 | | 15:49 |