# Exhibit A

| TRANSLATION |
|---|
| Date: November 19, 2018 |
| Recording: Excerpt of 1542694868_373_13_159_924 |
| Male Speaker 1: Zhenya |
| Female Speaker 1: Anya |
| |
| [O/V]: Overlapping Voices |
| [U/A]: Unintelligible audio |

Anya: Haven't they told you anything?

Zhenya: I should have got food as well. Neither food nor books and magazines arrived. I asked to bring me computer magazines.

\*\*\*

Anya: Do you even know what the time is when you call somebody?

Zhenya: I do. The time is okay now. The attorneys work 24/7.

Anya: Zhenya, who said the attorneys work 24/7? If you want everybody to work like that, it doesn't mean everybody wants it.

Zhenya: I hack websites 24/7. I hacked.

Anya: You hack websites?

Zhenya: I hack websites [laughing] You know what? Can you find Artemiy Nevazhno [Артемий Неважно] on ВКонтакте (Russian social network)?

Anya: I know.

Zhenya: Come again?

Anya: I know.

Zhenya: Come again?

Anya: I said I know him. We are friends on ВКонтакте.

Zhenya: You are?

Anya: Yes.

Zhenya: Let him register an American number, I want to call him to talk. Okay?

Anya: Okay.

Zhenya: I want to hack the prison here [laughing].

Anya: Do you want to hack the prison?

Zhenya: I want to hack the prison. The rules here are stupid.

Anya: Okay.

\*\*\*

Zhenya: Can you ask to send me some magazines. Not just about cars. About computers, about...

Anya: Zhenya, call them in the evening and tell them yourself.