# Exhibit B

**Subject:** Alexander Stepanov left a personal message...
**From:** VK
**Date:** 11/8/11, 9:11 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



Alexander Stepanov left a personal message...



From:      Alexander Stepanov
Subject:   ...
Message:   good -) Zhenek, can you hack an email ? -))
           9 November 2011 at 13:01

Reply to Alexander   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018044

Exh 143C-0001

**Subject:** Pashu Khazanov left a personal message for you...
**From:** VK
**Date:** 11/14/11, 1:56 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

### В КОНТАКТЕ

You have 1 new message



From:     Pashu Khazanov
Subject:  ...
Message:  Zhenya, is it possible to find out the password for my Olga's
          contact? Because she is up to something, this bitch... =(

          I know her email address..

          olga...zh@mail.ru
          November 15, 2011 at 1:45

          [Reply to Pashu]   Delete Message

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018045

Exh 143C-0002

**Subject:** Anna Shvedova left a comment to a post on your wall...
**From:** VK
**Date:** 12/21/11, 2:57 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

**В контакте**

You have 1 new comment to a post on your wall



**Top Man**

my girl =( is sick
December 21, 2011 at 2:41

**Anna Shvedova**



sick and waiting for her guy..))
December 22, 2011 at 2:57|Reply

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018046

Exh 143C-0003

**Subject:** Anna Shvedova left a comment to a post on your wall...
**From:** VK
**Date:** 12/27/11, 4:32 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new comment to a post on your wall



**Top Man**

nobody loves me =(
December 27, 2011 at 5:05



Anna Shvedova

enough talking nonsense... I love you... mom loves you.... who else
do you need?
December 27, 2011 в 16:32|Reply

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018047

Exh 143C-0004

**Subject:** Bratka Dron left a comment to a post on your wall
**From:** VK
**Date:** 12/28/11, 4:32 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new comment to a post on your wall



**Top Man**

nobody loves me =(
December 27, 2011 at 5:05
Bratka Dron

not worth being upset, even if it so ;)
December 28, 2011 at 16:32|Reply



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018048

Exh 143C-0005

**Subject:** Lesha Makarov left you a personal message...
**From:** VK
**Date:** 12/29/11, 4:32 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

---

**В КОНТАКТЕ**

You have 1 new message



| | |
|---|---|
| From: | Lesha Makarov |
| Subject: | ... |
| Message: | Zheka, hi, Happy Holiday! How are you doing? |
| | December 29, 2011 at 15:34 |

Reply to Lesha   Delete Message

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018049

Exh 143C-0006

**Subject:** Anna Shvedova wrote something at your ...
**From:** VK
**Date:** 12/30/11, 4:33 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new post on your wall



**Anna Shvedova**

An audio record was inserted in the message.
December 30, 2011 at 16:33|Comment

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018050

Exh 143C-0007

**Subject:** Bratka Dron left you a personal message...
**From:** VK
**Date:** 1/3/12, 7:57 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:      Bratka Dron
Subject:   ...
Message:   hi Zhenya, you are not sleeping, not busy?
           January 4, 2012 at 7:47

           Reply to Bratka   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018051

Exh 143C-0008

**Subject:** Bratka Dron left you a personal message...
**From:** VK
**Date:** 1/4/12, 7:57 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:      Bratka Dron
Subject:   ...
Message:   Zhenek, do you know what FC (Fight Club) game is?
           January 5, 2012 at 1:46

           Reply to Bratka   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018052

Exh 143C-0009

**Subject:** VKontakte Notifications
**From:** VK
**Date:** 1/5/12, 7:57 PM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

 КОНТАКТЕ

Recent updates

 Hi **Top**, Recently you received:

4 personal messages from Bratka Dron

 **Bratka Dron** cool ) not busy? I will now call you, VKontakte is lagging,   0'
not sending messages

It was me who called you

Call me on mobile, I have no money

Zhenya



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018053

Exh 143C-0010

**Subject:** Ruslan Saprykin left you a personal message...
**From:** VK
**Date:** 1/9/12, 4:25 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

 **КОНТАКТЕ**

You have 1 new message



From:      Ruslan Saprykin
Subject:   ...
Message:   Hi Zhenya, send the "votka" [WhatsApp contact?] to me,
           please
           January 9, 2012 в 16:15

           Reply to Ruslan   Delete Message

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018054

Exh 143C-0011

**Subject:** Anna Shvedova left a personal message to you...
**From:** VK
**Date:** 1/12/12, 7:57 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:      Anna Shvedova
Subject:   ...
Message:   **You're my sweetheart!!**
           January 12, 2012 at 19:47

           Reply to Anna   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018055

Exh 143C-0012

**Subject:** Pashu Khazanov left you a personal message...
**From:** VK
**Date:** 1/14/12, 7:57 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:       Pashu Khazanov
Subject:    ...
Message:    Same question, what were you doing a couple of months
            ago...
            January 14, 2012 at 13:11

            Reply to Pashu   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018056

Exh 143C-0013

**Subject:** Pashu Khazanov left you a personal message...
**From:** VK
**Date:** 1/16/12, 7:57 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:      Pashu Khazanov
Subject:   ...
Message:   Zhenya, Zhenya, Zhenya!!!!)
           January 16, 2012 at 14:11

           Reply to Pashu   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018057

Exh 143C-0014

**Subject:** Pavlik Zhuravlik left you a personal message...
**From:** VK
**Date:** 1/18/12, 8:18 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:       Pavlik Zhuravlik
Subject:    ...
Message:    where are you Jacker?
            January 18, 2012 at 10:20

            Reply to Pavlik   Delete Message



Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018058

Exh 143C-0015

**Subject:** Anna Shvedova wrote something on your wall...
**From:** VK
**Date:** 1/22/12, 9:58 AM
**To:** Top Man
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new post on the wall



**Anna Shvedova**

I hope... I love you too..
January 22, 2012 at 21:58|Comment

Top, you can restrict or disable e-mail notifications in the Notification Settings

YN018059

Exh 143C-0016

**Subject:** VKontakte Notifications
**From:** VK
**Date:** 1/26/12, 9:58 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



Recent Updates



Hello **Evgeny**. Recently you received:

**1** personal message from Ruslan Saprykin
**1** accepted friend request

Sergey

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018060

Exh 143C-0017

**Subject:** Anna Shvedova sent you a gift...
**From:** VK
**Date:** 1/27/12, 11:30 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

Evgeny Kantemirovsky,

Anna Shvedova sent you a gift and left a message.
You can view gifts received or sed gifts to your friends on page:
http://vk.com/gifts.php
Best regards,
VK Administration

You can modify e-mail notification settings on page:
http://vk.com/settings?act=notify

YN018061

Exh 143C-0018

**Subject:** Ivan Ivanov wants to add you as a friend...
**From:** VK
**Date:** 2/6/12, 4:40 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new friend request

   Name:   Ivan Ivanov

You have 4 mutual friends with Ivan



Add as a friend   Leave as a subscriber



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018062

Exh 143C-0019

**Subject:** Anna Shvedova replied to your comment...
**From:** VK
**Date:** 2/7/12, 7:48 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

 **ВКонтакте**

New reply to your comment



### Anna Shvedova · I ♥ CREATIVE

Lifebook – laptop combining all our gadgets



February 7, 2012 at 11:23

 Evgeny Kantemirovsky

fucking cool! give me two!
February 7, 2012 at 15:27

 Anna Shvedova

Let's wash someone's mouth)
February 7, 2012 at 19:37|Reply



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018063

Exh 143C-0020

**Subject:** Artemy Nevazhno left you a personal message...
**From:** VK
**Date:** 2/13/12, 1:05 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



From:      Artemy Nevazhno
Subject:   ...
Message:   sorry, I was at my dad's birthday
           February 13, 2012 at 9:54

           Reply to Artemy   Delete Message



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018064

Exh 143C-0021

**Subject:** Arty Morozovsky replied to your comment...
**From:** VK
**Date:** 2/22/12, 5:17 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



New reply to your comment



### STOP! - Don't rush [Traffic Accident]

I punished the impatient

Evgeny Kantemirovsky

   **Evgeny Kantemirovsky**
This track is really bad
February 22, 2012 at 21: 00

**Arty Morozovsky**
Evgeny, +1
February 22, 2012 at 21:07|Reply

☒

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018065

Exh 143C-0022

**Subject:** Anisia Afanasieva left you a personal message...
**From:** VK
**Date:** 2/26/12, 7:18 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

## Вконтакте

You have 1 new message



From:       Anisia Afanasieva
Subject:    ...
Message:    Zhenya, would you marry me?
            February 27, 2012 at 10:48

            Reply to Anisia    Delete Message

×

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018066

Exh 143C-0023

**Subject:** Artemy Nevazhno left you a personal message...
**From:** VK
**Date:** 3/1/12, 11:14 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



You have 1 new message



| | | |
|---|---|---|
| From: | Artemy Nevazhno | |
| Subject: | ... | |
| Message: | http://vk.com/feed?z=photo-34129360_280291155%2Fwall-34129360_791 | |

March 2, 2012 at 3:04

Reply to Artemy    Delete Message

⊠

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018067

Exh 143C-0024

**Subject:** Evgeny Belenky left you a personal message...
**From:** VK
**Date:** 3/4/12, 10:02 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

 **КОНТАКТЕ**

You have 1 new message



| | |
|---|---|
| From: | Evgeny Belenky |
| Subject: | ... |
| Message: | Zhenya, call me when you can!!! |
| | March 5, 2012 в 1:52 |

Reply to Evgeny   Delete Message

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018068

Exh 143C-0025

**Subject:** VKontakte Notifications
**From:** VK
**Date:** 3/6/12, 6:09 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



2 persons accepted your friend request



Name:    Mikhail Nikulin
         You have 3 mutual friends with
         Mikhail



Write to Mikhail   Recommend friends

Name:    Katerina Lunkina
Graduated   National Research Technological University Moscow
from:    Institute of Steel and Alloys '10

Write to Katerina   Recommend friends

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018069

Exh 143C-0026

**Subject:** Nikolay Timofeev replied to your comment...
**From:** VK
**Date:** 3/14/12, 1:36 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



New reply to your comment



### STOP! - Don't rush [Traffic Accident]

Girl



March 15, 2012 at 4:18

 Evgeny Kantemirovsky

Why the fuck are you butting in?
March 15, 2012 at 4:25

 Nikolay Timofeev

Evgeny, turn signals are for losers, right?
March 15, 2012 at 4:26|Reply



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018070

Exh 143C-0027

**Subject:** Anna Shvedova replied to your comment...
**From:** VK
**Date:** 3/28/12, 1:06 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



New reply to your comment

 **Anna Shvedova**



March 28, 2012 at 3:34

 **Evgeny Kantemirovsky**

look like you puffed out your cheeks ) you're a hamster
March 28, 2012 at 5:12

 **Anna Shvedova**

don't you like it ))
March 28, 2012 в 12:16|Reply



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018071

Exh 143C-0028

**Subject:** Rusik Dydymovoy left you a personal message...
**From:** VK
**Date:** 4/8/12, 5:36 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"

**В КОНТАКТЕ**

You have 1 new message



From:      Rusik Dydymovoy
Subject:   ...
Message:   Shalom Zhenya )) Can you share the password to this page
           with me?? I really need it )))
           http://vk.com/id31612238
           April 7, 2012 at 21:25

           Reply to Rusik   Delete Message



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018072

Exh 143C-0029

**Subject:** Sofi Denisova left you a personal message...
**From:** VK
**Date:** 4/15/12, 11:14 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
"Pavel Durov, inContact.ru Admin"



**You have 1 new message**



From:      Sofi Denisova

Subject:   ...

Message:   I now live on Kantemirovskaya, moved just recently :):):) We
           are now neighbors again))) I work as a stylist, but it's rather
           only a hobby; my soul need something else))))) What do you
           do now?!

           April 16, 2012 at 14:04

           Reply to Sofi   Delete Message

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018073

Exh 143C-0030

**Subject:** Pavlik Zhuravlik left you a personal message...
**From:** VK
**Date:** 4/18/12, 11:16 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
noreply

**В КОНТАКТЕ**

You have 1 new message



From:     Pavlik Zhuravlik
Subject:  ...
Message:  Zhenya) how are you?

The weather is really great)
April 18, 2012 at 18:02

Reply to Pavlik   Delete Message

❌

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018074

Exh 143C-0031

**Subject:** Vova Zolotin replied to your comment...
**From:** VK
**Date:** 5/2/12, 10:12 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
noreply

 Вконтакте

New reply to your comment



### STOP! Don't rush - Club of responsible drivers

Meeting with a taxi driver



May 2, 2012 at 23:42

 May 2, 2012 at 23:42

I know it is not allowed to drive - I wrote it to you
May 3, 2012 at 7:38

 Vova Zolotin

Evgeny, you wrote that it was not allowed to use the right lane.
May 3, 2012 at 7:40|Reply



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018075

Exh 143C-0032

**Subject:** Anatoly Anatolievich replied to your comment...
**From:** VK
**Date:** 5/3/12, 10:12 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
noreply



New reply to your comment



### Stop BOOR | Cτoп Boor  Dmitri Chugunov

I am inviting to the today's raid those athletes who want and can come and support - 5:00 PM Shopping Center "Evropeisky")))
May 3 ,2012 at 19:26



**Evgeny Kantemirovsky**

Anatoly Anatolievich, I am telling you, when you have a Porsche, a Bentley or something like that, and some underage fuckhead puts some stickers on the windshield, I will look at you.
May 3, 2012 at 20:32



**Anatoly Anatolievich**

Why, Evgeny? What is your observation about an expensive car based on? Your personal experience?
May 3, 2012 at 20:39|Reply



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018076

Exh 143C-0033

**Subject:** Mikhail Nikulin left you a personal message...
**From:** VK
**Date:** 5/20/12, 8:30 AM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
noreply



You have 1 new message



|  |  |
|---|---|
| From: | Mikhail Nikulin |
| Subject: | ... |
| Message: | Cool topic! |
|  | http://www.dailymotion.com/video/x8a14e_momo-wandel-s.. |
|  | May 20, 2012 at 8:29 |

Reply to Mikhail   Delete Message

☒

Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018077

Exh 143C-0034

**Subject:** Anna Shvedova left you personal messages...
**From:** VK
**Date:** 5/22/12, 3:38 PM
**To:** 235=89 0=B5<8@>2A:89
**Reply-to:**
noreply



Anna Shvedova left you personal messages...

 **Anna Shvedova** Beware of men who need you only in a good         23.05.12
mood, mainly after 11.
Men who put you in second place after their favorite hobby and
want to see you only after a full recovery.

Appreciate the man who hugs tightly if you cry and cover your
mouth with a kiss when you are angry.

Do not waste time on a man who does not like to walk (his legs get
tired) or relax in nature (mosquitoes will bite him), a man inclined to
nag will never become a reliable support.

Reply to Anna                    Switch to messages



Evgeny, You can restrict or disable Email Notifications in the Notification Settings

YN018078

Exh 143C-0035