```
1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       michelle.kane3@usdoj.gov
        Katherine.Wawrzyniak@usdoj.gov
9
   Attorneys for United States of America
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | UNITED STATES' AMENDED WITNESS LIST |
| v. | Trial: March 9, 2020 |
| YEVGENIY ALEXANDROVICH NIKULIN, | Pretrial Conference: February 19, 2020 |
| | Time: 1:30 p.m. |
| Defendant. | Courtroom No. 12 |

The United States hereby gives notice to the Court and the defendant of the witnesses it may call in its case-in-chief in the above-captioned case. This list is intended to be inclusive, is subject to amendment or supplementation as trial preparations progress, and does not necessarily reflect the order in which the government will call the witnesses. The government will notify the defense and Court of any changes to this list.

//

U.S. AMENDED WITNESS LIST
CR 16-00440 WHA

| Witness Name | Anticipated Testimony |
|---|---|
| FBI Special Agent Jeffrey Miller | Special Agent Miller will testify regarding the investigation of defendant's computer intrusions at LinkedIn, Dropbox, Formspring, Automattic, and elsewhere. He will also testify regarding defendant's trafficking of credentials stolen from Formspring.<br><br>Special Agent Miller may also testify as an expert with regard to the forensic examination of the computer belonging to Oleksander Ieremenko and the market for stolen credentials, as reflected in the government's separate disclosure of expert testimony. |
| FBI Special Agent Bryant Ling | Special Agent Ling will testify as an expert regarding the defendant's intrusion into and use of Nicholas Berry's computer, as reflected in the government's separate disclosure of expert testimony. |
| FBI Supervisory Special Agent Emily Odom | Special Agent Odom will testify regarding the identification of defendant's co-conspirators. |
| FBI Linguist | An FBI linguist will testify as an expert regarding the validity of certain disputed translations. |
| Barry Abrahamson | Mr. Abrahamson is a "Systems Wrangler" at Automattic. He will testify regarding the defendant's computer intrusion at Automattic, which may include expert testimony regarding analysis of logs and other evidence, as reflected in the government's separate disclosure of expert testimony. |
| Ade Olonoh | Mr. Olonoh, formerly the Chief Executive Officer of Formspring, will testify regarding defendant's intrusion into Formspring computers and trafficking of Formspring credentials. This may include expert testimony regarding Formspring's system and his analysis of logs and other evidence, as reflected in the government's separate disclosure of expert testimony. |
| Matt Cudworth | Mr. Cudworth, the former Chief Technology Officer of the successor to Formspring, will testify regarding his confirmation of stolen Formspring credentials. |
| John Sanders | Mr. Sanders, formerly of Formspring, will testify regarding defendant's use of Sanders' credentials in connection with the computer intrusion at Formspring. |
| Corey Louie | Mr. Louie was formerly in Trust, Safety, and Security at Dropbox. He will testify regarding the investigation into defendant's computer intrusion at Dropbox. |
| Nicholas Berry | Mr. Berry, an employee of LinkedIn, will testify regarding defendant's use of Berry's computer and credentials in connection with the computer intrusion at LinkedIn. |

| | |
|---|---|
| Ganesh Krishnan | Mr. Krishnan, formerly LinkedIn Senior Director of Engineering, will testify regarding his investigation of defendant's computer intrusion at LinkedIn. |
| Bruno Connelly | Mr. Connelly, an employee of LinkedIn, will testify regarding the investigation of defendant's computer intrusion at LinkedIn.<br><br>Mr. Connelly may also testify as an expert regarding LinkedIn's systems and his analysis of logs and other records of defendant's intrusions at LinkedIn, as reflected in the government's separate disclosure of expert testimony. |
| Tom Wiegand | Mr. Wiegand, an employee of Dropbox, will testify regarding the compromise of his Dropbox corporate credentials in connection with the intrusion into Dropbox computers. |
| United States Secret Service Special Agent Richard LaTulip | Special Agent LaTulip will authenticate the computer image seized during a search executed in Ukraine pursuant to a Mutual Legal Assistance Treaty request. |
| Joshua Anderson | Mr. Anderson, the senior administrator of Afraid.org, will testify regarding the Afraid.org subscriber records and will explain the Afraid.org DNS service. |
| Graham Abbott | Mr. Abbott, an employee of Dropbox, will testify regarding the Dropbox IP log and the underlying records. |

DATED: March 8, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

U.S. AMENDED WITNESS LIST
CR 16-00440 WHA                3