DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | UNITED STATES' AMENDED EXHIBIT LIST |
| v. | Trial: March 9, 2020 |
| YEVGENIY ALEXANDROVICH NIKULIN, | Time: 7:30 a.m. |
| Defendant. | Courtroom No. 12 |

    The United States respectfully submits the attached exhibit list, which includes exhibits that the United States presently intends to introduce in its case-in-chief. This list is intended to be inclusive and is subject to amendment or supplementation as trial preparations progress. In addition, the list contains items, such as Reports of Investigation, that the United States does not intend to introduce in its case-in-chief, but that have been included here with exhibit numbers to reduce confusion should they need to be identified during trial. The government will notify the defense and Court of any changes to this list.

//

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 1 | | | | CD: Google search warrant results for chinabig01@gmail.com (August 29, 2012) | YN000002 | |
| 2 | | | | Certificate of authenticity for Google search warrant results, August 29, 2012 | YN001674 | |
| 3 | | | | Email messages from chinabig01@gmail.com account (from Exhibit 1) | YN001693 | YN001743 |
| 3A | | | | Email from Serververhurr to chinabig01 | YN001693 | |
| 3B | | | | Email from Dropbox to Jammis re account creation | YN001713 | |
| 3C | | | | Email from Dropbox to Jammis re Tom Wiegand | YN001715 | |
| 3D | | | | Email from Formspring to chinabig01@gmail.com re account creation | YN001722 | |
| 3E | | | | Email from LinkedIn to Jammiro Quatro re account creation | YN001732 | |
| 4 | | | | Intentionally left blank | | |
| 5 | | | | InsidePro.com screenshots re dwdm | YN000063 | YN000066 |
| 6 | | | | InsidePro.com screenshots re slavuti4 | YN004642 | YN004643 |
| 7 | | | | Hard Drive: Copy of iMac computer | YN006683 | |
| 8 | | | | Intentionally left blank | | |
| 9 | | | | Intentionally left blank | | |
| 10 | | | | Duplicate – Intentionally left blank | | |
| 11 | | | | CD containing results of Skype search warrant for account dex.007 | YN003411 | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                    2

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 12 | | | | Excerpts from response to Skype search warrant for account dex.007 | YN003411-A | YN003411-D |
| 13 | | | | Certificate of authenticity for Skype search warrant results | YN003412 | |
| 14 | | | | Google subscriber information for chinabig01@gmail.com (July 14, 2016) | YN003437 | |
| 15 | | | | Certificate of authenticity for Google records (July 14, 2016) | YN003440 | |
| 16 | | | | CD: Automattic intrusion logs | YN004640 | |
| 17 | | | | Summary of Automattic intrusion logs | | |
| 17A | | | | Summary of Automattic IP overlap | | |
| 18 | | | | Formspring logs | YN004671 | YN004772 |
| 19 | | | | Summary of Formspring logs | | |
| 19A | | | | Summary of Formspring IP overlap | | |
| 19B | | | | Summary of Formspring IP overlap with Skype data | | |
| 20 | | | | CD: Microsoft search warrant results for fyofyofyo@hotmail.com account (2012 DNV) | YN015024 | |
| 21A | | | | Email message thread from search warrant results for fyofyofyo@hotmail.com account (messages with ibo ibo) | YN017736 | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                                3

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 21B | | | | Email message thread from search warrant results for fyofyofyo@hotmail.com account (messages with ibo ibo) | YN017739 | |
| 21C | | | | Email message thread from search warrant results for fyofyofyo@hotmail.com account (messages with ibo ibo) | YN017740 | |
| 21D | | | | Email message thread from search warrant results for fyofyofyo@hotmail.com account (messages with ibo ibo) | YN018175 | YN018227 |
| 21E | | | | Email message thread from search warrant results for fyofyofyo@hotmail.com account (messages with ibo ibo) | YN018229 | YN018231 |
| 22 | | | | Translation of email messages between fyofyofyo@hotmail.com and "ibo ibo" (French-English) | YN004788 | YN004821 |
| 22A | | | | Excerpt of translation of email messages between fyofyofyo@hotmail.com and "ibo ibo" | | |
| 22B | | | | Excerpt of translation of email messages between fyofyofyo@hotmail.com and "ibo ibo" | | |
| 23 | | | | Google subscriber information for account udalite@gmail.com (August 2015) | YN004955 | YN004960 |
| 24 | | | | Certificate of authenticity for Google subscriber records (udalite@gmail.com) | YN004963 | |
| 25 | | | | CD: Western Union records (Excel files) | YN005009 | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                          4

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 25A | | | | Printout of Western Union records | | |
| 26 | | | | External hard drive containing LinkedIn VPN and SSH system logs | YN005014 | |
| 26A | | | | Chinabig01@gmail.com account (from Exh. 26) | | |
| ~~27~~ | | | | Intentionally left blank | | |
| 28 | | | | Intentionally left blank | | |
| 29 | | | | Intentionally left blank | | |
| 30 | | | | Intentionally left blank | | |
| 31 | | | | Intentionally left blank | | |
| 32 | | | | CD: Summary of log entries from LinkedIn (Excel file, multiple tabs) | YN006743 | |
| 32A | | | | CD: Summary of LinkedIn member info and IP history | YN006793 | |
| 32B | | | | Summary of LinkedIn IP overlaps | | |
| 32C | | | | Summary of LinkedIn IP overlaps with Skype data | | |
| 33 | | | | Summary of LinkedIn VPN log for user nberry (Excel file) | YN006745 | |
| 34 | | | | Certificate of authenticity for Google subscriber records (August 20, 2012) | YN006790 | |
| 35 | | | | Google subscriber records for chinabig01@gmail.com (August 20, 2012) | YN006791 | |
| 36 | | | | Intentionally left blank | | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                 5

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 37 | | | | Intentionally left blank | | |
| 38 | | | | Dropbox subscriber records for chinabig01@gmail.com (Jammis Gurus) (September 2012) | YN006809 | YN006914 |
| 39 | | | | Intentionally left blank | | |
| 40 | | | | Intentionally left blank | | |
| 41 | | | | Google subscriber records for chinabig01@gmail.com (November 6, 2012) | YN006843 | |
| 42 | | | | Certificate of authenticity for Google records (November 6, 2012) | YN006842 | |
| 43 | | | | Certificate of authenticity for Afraid.org records | YN007069 | |
| 44 | | | | CD: Afraid.org records (Zip file) | YN007070 | |
| 44A | | | | Syslog from Afraid.org records (Exh. 44) | | |
| 45 | | | | Afraid.org Records for username zopaqwe1 | YN013363 | YN013371 |
| 46 | | | | Certificate of authenticity for Google subscriber records (Google Plus ID 104244780492105546023) | YN007087 | |
| 47 | | | | Google subscriber records for Google Plus ID 104244780492105546023 | YN007088 | |
| 48 | | | | CD: Kongregate subscriber records for Zopaqwe1 (Jammis Tom) | YN007768 | YN007769 |
| 49 | | | | Intentionally left blank | | |
| 50 | | | | Intentionally left blank | | |

| Exh. No. | Date Marked for Identification | Date Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 51 | | | | Intentionally left blank | | |
| 52 | | | | Google subscriber records for chinabig01@googlemail.com (December 4, 2014) | YN012971 | |
| 53 | | | | Certificate of authenticity for Google records (December 4, 2014) | YN012973 | |
| 54 | | | | Google subscriber records for chinabig01@googlemail.com (July 2015) | YN012976 | |
| 55 | | | | Certificate of authenticity for Google records (July 2015) | YN012979 | |
| 56 | | | | Intentionally left blank | | |
| 57 | | | | Paypal subscriber records for 8bit-man@mail.ru | YN013009 | YN013012 |
| 58 | | | | Instagram subscriber records for i.tak.soidet (remember.it.life@gmail.com) (October 2016) | YN013018 | YN013019 |
| 59 | | | | Copy of Defendant's passport | YN013034 | |
| 59A | | | | Translation of defendant's passport | YN015025 | |
| 60 | | | | Records provided by defendant | YN014641 | YN014660 |
| 61 | | | | Translation of records provided by defendant | YN015026 | YN015029 |
| 62 | | | | CD: Google search warrant results for chinabig01@gmail.com account (2019) | YN014814 | |
| 62A | | | | Excerpt of results (search history) of 2019 search warrant to Google for chinabig01@gmail.com account (English) (Exh. 62) | | |

| Exh. No. | Date Marked for Identification | Date Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 63 | | | | Document custodian certification for Google search warrant results (2019) | YN017896 | |
| 64 | | | | Response to MLAT request to Ukraine (Original Ukrainian) | YN014838 | YN014855 |
| 65 | | | | English translation of response to MLAT request to Ukraine | YN014820 | YN014837 |
| 65A | | | | Translation of passport of Oleksandr Ieremenko | YN014833 | |
| 65B | | | | Certification by Lieutenant Colonel of Justice Tarasenko | YN014832 | |
| 66 | | | | Drive: Forensic image of computer of Oleksandr Ieremenko | YN014124 | YN014125 |
| 66A | | | | Photograph of Anna Shvedova from O. Ieremenko's computer (May 2012) (Exh. 66) | | |
| 66B | | | | Photograph of Ieremenko Identity document from O. Ieremenko's computer (Exh. 66) | YN017899 | |
| 66C | | | | Translation of Ieremenko identity document | YN18232 | |
| 66D | | | | Photo of defendant from O. Ieremenko's computer (Exh. 66) | | |
| 67 | | | | CDs: FTK forensic report re computer of Oleksander Ieremenko | YN014111 | YN014112 |
| 68 | | | | Magnet Forensic report of Skype chats between dex.007 and vaiobro (original Russian) | YN003368 | YN003374 |
| 69 | | | | Translation notes for Skype chats | YN003378 | |
| 70 | | | | Translation of Skype chats (Excel file) | YN003378-A | |
| 71 | | | | Photographs from computer of Oleksandr Ieremenko | YN014101 | YN014110 |

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 71A | | | | Photograph of defendant and "Cash" (from Exh. 71) | YN014103 | |
| 72 | | | | Video clip from computer of Oleksandr Ieremenko (Exh. 66) | YN014096 | |
| 73 | | | | Translation of video clip YN014096 | YN015054 | |
| 74 | | | | Video clip from computer of Oleksandr Ieremenko (Exh. 66) | YN014097 | |
| 75 | | | | Translation of video clip YN014097 | YN015055 | |
| 76 | | | | CD: Original Russian language Skype chats from computer of Oleksandr Ieremenko (Exh. 66) | YN014082 | YN014087 |
| 76A | | | | Excerpts of Skype chats | YN018152 | YN018159 |
| 76B | | | | Translation of excerpts of Skype chats | YN018243 | YN018250 |
| 77 | | | | Skype group chat contact list from computer of Oleksandr Ieremenko (Exh. 66) | YN014088 | |
| 78 | | | | CD: Skype log from computer of Oleksandr Ieremenko (Exh. 66) | YN014089 | |
| 79 | | | | Response to MLAT Request to Russian Federation, dated January 28, 2013 | YN003252 | YN003265 |
| 80 | | | | Response to MLAT Request to Russian Federation, dated October 30, 2013 | YN001901 | YN001918 |
| 81 | | | | Certificate of authenticity for response to MLAT request to Russian Federation | YN001913 | |
| 82 | | | | Response to MLAT Request to Russian Federation, dated October 30, 2013 | YN000217 | YN000234 |

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 83 | | | | Certificate of authenticity for response to MLAT request to Russian Federation | YN000228 | |
| 84 | | | | English Translation of response to MLAT request to Russian Federation, translated February 19, 2014 | YN003124 | YN003133 |
| 85 | | | | Response to MLAT Request to Russian Federation, March 28, 2016 | YN003446 | YN003464 |
| 85A | | | | English translation of response to request to Russian Federation | YN018122 | YN018140 |
| 86 | | | | Certificate of authenticity for MLAT response from the Authority of the Russian Federation | YN003459 | |
| 87 | | | | CD: Defendant's recorded calls, files 174_37, 159_924, 194_513 | YN014139 | |
| 88 | | | | Translation/excerpt of defendant's call 174.37 (Nov. 8, 2018) | YN015030 | YN015038 |
| 88A | | | | CD: Excerpt of defendant's call 174.37 (Nov. 8, 2018) | | |
| 89 | | | | Translation/excerpt of defendant's call 159.924 (Nov. 19, 2018) | YN015039 | YN015044 |
| 89A | | | | CD: Excerpt of defendant's call 159.924 (Nov. 19, 2018) | | |
| 90 | | | | Translation/excerpt of defendant's call 194.513 (Nov. 29, 2018) | YN015045 | YN015049 |
| 90A | | | | CD: Excerpt of defendant's call 194.513 (Nov. 29, 2018) | | |
| 91 | | | | Intentionally left blank | | |
| 92 | | | | Intentionally left blank | | |

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 93 | | | | Intentionally left blank | | |
| 94 | | | | Report of Nick Berry (LinkedIn) interview, 6/20/2012 | YN000237 | YN000239 |
| 95 | | | | Report of Ganesh Krishnan (LinkedIn) interview, 6/19/2012 | YN000240 | YN000242 |
| 96 | | | | Report of Nick Berry (LinkedIn) interview, 7/5/2012 | YN0001653 | YN001654 |
| ~~97~~ | | | | Drive: Forensic image of laptop computer | YN001655 | |
| 98 | | | | Report of Cory Louie (Dropbox) Interview, 9/11/2012 | YN001746 | YN001747 |
| 99 | | | | Report of Barry Abrahamson telephone interview, 8/15/13 | YN004597 | |
| 100 | | | | Report of Barry Abrahamson telephone interview, 8/8/13 | YN004598 | YN004599 |
| 101 | | | | Report of Ade Olonoh interview, 7/12/2012 | YN004644 | YN004645 |
| 102 | | | | E-mail from Matt Cudworth dated 1/8/2014 | YN004825 | |
| 103 | | | | Email from Ade Olonoh re servers | YN004971 | YN004972 |
| 104 | | | | Email from Matt Cudworth | YN004974 | |
| 105 | | | | Intentionally left blank | | |
| 106 | | | | Google subscriber records (ittagheuer@gmail.com) | YN012219 | |
| 107 | | | | Certificate of authenticity for Google records | YN012221 | |
| 108 | | | | Intentionally left blank | | |
| 109 | | | | Intentionally left blank | | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                                11

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 110 | | | | Certificate of authenticity for Yelp records | YN012264 | |
| 111 | | | | Yelp subscriber records | YN012263 | |
| 112 | | | | Report of Interview of Alex Kuznetsov | YN014451 | YN014452 |
| 113 | | | | Vimeo subscriber records for chinabig01@gmail.com | YN012235 | |
| 114 | | | | Comcast subscriber records for 24.18.183.27 | YN012763 | |
| 115 | | | | Certificate of authenticity for Comcast records | YN012764 | |
| 116 | | | | CD: Google search warrant results for chinabig01@gmail.com (November 2013) | YN013542 | |
| 117 | | | | Subscriber information, including IP logs, from Google search warrant results November 2013 | YN001921 | YN001952 |
| 118 | | | | Excerpt of results of 2019 search warrant to Google for chinabig01@gmail.com account (Russian language search history) (Exh. 62) | YN015056 | YN015062 |
| 119 | | | | Translation from Russian of Google search warrant result excerpts (search history, 2019) (Exhibit 118) | YN015063 | YN015069 |
| 120 | | | | Translation of email messages between fyofyofyo@hotmail.com and moy.yawik@gmail.com (Russian-English) (Complete translation at YN015677) | YN000202 | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                                    12

| Exh. No. | Date Marked for Identification | Date Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 120A | | | | Original Russian language messages between fyofyofyo@hotmail.com and moy.yawik@gmail.com from | YN018142 | YN018144 |
| 121 | | | | Instagram subscriber records (February 2019) for i.tak.soidet (remember.it.life@gmail.com) | YN015141 | YN015217 |
| 122 | | | | Report of Bruno Connelly (LinkedIn) Interview | YN015858 | YN015860 |
| 123 | | | | Certificate of authenticity for Instagram subscriber records (i.tak.soidet) (Exh. 58) | YN016050 | |
| 124 | | | | Summary of chinabig01@gmail.com account logins | | |
| 124A | | | | Summary of chinabig01@gmail.com account logins with Skype data | | |
| 125 | | | | Google subscriber records for chinabig01@gmail.com (from Exhibit 1) | | |
| 126 | | | | Intentionally left blank | | |
| 127 | | | | Intentionally left blank | | |
| 128 | | | | Attachment (fr1k.csv) to translated email from fyofyofyo@hotmail.com search warrant results (from Exhibit 20) | YN017964 | YN018006 |
| 129 | | | | Intentionally left blank | | |
| 130 | | | | Duplicate – intentionally left blank | | |

U.S. AMENDED EXHIBIT LIST
CR 16-00440 WHA                    13

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 131 | | | | Summary chart of logs from N. Berry computer (from Exhibit 7) | | |
| 131A | | | | Madnez shell screen shots | | |
| 132 | | | | CD: Defendant's recorded calls | YN014856 | YN014856 |
| 133 | | | | Intentionally left blank | | |
| 134 | | | | Intentionally left blank | | |
| 135 | | | | Translation/excerpt of defendant's call no. 20960956 | YN016300 | YN016301 |
| 135A | | | | CD: Excerpt of defendant's call no. 20960956 | | |
| 136 | | | | Translation/excerpt of defendant's call no. 21172516 | YN016302 | YN016308 |
| 136A | | | | CD: Excerpt of defendant's call no. 21172516 | | |
| 137 | | | | Certificate of authenticity for Kongregate records (Exh. 48) | YN016310 | YN016310 |
| 138 | | | | Certificate of authenticity for Vimeo records (Exh. 113) | YN016315 | YN016315 |
| 139 | | | | Certificate of authenticity for PayPal records (Exh. 57) | YN016320 | YN016321 |
| 140 | | | | Certificate of authenticity for Western Union records (Exh. 25) | YN016325 | YN016325 |
| 141 | | | | Certificate of authenticity for Instagram (Facebook) records (Exh. 121) | YN016364 | YN016364 |
| 142 | | | | Summary of Dropbox IP log | YN016428 | YN016430 |
| 142A | | | | Summary of Dropbox IP Overlap | | |

| Exh. No. | Date Marked for Identification | Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 142B | | | | Summary of Dropbox IP Overlap including Skype IP data | | |
| 143 | | | | CD: Google search warrant results for r00talka@gmail.com (February 2020) | YN016432 | |
| 143A | | | | Certificate of authenticity for Google search warrant results for r00talka@gmail.com (February 2020) | YN016578 | |
| 143B | | | | Excerpts (Russian) of email from Google search warrant results for r00talka@gmail.com | YN016479 | YN016545 |
| 143C | | | | Translation of VK email excerpts (Russian) from Google search warrant results for r00talka@gmail.com | YN018044 | YN018078 |
| 143D | | | | English email excerpts from Google search warrant results for r00talka@gmail.com | YN016912 | YN017732 |
| 143E | | | | Summary of Activity (Search history – Russian language) from r00talka@gmail.com Google search warrant results. | YN016546 | YN016548 |
| 143F | | | | English translation of r00talka@gmail.com search history | YN018113 | YN08114 |
| 143G | | | | Translation of other email excerpts (Russian) from Google search warrant results for r00talka@gmail.com | YN018115 | YN018119 |
| 144 | | | | Intentionally left blank | | |
| 145 | | | | Intentionally left blank | | |
| 146 | | | | Certificate of authenticity for Dropbox subscriber records (Exh. 38) | YN016557 | |

| Exh. No. | Date Marked for Identification | Date Admitted into Evidence | Sponsoring Witness(es) | Description | Beg. Bates | End Bates |
|---|---|---|---|---|---|---|
| 147 | | | | Certificate of authenticity for Microsoft search warrant results for fyofyofyo@hotmail.com (DNV) (Exh. 20) | YN016551 | |
| 148 | | | | MDC Contact List | YN014256 | |
| 149 | | | | Email from Yevgeniy Nikulin to Mihail Nikulin | YN014340 | |
| 150 | | | | Translation of email from Yevgeniy Nikulin to Mihail Nikulin | YN018147 | |
| 151 | | | | Screenshots of Anna Shvedova social media | | |

DATED: March 8, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys