DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    Katherine.Wawrzyniak@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00440 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR UNSEALING UNITED STATES' MOTION IN LIMINE NUMBER ONE AND ASSOCIATED DOCKET ENTRIES |
| v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

    The United States, represented by Assistant United States Attorneys Michelle J. Kane and Katherine L. Wawrzyniak, and defendant Yevgeniy Nikulin, represented by appointed counsel Adam Gasner and Valery Nechay, hereby stipulate that this Court may unseal United States' motion in limine number one, the defendant's response, and the Court's order, as well as the sealing orders associated

//

STIP. & [PROPOSED] ORDER
16-00440 WHA

with those pleadings (docket entries 140, 141, 159, 160, and 165). The parties agree that the grounds for filing the documents under seal no longer exist.

DATED:   Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

/s/
ADAM GASNER
Counsel for Yevgeniy Alexandrovich Nikulin

/s/
VALERY NECHAY
Counsel for Yevgeniy Alexandrovich Nikulin

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, the Court HEREBY ORDERS that United States' motion in limine number one, the defendant's response, and the Court's order, as well as the sealing orders associated with those pleadings (docket entries 140, 141, 159, 160, and 165) shall be unsealed and placed on the public docket.

DATED:

HON. WILLIAM ALSUP
United States District Judge