1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorneys

6          1301 Clay Street, Suite 340S
           Oakland, California 94612
7          Telephone: (510) 637-3680
           FAX: (510) 637-3724
8          michelle.kane3@usdoj.gov
           Katherine.Wawrzyniak@usdoj.gov
9
   Attorneys for the United States
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,            )   NO. CR 16-00440 WHA
15                                      )
          Plaintiff,                    )   STIPULATION AND [PROPOSED] ORDER FOR
16                                      )   UNSEALING UNITED STATES' MOTION IN
     v.                                 )   LIMINE NUMBER ONE AND ASSOCIATED
17                                      )   DOCKET ENTRIES
   YEVGENIY ALEXANDROVICH NIKULIN,      )
18                                      )
          Defendant.                    )
19                                      )
   _____)
20

21        The United States, represented by Assistant United States Attorneys Michelle J. Kane and

22 Katherine L. Wawrzyniak, and defendant Yevgeniy Nikulin, represented by appointed counsel Adam

23 Gasner and Valery Nechay, hereby stipulate that this Court may unseal United States' motion in limine

24 number one, the defendant's response, and the Court's order, as well as the sealing orders associated

25 //

26

27

28

   STIP. & [PROPOSED] ORDER
   16-00440 WHA

1  with those pleadings (docket entries 140, 141, 159, 160, and 165). The parties agree that the grounds for
2  filing the documents under seal no longer exist.
3  DATED:                                  Respectfully submitted,

4                                          DAVID L. ANDERSON
                                           United States Attorney
5

6
                                           /s/
7                                          MICHELLE J. KANE
                                           KATHERINE L. WAWRZYNIAK
8                                          Assistant United States Attorneys

9
                                           /s/
10                                         ADAM GASNER
                                           Counsel for Yevgeniy Alexandrovich
11                                         Nikulin

12
                                           /s/
13                                         VALERY NECHAY
                                           Counsel for Yevgeniy Alexandrovich
14                                         Nikulin

15

16                                      **ORDER**

17      Based on the stipulation of the parties, and good cause appearing therefor, the Court HEREBY
18  ORDERS that United States' motion in limine number one, the defendant's response, and the Court's
19  order, as well as the sealing orders associated with those pleadings (docket entries 140, 141, 159, 160,
20  and 165) shall be unsealed and placed on the public docket.
21  DATED:   March 9, 2020.
                                           HON. WILLIAM ALSUP
22                                         United States District Judge