ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-782-6000
Facsimile:   415-782-6011
E-Mail:   adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   650-761-0148
E-Mail:   valery@nechaylaw.com

Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YEVGENIY ALEXANDROVICH NIKULIN, <br><br> Defendant. | No. 16-CR-00440 WHA <br><br> DEFENDANT'S MOTION TO CONTINUE TRIAL <br><br> Date: March 17, 2020 <br> Time: 7:30 a.m. <br><br> HON. WILLIAM H. ALSUP |

Counsel for the defense, Adam Gasner and Valery Nechay, respectfully move the Court to continue the trial in the above-captioned case from March 17, 2020, to a future date in concert with county, state, and federal directives regarding public gatherings in the midst of the Covid-19 pandemic. Counsel for the defense believe under 18 U.S.C. § 3161(h) (7), the Court should find a

1

continuance weighs in favor of the best interests of the public and outweighs the interests of defendant Nikulin's right to a speedy trial.

During a telephonic meeting with the Court and the Government this morning, the Defense was made aware that a prosecution witness, Secret Service Special Agent Richard La Tulip, has possibly been exposed to the Coronavirus through his travels and contact with a person exhibiting symptoms consistent with Covid-19. It was further brought to our attention that neither the ill person nor S.A. La Tulip have been tested for the virus.  This is of concern because – as is apparently the case with S.A. LaTulip - people carrying the virus may be asymptomatic. Defense counsel believe S.A. La Tulip's appearance in the courtroom places all in attendance at undue risk and does not perceive this situation as a merely generalized fear or concern at this point.

Since our telephonic meeting this morning, the White House issued a public directive to avoid groups of more than 10 people.  Moreover these concerns are supported by recent actions of public health officers of Alameda, Contra Costa, Marin, San Francisco, San Mateo, and Santa Clara counties who today announced, with the City of Berkeley, a legal order directing their respective residents to shelter at home for three weeks beginning March 17th, 2020. The order limits activity, travel, and business functions to only the most essential needs. The guidance comes after substantial input from the U.S. Centers for Disease Control and Prevention (CDC).

Furthermore, it is unclear whether any inmates at Maguire Correctional Facility have Covid-19 since representatives of the jail confirmed that there are no tests available despite requests for them.

Therefore, the defense respectfully requests the Court to find a continuance of the trial weighs in favor of the best interests of the public and the defendant, and that the trial be continued for 30 days.

///

DATED: March 16, 2020

Respectfully submitted,

/s/ *Adam G. Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: March 16, 2020

/s/ *Valery Nechay*
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102