UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 16-0440 WHA |
| v. | |
| YEVGENIY ALEKSANDROVICH NIKULIN, | **ORDER SUSPENDING TRIAL** |
| Defendant. | |

In light of the public health concerns caused by COVID-19 (coronavirus) and the recent shelter in place directives by six counties in the Bay Area, trial in this matter will be **SUSPENDED FOR 48 HOURS** to resume on **THURSDAY, MARCH 19 AT 7:30 A.M.** subject to further continuances. This order follows a consultation with the parties and upon a finding of good cause to suspend trial.

**IT IS SO ORDERED.**

Dated: March 16, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE