UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>      v.<br>YEVGENIY ALEKSANDROVICH NIKULIN,<br>      Defendant. | No. CR 16-0440 WHA<br><br>**MINUTE ORDER** |

The following message was provided to all 16 jurors:

> In light of the shelter in place directive by the six Bay Area counties, trial will be suspended for two days: Tuesday, March 17, 2020 and Wednesday, March 18, 2020 while the Court evaluates what needs to be done in respect to this trial. Please continue to honor your responsibilities as a juror. Do not discuss the case or do any research about the case. Please check back for instructions on Wednesday night whether or not to report for service on Thursday, March 19, 2020.
>
> Please respond to Theresa Hoang by tomorrow, Tuesday, March 17 at 4:00 PM concerning any hardship you may have in continuing to serve on this jury and continuing to serve if the trial were to continue past the end of next week. The Court is not yet in a position to grant any such hardship or discharge any member of the jury, but the Court is inquiring about their ability to continue to serve. In

addition, please advise Theresa whether you will still be able to serve as a juror in the event that the trial were suspended for the duration of the shelter in place directive (which ends on April 7, 2020) with trial to resume thereafter. Thank you and take care.

**IT IS SO ORDERED.**

Dated: March 16, 2020



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE