UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL TRIAL MINUTES

**Date:** March 10, 2020   **Time in Court:** 5 hours 37 minutes   **Judge:** WILLIAM ALSUP

**Case No.:** 16-cr-00440-WHA   **Case Name:** USA v. Yevgeniy Aleksandrovich Nikulin

**Attorney for United States of America:** Michelle Kane, Katherine Wawrzyniak
**Attorney for Defendant:** Adam Gasner, Valery Nechay

**Defendant:** [x] PRESENT   [ ] NOT PRESENT
**Defendant's Custodial Status:** [x] In Custody   [ ] Not In Custody

**Deputy Clerk:** Theresa Hoang                                   **Court Reporter:** Marla Knox
**Interpreter:** Maria Entchevitch, Marina Brodskaya
(Russian)

**Voir Dire:** March 9, 2020
**Trial Began:** March 10, 2020
**Further Trial:** March 11, 2020

## PROCEEDINGS

Jury Trial Day 1 - HELD (see attached trial log)

**Witnesses Sworn and Examined:**
Bruno Connelly
Adekunoe Olonoh

**CONTINUED TO: March 11, 2020 at 7:30 a.m. for Further Jury Trial**

Admitted Exhibits:

**Government:** 33, 32, 32A, 3D, 18-19