# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cr-00440-WHA
Case Name: <u>USA v. Yevgeniy Aleksandrovich Nikulin</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Michelle Kane, Katherine Wawrzyniak | Adam Gasner, Valery Nechay |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 10, 2020 | Marla Knox | Theresa Hoang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:32 AM | | | Court convenes. All parties present. Court and counsel meet to discuss matters outside presence of jury | |
| | | 8:07 AM | | | Jury present. Preliminary instructions given to jury | |
| | | 8:20 AM | | | Opening statement by Michelle Kane | GOVT |
| | | 9:12 AM | | | Opening statement by Adam Gasner | DEF |
| | | 9:25 AM | | | Jury excused for recess. Court and counsel discuss matters outside presence of jury | |
| | | 9:26 AM | | | Recess | |
| | | 9:42 AM | | | Court reconvenes. All parties present. Court and counsel discuss matters outside presence of jury. | |
| | | 9:43 AM | | | Jury present. Government calls witness Bruno Connelly to the stand; sworn. Direct examination by Katherine Wawrzyniak | GOVT |
| 33 | | | X | X | **LinkedIn log for user nberry (Excel file)** | **GOVT** |
| 32, 32A | | | X | X | **Account list from LinkedIn (Excel file)** | **GOVT** |
| | | 11:26 AM | | | Jury excused for recess. Court and counsel discuss matters outside presence of jury | |
| | | 11:28 AM | | | Recess | |
| | | 11:41 AM | | | Court reconvenes. All parties and jury present. Cross-examination of Mr. Connelly by Valery Nechay | DEF |
| | | 11:57 AM | | | Witness Bruno Connelly thanked and excused from the stand. Government calls witness Adekunoe Olonoh to the stand; sworn. Direct examination by Katherine Wawrzyniak | GOVT |
| 3D | | | X | X | **Email messages from <u>chinabig01@gmail.com</u> account** | **GOVT** |
| 18 | | | X | X | **Formspring logs** | **GOVT** |
| 19 | | | X | X | **Excerpts of Formspring logs** | **GOVT** |

Case No: 16-cr-00440-WHA
Case Name: USA v. Yevgeniy Aleksandrovich Nikulin
Date: March 10, 2020
Courtroom Deputy: Theresa Hoang         - Court Reporter:     Marla Knox

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:01 PM | | | Jury admonished and excused for the day. Witness Adekunoe Olonoh thanked and asked to return tomorrow, Wednesday, 3/11/2020 at 7:30 AM. Court and counsel discuss matters outside presence of jury | |
| | | 1:09 PM | | | Court adjourns. Defendant remanded to custody. Matter is continued to **Wednesday, 3/11/2020 for Further Jury Trial**. Counsel and jury to return at **7:30 AM and 7:45 AM**, respectively | |