UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>YEVGENITY ALEKSANDROVICH NIKULIN,<br><br>      Defendant. | No. CR 16-0440 WHA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL** |

For the reasons stated on the record during today's status conference, the defendant's motion to continue the trial until April 13, 2020, is **GRANTED**. Another status conference will be held on April 9 at noon to re-assess the circumstances surrounding the practicality and safety of resuming the trial.

**IT IS SO ORDERED.**

Dated: March 18, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE