DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>    Defendant. | No. CR 16-00440 WHA<br><br>**UNITED STATES' STATUS REPORT RE TRIAL WITNESS RICHARD LATULIP**<br><br>Trial: April 13, 2020<br>Time: 7:30 a.m.<br>Courtroom No. 12 |

As noted in Defendant's Motion to Continue Trial (ECF 182), a concern arose last week that one of the government's trial witnesses, Secret Service Special Agent Richard LaTulip had potentially been exposed to COVID-19. During the week of March 9, 2020, SA LaTulip participated in proffer sessions with an incarcerated person (the Profferor) who later complained of a fever and sore throat. The Profferor had recently been in Europe. A COVID-19 test was administered on the Profferor, and the results came back negative. Accordingly, there is no heightened concern as to SA LaTulip's exposure to COVID-19.

1    SA LaTulip has been informed of the further trial continuance granted on March 18, 2020. SA
2    LaTulip is prepared to testify when trial resumes on April 13, 2020.

DATED: March 23, 2020                    Respectfully submitted,

                                         DAVID L. ANDERSON
                                         United States Attorney


                                         /s/
                                         MICHELLE J. KANE
                                         KATHERINE L. WAWRZYNIAK
                                         Assistant United States Attorneys

U.S. STATUS REPORT
CR 16-00440 WHA                    2