UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>　　　　Defendant. | No. CR 16-0440 WHA<br><br>**NOTICE RE CONTINUANCE MOTIONS** |

Any motion to further continue the trial past the April 13 resumption date must be made by **NOON ON APRIL 7** so that the other side may respond by **NOON ON APRIL 8**. The hearing on the motion, if one is filed, will be held at the status conference on **APRIL 9**. If the defense seeks (or does not oppose) a further continuance, the defense must state that the position taken has been approved by the accused himself. The same schedule applies to any motion for a mistrial.

Dated: March 27, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE