1  KEKER, VAN NEST & PETERS LLP
   LAURIE CARR MIMS - # 241584
2  lmims@keker.com
   FRANCO MUZZIO - # 310618
3  fmuzzio@keker.com
   DEEVA SHAH - # 319937
4  dshah@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Victim LinkedIn Corporation
   and Witness Ganesh Krishnan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  YEVGENIY ALEKSANDROVICH NIKULIN,  Defendant. | Case No. CR 16-00440 WHA  **ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF MR. KRISHNAN'S MOTION TO MODIFY TRIAL SUBPOENA**  Judge:     Hon. William H. Alsup  Date Filed: October 4, 2016 |

1   Pursuant to Local Rule 79-5 and this Court's Standing Order, Mr. Ganesh Krishnan respectfully submits this administrative motion to file under seal the following documents:

1. Paragraphs 4 through 10 of the Declaration of Ganesh Krishnan in Support of Mr. Krishnan's Motion to Modify the Trial Subpoena; and,
2. Exhibits A, C, and D to the Declaration of Ganesh Krishnan in Support of Mr. Krishnan's Motion to Modify the Subpoena.

The declaration and the accompanying exhibits contain Mr. Krishnan's medical records and communications with various physicians, which contain confidential health information. Mr. Krishnan believes the disclosure of his confidential health information would cause serious harm to his privacy interest as recognized under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and related regulations. This Court has found similar rationales adequate to support a motion to seal. *See, e.g.*, *Hawes v. Asuncion*, 2019 WL 3302731, at *2 n. 2 (N.D. Cal. July 23, 2019); *Rodman v. Otsuka Am. Pharm.*, 2018 WL 5848969, at *4 (N.D. Cal. Nov. 6, 2018).

Accordingly, Mr. Krishnan respectfully requests that this Court to grant his Administrative Motion to Seal Documents in Support of his Motion to Modify Trial Subpoena.

Dated: April 16, 2020

KEKER, VAN NEST & PETERS LLP

By: */s/ Laurie Carr Mims*
LAURIE CARR MIMS
FRANCO MUZZIO
DEEVA SHAH

Attorneys for Victim LinkedIn Corporation and Witness Ganesh Krishnan

---

1

ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF MR. KRISHNAN'S MOTION TO MODIFY TRIAL SUBPOENA
Case No. CR 16-00440 WHA

1380177