KEKER, VAN NEST & PETERS LLP
LAURIE CARR MIMS - # 241584
lmims@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Victim LinkedIn Corporation
and Witness Ganesh Krishnan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>             Defendant. | Case No. CR 16-00440 WHA<br><br>**DECLARATION OF FRANCO MUZZIO IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:       Hon. William H. Alsup<br><br>Date Filed: October 4, 2016 |

I, Franco Muzzio, declare as follows:

1. I am an attorney at the law firm of Keker, Van Nest & Peters LLP, counsel for victim LinkedIn Corporation and witness Ganesh Krishnan in this matter. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I submit this declaration in support of Ganesh Krishnan's Administrative Motion to Seal Documents in Support of his Motion to Modify Trial Subpoena. I have reviewed and complied with Civil Local Rule 79-5 and the Court's Standing Order.

3. Mr. Krishnan seeks to seal the following documents:

   a. Paragraphs 4 through 10 of the Declaration of Ganesh Krishnan in Support of Mr. Krishnan's Motion to Modify the Trial Subpoena; and,

   b. Exhibits A, C, and D to the Declaration of Ganesh Krishnan in Support of Mr. Krishnan's Motion to Modify the Subpoena.

4. **Paragraphs 4 through 10 of the Declaration of Ganesh Krishnan** contain confidential health information, including descriptions of Mr. Krishnan's medical records and his communications with his physician.

5. **Exhibits A, C, and D to Mr. Krishnan's Declaration** contain confidential health information, including Mr. Krishnan's medical records and communications with his physician, or contain public information that would allow a viewer to infer Mr. Krishnan's confidential health information (e.g., a website publication detailing the risks associated with Mr. Krishnan's particular medical condition during the COVID-19 pandemic).

6. These paragraphs of the declaration as well as these exhibits thereto warrant sealing to uphold Mr. Krishnan's right to confidentiality in his medical matters.

////

////

////

////

////

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 16, 2020, at San Francisco, California.

*/s/ Franco Muzzio*
FRANCO MUZZIO