KEKER, VAN NEST & PETERS LLP
LAURIE CARR MIMS - # 241584
lmims@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Victim LinkedIn Corporation
and Witness Ganesh Krishnan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>            Defendant. | Case No. CR 16-00440 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MOTION TO MODIFY TRIAL SUBPOENA**<br><br>Judge:      Hon. William H. Alsup<br><br>Date Filed:  October 4, 2016 |

On April 16, 2020, Ganesh Krishnan filed a Motion to File Under Seal the following documents:

     1.  Paragraphs 4 through 10 of the Declaration of Ganesh Krishnan in Support of Mr. Krishnan's Motion to Modify the Subpoena; and

     2.  Exhibits A, C, and D to the Declaration of Ganesh Krishnan in Support of Mr. Krishnan's Motion to Modify the Trial Subpoena.

The Motion to File Under Seal is GRANTED.

IT IS SO ORDERED.

DATED:                          , 2020

_____
HON. WILLIAM ALSUP

1