KEKER, VAN NEST & PETERS LLP
LAURIE CARR MIMS - # 241584
lmims@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Victim LinkedIn Corporation
and Witness Ganesh Krishnan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>Defendant. | Case No. CR 16-00440 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MODIFY TRIAL SUBPOENA**<br><br>Judge:     Hon. William H. Alsup<br><br>Date Filed: October 4, 2016 |

1  On April 16, 2020, Ganesh Krishnan filed a Motion to Modify the Trial Subpoena. The
2  Motion to Modify the Trial Subpoena is GRANTED.
3  The parties are ordered to conduct a remote deposition of Mr. Krishnan before
4  _____, 2020.
5  IT IS SO ORDERED.

DATED: _____, 2020

_____
HON. WILLILAM ALSUP

---

1

[PROPOSED] ORDER GRANTING MOTION TO MODIFY TRIAL SUBPOENA
Case No. CR 16-00440 WHA

1380311