UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YEVGENIY ALEKSANDROVICH NIKULIN,

    Defendant.

No. CR 16-0440 WHA

**ORDER RE JUROR QUESTIONNAIRE**

The Court is in receipt of the parties' joint status conference memorandum (Dkt. No. 216). The questionnaire appended to the memorandum will be distributed to the jurors. A new question will, however, be added to the questionnaire. Specifically, the Court would like to inquire if the shelter-in-place orders are extended further to the end of May (or thereabouts), whether the jurors would be more likely or less likely to have health or other concerns about resuming trial after the extension.

Counsel shall please meet and confer to agree on a form of question that captures the essence of this new question and provide a response by **APRIL 21 AT NOON.**

**IT IS SO ORDERED.**

Dated: April 20, 2020.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE