DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
|     Plaintiff, | SUPPLEMENTAL JOINT STATUS CONFERENCE MEMORANDUM |
|   v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
|     Defendant. | |

The parties have met and conferred in response to the Court's April 20, 2020, Order regarding the proposed juror questionnaire. ECF No. 217. The parties jointly recommend that the Court add the questions in the attached document to the proposed questionnaire to follow question number ten.

DATED: April 21, 2020                          Respectfully submitted,

                                                             DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys


/s/
ADAM G. GASNER
VALERY NECHAY
Attorneys for Nikulin

SUPP. JOINT STATUS MEMO.
CR 16-00440 WHA                          1