# ATTACHMENT A

Joint Supplemental Proposed Voir Dire Questions

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): yes ☐      no ☐
If yes, please explain:

_____

_____

_____

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): yes ☐      no ☐
If yes, please explain:

_____

_____

_____

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? yes ☐      no ☐
If yes, please explain:

_____

_____

_____

Would you prefer to (please check one):

☐ resume on May 4, regardless of whether shelter-in-place remains in effect or

☐ resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.