United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

       v.

YEVGENIY ALEKSANDROVICH NIKULIN,

        Defendant.

No.  CR 16-0440 WHA

**ORDER RE APRIL 28 HEARING**

The Court proposes that our hearing on April 28 at noon be telephonic.  Please let the Courtroom Deputy know **BY APRIL 23 AT 3PM** if you consent.  At all events, defense counsel shall please confer with the accused beforehand as to both the possibility of a mistrial or further continuance in the event the shelter in place directives are extended beyond May 3.

**IT IS SO ORDERED.**

Dated:  April 22, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE