Juror #1

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

no, no specific commitments other than I am a family medicine physician on the front-lines, battling Covid-19. I work both in clinic and in the hospital, admitting patients.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

no

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

no

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

no, not known. However, I continue to do patient care.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

yes, concerns about how to do basic activities without contamination (having coffee, food, bathroom, conferring with colleagues)

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

yes, I believe I can

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

no

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

no

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

> yes, I have good memory, as I took copious notes, which I could review before the trial. however, yes, it would be nice to have a brief summary also

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

> no

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐    No ☑
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☑ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☐ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #2

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

No

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

```


```

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

```
No

```

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

```
No

```

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes, I would find it helpful since it has been a month but if the jury group would like to just review notes taken, that will work also.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☑
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

<mark>Juror #3</mark>

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020.**

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

> I DO NOT HAVE ANY ISSUES. I DO HAVE A VACATION PLANNED STARTING MAY 18TH.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

> NO

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

NO

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

NO

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

NO

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

|  |
|--|
|  |

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

| NO |
|----|
|    |

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

| NO |
|----|
|    |

9. Do you have a good memory of the testimony you heard during the first two days of trial?
Would you find it helpful for the parties to give a brief summary of the evidence on March 10
and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

> I HAVE A GOOD MEMORY BUT A REFRESHER WOULD HELP.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the
evidence introduced at trial or any other reasons you cannot serve on this jury for the
remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

> NO

11. If the local shelter-in-place orders are extended further than the current end date, to the
end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10,
if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict
with my continued jury service at the end of May (Question 1): Yes [✓]    No [ ]
If yes, please explain:

> VACATION PLANNED. IF THE STATE IS STILL ON LOCK DOWN IT WONT MATTER
> SO I COULD SERVE

4

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☑ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☐ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

5

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #4

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

> Shortness of breath, but not sure if it's related to lack of exercise or else.

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

> I'm not sure... but I'm pretty convinced everyone's been exposed.
> My friend who I was with right before the shelter in place, was in contact with someone who tested positive for COVID-19.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

> Yes. I'm a little bit worried as my immune system has not been very strong, but if we all have fair distance, I think it should be okay. It's hard to say whether I will have trouble paying attention or concentrate because of this. I have been OCD the past couple of weeks when grocery shopping, etc. I'm wondering if there's any way we can do this remotely via video or the phone at home.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

It's possible.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

> Yes, good general memory of the testimony.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

> No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☐
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☐
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #5

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

Yes. My wife, who I have close contact with on a daily basis, ███████████████ ██████████ .

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

Yes. My wife has started experiencing chest congestion and respiratory problems since 4/20/20.

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

Yes. I am extremely concerned about exposure to Covid 19. Traveling to a densely populated area like San Francisco during this pandemic has caused me a lot of concern and anxiety. I worry about potentially brining the virus into my home and exposing my wife.  I am also concerned about potentially exposing my coworkers once I am done serving on the jury. I have done my best to strictly follow stay at home orders and have made every effort to limit my exposure to anyone other than my wife and co workers during this time.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

> No.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

> No.

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

> No.

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

> Yes I remember the testimony presented. No I would not find it helpful to see a summary of the evidence.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

> No.

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☑
If yes, please explain:

> No.

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☑   No ☐
If yes, please explain:

> I would still have the same level of concerns regarding exposure to Covid 19 and traveling to a densely populated area. I am also concerned about exposing my wife to Covid 19 due to her medical condition.

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

==Juror #6==

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

> Yes, I'm working from home M-Th 8-4:30

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

> Yes, I have a medical condition that puts me at a higher risk of complication of COVID19

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

Yes, because I am inmunocompromised and I am afraid and nervous of getting infected, so I prefer not to go out until it is safe to do so.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

> No

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

> No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

> No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

```
Yes
```

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

```
Yes, I have trouble hearing people wearing masks, because I rely a lot on lip reading.
```

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☑
If yes, please explain:

```

```

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #7

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

No

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

No. A brief summary would be helpful.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☑
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☑ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

Not an issue for me either way.

5

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #8

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

> No.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

> Yes. I live with my sister and brother-in-law. ███████████████████
> ██████████████████████████ Both medical condition places him at high risk
> for complications with Covid-19. ████████████████████████████████
> ████████████████████████████████████████████

1

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

> Yes. I have seasonal allergies which causes me to cough on occassion. I also have episodic hot flashes throughout the day which I believe is menopause.

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

> No.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

> Yes. I would be more comfortable having a court appointed PPE issued that is uniform for all personnel. Cloth mask and lower grade mask may minimize but will not have the efficacy of the N95 mask. I would ask that we comply with the 6 feet distance between each person in the court room. As for the juror's break room, it is too small preCovid-19 for 14 people and with the new social distance rules, we would need to have a larger room to fit the jurors. particular on the day(s) we have to come up with a verdict. A N95 mask could help solve this issue.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

> I can focus and listen to the evidence and deliberation. But I will be concerned of exposure and risk of bringing something back home.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

> No.

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

> No.

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

> No. A high level summary of evidence would be helpful. I did take good notes which I would need to review to refresh my recollection.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

> No.

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☐
If yes, please explain:

> No.

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☐
If yes, please explain:

> Yes. Same answer as Quesion 5.

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☐
If yes, please explain:

> No.

12. Would you prefer to (please check one):

   ☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

   ☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #9

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

> Yes, my business is shut down and I'm the only person to start my business back up. If the all clear is given to go back to work on May 4th, I need to be there to supervise the start up of the construction of the two homes I have under construction.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

> Yes, I'm almost 63 and do not want to be put at risk .

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

Not to my knowledge

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

Yes, I will be more concerned about my health then the defendant getting a fair trial.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

> Not sure, again, my health is more important then anything

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

> No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

> No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

I need to go back to work. I'm not sure if I can concentrate on the trial wile worried about making a living.

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes [✔]   No [ ]
If yes, please explain:

Again, I have to go back to work.

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☑    No ☐
If yes, please explain:

> Again, with all that is going on around me and my family, my health is way more important than this trial at this time.

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐    No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

Yes, it will conflict with a two day client audit/meeting scheduled on May 5-6 which is now being conducted via video conferencing due to COVID-19. This is one of my primary job responsibility withiin the organization and this meeting has been scheduled before the the identification of this pandemic.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

Yes I do have significant concerns primarily for my own safety and health, secondarily for my spouse regardless of our age (myself and spouse are in our healthy 50 +) but subjecting my household to the unecessary health risk is being irresponsible.

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

Yes it is greatly concerning regardless of the physical distancing measures being put in place.  Being exposed all day, for the designated trial dates with individuals who I do n ot know will be distracting as everyone have hightened awareness of symptom of COVI D-19. Coughing or sneezing will be dsitracting and uncomfortable during the course of the trial should anyone exhibit these symptoms. I am the one responsible for my own h ealth and well-being.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

```

```

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

```
No
```

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

```
No
```

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐    No ☑
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☑   No ☐
If yes, please explain:

I would be very concerned if anyone in the jury room have any of the visble symptoms such as coughing, sneezing. Prior to COVID-19, I find myself veering away from people who are coughing and sneezing especially those who do not know proper ettiquette.

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns   ☐

Telephone number:

I am available at the following times:

Juror #11

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

I am continuing to work every day at this time, and my employer is on limited staff. However, if required will continue with jury duty.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No, not at this time.

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No, not at this time.

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No, not at this time.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

No, not at this time.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes to first question.  No to second question.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes [ ]   No [ ]
If yes, please explain:

Same answer applies as #1.

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Juror #12

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

Yes. I'm a registered nurse currently working remotely from home for the San Francisco Department of Public Health COVID19 response team in which I coordinate referrals and placement of covid-effected patients from health facilities to city-supported hotels for quarantine/isolation.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

I'm 69 years old with █████████████████████████████████ Due to being at higher risk because of my age, and these conditions, I've been following stay-at-home guidelines for the past month.

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

> No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

> There is a possibility because my previous nursing job was working directly with patients in a DPH homeless program. But as of yet, I haven't been tested.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

> The honest answer is that I wouldn't know until I was actually in the courtroom or deliberation room. But I'd be very concerned about maintaining social distancing, especially since CDC research indicates that 6 feet of separation may not be enough to prevent exposure.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

> I'm not sure until I'm present in the courtroom or deliberation room.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

> No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

> No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

I think so, but a summary of the evidence would certainly be helpful

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No; except for my work obligations as stated in question #1.

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes [✓]   No [  ]
If yes, please explain:

My work obligations with the SF Department of Public Health.

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☑     No ☐
If yes, please explain:

> As I stated in Question 5: I wouldn't know until I was actually in the courtroom or deliberation room. But I'd be very concerned about maintaining social distancing, especially since CDC research indicates that 6 feet of separation may not be enough to prevent exposure.
> :

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐     No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Alternate Juror #1

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

No

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

```



```

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

```
No

```

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

```
No

```

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☑
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐    No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☑ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☐ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

5

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Alternate Juror #2

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

No

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

No

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

No

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes it will be helpful.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No reason

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐    No ☐
If yes, please explain:

Yes towards the end of may I will be completing my midterms and finals for my college semester.

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐     No ☐
If yes, please explain:

> No

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐     No ☐
If yes, please explain:

> I will not be able to attend due to in the end of may I will be doing my midterms and finals for college.

12. Would you prefer to (please check one):

☑ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☐ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☑

Telephone number: ███████████

I am available at the following times:

Alternate Juror #3

Joint Proposed Voir Dire Questions

Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.

1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

No.

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

Yes, occasional/mild cough and runny nose (expected during allergy season). No treatment since it's not been severe and feels like typical symptoms around this time of year.

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

No, not that I know of.

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

Yes, it will always be on my mind, but I don't think that it will interfer too much.

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

> Yes, probably, as long as we're not all stuck in the usual small room together.

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

> No.

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

> No.

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

Yes, I remember and took notes. No, a summary won't be necessary or helpful for me.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

No.

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ☑
If yes, please explain:

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☑   No ☐
If yes, please explain:

> Same as above. I do sometimes have to check on my parents who are in the higher risk group, and my father is currently looking after my grandmother who is recovering from a fall, so I would prefer to minimize the risk of exposure as much as possible.

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

5

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times:

Alternate Juror #4

Joint Proposed Voir Dire Questions


Members of the jury, please carefully read each of the following questions numbered 1-12, and respond in the space provided.

The purpose of this questionnaire is to determine whether trial can resume safely and fairly on May 4, 2020. Please answer each question truthfully, even if you feel the question is repetitive of prior questions you have answered, and do not discuss the contents of your questionnaire. Please be assured that your personal medical information and personal identifying information will not be made public.

**You are required to return the form via email by 5:00 p.m. on April 23, 2020**.


1. Do you have any plans or obligations (including employment/academic/or childcare) that would conflict with your continued jury service between May 4, 2020 and May 15, 2020?

Please answer yes or no. If yes, explain what the conflict is and what days it potentially impacts:

No.

2. The United States Centers for Disease Control and Prevention ("CDC") has said that older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe complications from the novel coronavirus, also known as COVID-19. Do you believe you or any member of your immediate household is at higher risk?

Please answer yes or no. If yes, please explain your concerns:

Yes. I have ████████████████████ my health care provider has ordered me to minimize time outside of the home ████████████████ Additionally, my parents provide daily childcare for my daughter, and thus, would be exposed if I was put in a higher exposure situation.

3. Do you or anyone in your household currently have symptoms of illness, including fever, cough, shortness of breath, congestion, or respiratory problems?

Please answer yes or no. If yes, please provide details including the date the symptoms began and any medical treatment to date.

> No

4. To the best of your knowledge, have you been exposed to COVID-19?

Please answer yes or no. If yes, please explain.

> No

5. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Please answer yes or no. If yes, please explain your concerns.

> No

6. *If you answered Yes to Question 5 above*, do you feel you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Please answer yes or no. *If you responded No to Question 5 above*, please skip ahead to Question 7.

| |
|---|
| N/A |

7. Since we broke for the day on March 11, 2020, have you read, watched, or listened to any news reports or other accounts about the trial or anyone associated with it, including any online research?

Please answer yes or no. If yes, please explain what information you were exposed to and how.

| |
|---|
| No |

8. Since we broke for the day on March 11, 2020, have you discussed the **substance** of this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else?

Please answer yes or no. If yes, please explain. Please note, you do not need to answer yes if you merely discussed scheduling or non-substantive issues related to the trial; for example, if you told your employer you might need to return to court on April 13.

| |
|---|
| No |

9. Do you have a good memory of the testimony you heard during the first two days of trial? Would you find it helpful for the parties to give a brief summary of the evidence on March 10 and 11, 2020 before resuming the evidence portion of the trial?

Please answer yes or no. If no, please explain.

> Yes, it would be helpful to have a summary.

10. Are there any other reasons you cannot render a fair and impartial verdict based on the evidence introduced at trial or any other reasons you cannot serve on this jury for the remainder of this trial between May 4, 2020- May 15, 2020?

Please answer yes or no. If yes, please explain.

> No

11. If the local shelter-in-place orders are extended further than the current end date, to the end of May (or thereabouts), how would that change your responses to questions 1, 5, and 10, if at all:

I have plans or obligations (including employment/academic/or childcare) that would conflict with my continued jury service at the end of May (Question 1): Yes ☐   No ✔
If yes, please explain:

> N/A

I have health concerns related to COVID-19 that would affect my ability to pay attention and fully concentrate on the evidence in this case at the end of May (Question 5): Yes ☐   No ☑
If yes, please explain:

> I have health concerns about increased exposure to COVID-19 given my underlying risk factor ████████. This would not affect my ability to pay attention and concentrate.

There are additional reasons that I cannot render a fair and impartial verdict based on the evidence introduced at trial or cannot serve on this jury for the remainder of this trial if held at the end of May (Question 10)? Yes ☐   No ☑
If yes, please explain:

> N/A

12. Would you prefer to (please check one):

☐ Resume on May 4, regardless of whether shelter-in-place remains in effect or

☑ Resume after the shelter-in-place orders are lifted or eased, assuming that occurs by the end of May.

If you have any concerns not addressed here that you wish to raise directly to the Court, please indicate below and provide a contact telephone number and times you are available.

Yes, I wish to address the Court regarding other concerns ☐

Telephone number:

I am available at the following times: