UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>    Defendant. | No. CR 16-0440 WHA<br><br>**ORDER FURTHER POSTPONING TRIAL AND SETTING STATUS CONFERENCE** |

For the reasons stated on the record, resumption of trial is hereby continued to **JUNE 1 AT 7:30 A.M.** By **MAY 18 AT NOON** counsel shall please submit a joint proposed, updated questionnaire for jurors. A status conference is hereby set for **MAY 26 AT NOON**. Victim LinkedIn and Witness Ganesh Krishnan's motion will be addressed then, as will the government's Rule 15 motion.

**IT IS SO ORDERED.**

Dated: April 28, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE