UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 16-0440 WHA |
| v. | |
| YEVGENIY ALEKSANDROVICH NIKULIN, | **ORDER FURTHER POSTPONING TRIAL** |
| Defendant. | |

The United States District Court for the Northern District of California recently extended General Order 72 to June 1, 2020. Accordingly, the June 1 trial resumption date is hereby postponed to **JUNE 8 AT 7:30 A.M.** The May 26 status conference is postponed to **JUNE 2 AT NOON**. Counsel shall please submit a joint proposed updated questionnaire for jurors by **MAY 25 AT NOON.**

**IT IS SO ORDERED.**

Dated: May 1, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE