1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorney

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       michelle.kane3@usdoj.gov
        katherine.wawrzyniak@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           )  No. CR 16-00440 WHA
15                                     )
        Plaintiff,                     )  JOINT MEMORANDUM REGARDING
16                                     )  PROPOSED JUROR QUESTIONNAIRE
        v.                             )
17                                     )
   YEVGENIY ALEXANDROVICH NIKULIN,     )
18                                     )
        Defendant.                     )
19                                     )
                                       )
20

21

22

23

24

25

26

27

28

   JOINT MEMO.
   CR 16-00440 WHA

1  The parties have met and conferred in response to the Court's May 18, 2020, draft juror
2  questionnaire. The parties agree that the Court's questionnaire is appropriate and respectfully request
3  that the Court distribute it to the jury for evaluation prior to the June 2, 2020, status conference.

4  DATED: May 21, 2020                Respectfully submitted,

                                      DAVID L. ANDERSON
                                      United States Attorney


                                      /s/
                                      MICHELLE J. KANE
                                      KATHERINE L. WAWRZYNIAK
                                      Assistant United States Attorneys


                                      /s/
                                      ADAM G. GASNER
                                      VALERY NECHAY
                                      Attorneys for Yevgeniy Nikulin

JOINT MEMO.
CR 16-00440 WHA                          1