| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | LAURIE CARR MIMS - # 241584 |
| 2 | lmims@keker.com |
| | FRANCO MUZZIO - # 310618 |
| 3 | fmuzzio@keker.com |
| | DEEVA SHAH - # 319937 |
| 4 | dshah@keker.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone:    415 391 5400 |
| 6 | Facsimile:    415 397 7188 |

Attorneys for Witness LinkedIn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00440 WHA |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF GANESH KRISHNAN REGARDING MOTION TO MODIFY TRIAL SUBPOENA** |
| v. | |
| YEVGENIY ALEKSANDROVICH NIKULIN, | Judge:    Hon. William H. Alsup |
| Defendant. | Date Filed:  October 4, 2016 |

1   I, Ganesh Krishnan, declare:

2   1.   I am a former employee of LinkedIn Corporation and the government has
3   subpoenaed me to serve as a trial witness in this matter. I have knowledge of the facts set forth
4   herein, and if called upon as a witness, I could testify to them competently under oath.

5   2.   Due to my pre-existing health condition, I continue to have significant concerns
6   regarding testifying in person at Mr. Nikulin's trial while shelter orders remain in place
7   throughout the Bay Area as a result of the COVID-19 pandemic. However, assuming the trial
8   proceeds as currently scheduled on June 8, I am willing to withdraw my motion to modify the
9   trial subpoena and will voluntarily agree to testify in person if the Court takes precautions to
10  ensure the safety of all trial participants and my testimony can be completed in one day to avoid
11  increasing my risk of contagion by traveling to and from the courthouse multiple times.

13  Executed on May 28, 2020, in Fremont, California.
14  I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ganesh Krishnan*
GANESH KRISHNAN

---

1
SUPPLEMENTAL KRISHNAN DECLARATION RE MOTION TO MODIFY TRIAL SUBPOENA
Case No. CR 16-00440 WHA
1384815