UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YEVGENIY ALEKSANDROVICH NIKULIN,

    Defendant.

No. CR 16-0440 WHA

**NOTICE RE HEARING**

Counsel should study the questionnaire responses from the jurors and assist the Court in deciding whether resuming trial on June 8 or July 6 would provide the best chance of seating 12 jurors. There will be no further postponements.

**IT IS SO ORDERED.**

Dated: June 2, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE