UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YEVGENIY ALEKSANDROVICH NIKULIN,

    Defendant.

No. CR 16-0440 WHA

**ORDER REQUESTING RESPONSE TO GOVERNMENT'S MOTION IN LIMINE NO. 6**

Defendant shall please file a response to the government's motion in limine number six (Dkt. No. 180) by **JUNE 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 23, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE