UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>        Defendant. | Case No. 16-cr-00440-WHA-1<br><br>**ORDER FOR JURY MEALS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily lunch(es) for the 12 members of the jury in the above-entitled matter beginning **July 7, 2020** for the duration of the trial and during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: July 6, 2020

_____
WILLIAM ALSUP
United States District Judge