UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cr-00440-WHA-1
Case Name: USA v. Yevgeniy Nikulin

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William Alsup | PLAINTIFF ATTORNEY: Michelle Kane, Katherine Wawrzyniak | DEFENSE ATTORNEY: Adam Gasner, Valery Nachay |
|---|---|---|
| TRIAL DATE: July 9, 2020 | REPORTER(S): Marla Knox | CLERK: Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:35 AM | | | Court reconvened – counsel & defendant present | |
| | | | | | Court and counsel addressed jury instructions | |
| | | | | | Two jurors have not arrived yet. | |
| | | 8:20 AM | | | Court recess | |
| | | 8:40 AM | | | Court reconvened – with jury | |
| | | 8:41 AM | | | Continued cross examination of Jeffrey Miller | Dft |
| | 1 | 7/9/2020 | X | X | FBI poster | |
| | 2 | 7/9/2020 | X | X | Google Subscriber Info (same as Gvt Exh #14) | |
| | 3 | 7/9/2020 | X | X | 3 A, B, C – 3 photos | |
| | | 10:11 AM | | | Jury recess (15-20 minutes) | |
| | | 10:21 AM | | | Court recess (12 minutes) | |
| | | 10:38 AM | | | Court reconvened with jury | |
| | | | | | Continued x-examination of Jeffrey Miller | Dft |
| | | 11:55 AM | | | Jury recess (30 minutes) | |
| | | 12:00 PM | | | Court recess | |
| | | 12:27 PM | | | Court reconvened – without jury | |
| | | 12:35 PM | | | Jury brought into courtroom | |
| | | | | | Re-direct examination of Jeffrey Miller | Gvt |
| 59 | | | X | | | |
| | | 1:03 PM | | | Re-cross examination of Jeffrey Miller | Dft |
| | | 1:05 PM | | | Government rests | |
| | | 1:06 PM | | | Defense rests | |
| | | | | | Witness excused | |
| | | | | | Court discussed the trial schedule with the jury | |
| | | | | | Jury agrees to come in at 7:45 AM tomorrow | |
| | | 1:11 PM | | | Court read the final instructions to the jury | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **1:46 PM** | | | **Court interrupted the reading of the final** | |
| | | | | | **Instructions – to be concluded tomorrow.** | |
| | | **1:50 PM** | | | **Jury excused for the day – return 7/10/20 at 7:45** | |
| | | **1:55 PM** | | | **Court recess** | |