UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>　　　　Defendant. | No. CR 16-0440 WHA<br><br>**NOTICE TO COUNSEL** |

　　In the event we have to excuse a juror, counsel should be prepared to advise the Court on what, if any, admonitions to give the remaining jurors. Counsel shall please meet and confer.

Dated: July 10, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE