DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210597)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorneys
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Michelle.Kane3@usdoj.gov
    Katherine.Wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00440 WHA |
| Plaintiff, | |
| v. | JOINT PROPOSED INSTRUCTION RE CONTINUING DELIBERATIONS AFTER JUROR IS DISCHARGED AND NOT REPLACED |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

In response to the Notice to Counsel (ECF 440), the parties have met and conferred and propose that the following instruction be given to the remaining jurors, in the event that it is necessary to discharge a juror.

//

//

//

//

//

JOINT PROPOSED JURY INSTRUCTION
CR 16-00440 WHA                                 1

**CONTINUING DELIBERATIONS AFTER JUROR IS DISCHARGED AND NOT REPLACED**

**(Ninth Circuit Model Jury Instruction No. 7.11, as modified)**

One of your fellow jurors has been excused from service and will not participate further in your deliberations.

You should continue your deliberations with the remaining jurors. Do not consider the opinions of the excused juror as you continue deliberating. All the previous instructions given to you, including the unanimity requirement for a verdict, remain in effect.

DATED: July 10, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_/s/_
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys


_/s/_
ADAM G. GASNER
VALERY NECHAY
Attorneys for Nikulin