UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 07/10/2020  **Time:** 3 hours 33 minutes  **Judge:** WILLIAM ALSUP

**Case No.:** 16-cr-00440-WHA-1  **Case Name:** USA v. Yevgeniy Aleksandrovich Nikulin

**Attorney for Plaintiff:** Michelle Kane, Katherine Wawrzyniak
**Attorney for Defendant:** Adam Gasner, Valery Nechay

**Deputy Clerk:** Tana Ingle                **Court Reporter:** Marla Knox
**Interpreter:** Maria Entchevitch, Marina Brodskaya (Russian)

Voir Dire: March 9, 2020
Trial Began: March 10, 2020
Trial Concluded: July 10, 2020

## PROCEEDINGS

Jury Trial – Held (See attached trial log)