UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cr-00440-WHA-1
Case Name: USA v. Nikulin

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William Alsup | PLAINTIFF ATTORNEY: Michelle Kane, Katherine Wawrzyniak | DEFENSE ATTORNEY: Adam Gasner, Valery Nechay |
|---|---|---|
| TRIAL DATE: 07/10/2020 | REPORTER(S): Marla Knox | CLERK: Tana Ingle |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:38 AM | | | Court is in session. Defendant and all counsel are present.  Matters discussed outside the presence of the jury. | |
| | | 7:48 AM | | | Jury is now present. | |
| | | 7:58 AM | | | Closing argument by Government. | |
| | | 9:08 AM | | | Court is in recess | |
| | | 9:29 AM | | | Back in session | |
| | | 9:30 AM | | | Closing argument by Defense. | |
| | | 10:06 AM | | | Defense closing ends. | |
| | | 10:09 AM | | | Closing rebuttal by Government. | |
| | | 10:24 AM | | | Government closing ends. | |
| | | 10:28 AM | | | Court gave jury final instructions. | |
| | | 10:38 AM | | | Jury began deliberations. | |
| | | 4:00 PM | | | Court received Jury note 1. | |
| | | 4:17 PM | | | Court reconvened.  Jury note discussed outside the presence of the jury. | |
| | | 4:27 PM | | | Court in recess. | |
| | | 4:36 PM | | | Received note from jury indicating they had reached a verdict. | |
| | | 4:48 PM | | | Court reconvened | |
| | | 4:52 PM | | | Jury is now present. Verdict read, jury polled, and verdict is unanimous. | |
| | | 5:07 PM | | | Jury thanked and excused. | |
| | | 5:11 PM | | | Case referred to probation for a presentence report.  Sentencing set for September 29, 2020, at 2:00 PM.  Court is adjourned | |