UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR-16-440 WHA         DATE: _____

USA _____ vs _____ Yevgeniy Nikulin _____

## EXHIBIT LIST

( ) Plaintiff          (X) Defendant

| EXHIBIT NUMBER | Marked | Admitted | Sponsoring Witness | DESCRIPTION |
|---|---|---|---|---|
| 1 | JUL 0 9 2020 | JUL 0 9 2020 | Miller | FBI Poster |
| 2 | JUL 0 9 2020 | JUL 0 9 2020 | Miller | Google Subscriber info |
| 5 (Also Adm as Gov't Exh 14) | | | Miller | FBI Report 9/24/13 |
| 3A, B, C | JUL 0 9 2020 | JUL 0 9 2020 | Miller | Photos (3) |
| | | | Miller | FBI Poster - Belan |