FILED

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

JUL 10 2020

SUSAN Y. SO[...]
CLERK, U.S. DISTRIC[...]
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 16-cr-00440-WHA-1

Case Name: USA v. Nikulin

## NOTE FROM THE JURY

Note number: 1

Date: 7/10/20

Time: 4pm

1. The Jury has reached a unanimous verdict ☐

or

2. The Jury has the following question:

For question 4 and 7, If we don't unanimously agree to both the subsections (a) AND (b) but agree to one of the subsections, does it nullify our overall answer?

_____Alyssa B_____
Presiding Juror

Reference: Page 8 Line 2 & 5.

## ANSWER TO JUROR QUESTION #1

If you have answered Question 4 with a unanimous verdict, that answer will not be nullified by an inability to reach a unanimous verdict on 4a or 4b. Similarly, if you have reached a unanimous verdict on Question 4 and one of the subparts, but are unable to reach a unanimous verdict on the other subpart, then that inability will not nullify your otherwise unanimous verdict on Question 4 and the subpart you were able to agree on.

The same applies to Question 7.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

FILED 

JUL 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 16-cr-00440-WHA-1

Case Name: USA v. Nikulin

NOTE FROM THE JURY

Note number: 2

Date: 7/10/20

Time: 4:36 pm

1. The Jury has reached a unanimous verdict ☑

or

2. The Jury has the following question:

Have you answered all questions, including appropriate subparts, ~~but~~ unanimously?

Yes, we have.

_____
Presiding Juror