**Pages 1 - 9**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. CR 16-00440 WHA** |
| | ) | |
| YEVGENIY ALEKSANDROVICH | ) | |
| NIKULIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

San Francisco, California

**MASTER INDEX**

**APPEARANCES:**

For Plaintiff:

       DAVID L. ANDERSON
       United States Attorney
       450 Golden Gate Avenue
       San Francisco, California  94102
    **BY:  KATHERINE L. WAWRZNIAK**
       **MICHELLE J. KANE**
       **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:

       LAW OFFICE OF ADAM GASNER
       345 Franklin Street
       San Francisco, California  94102
    **BY:  ADAM GASNER**
       **VALERY NECHAY**
       **ATTORNEYS AT LAW**

Reported By:  Marla F. Knox, RPR, CRR, RMR
       United States Official Court Reporter

# M A S T E R   I N D E X

|  | PAGE | VOL. |
|---|---|---|
| Jury Instructions | 14 | 2 |
| Opening Statement by Ms. Kane | 21 | 2 |
| Opening Statement by Mr. Gasner | 45 | 2 |
| Jury Instructions | 871 | 7 |
| Closing Argument by Ms. Wawrzyniak | 906 | 8 |
| Closing Argument by Mr. Gasner | 950 | 8 |
| Rebuttal Argument by Ms. Kane | 972 | 8 |
| Jury Instructions (cont'd) | 981 | 8 |
| Verdict | 995 | 8 |

**GOVERNMENT'S WITNESSES**                     PAGE   VOL.

**KRISHNAN, GANESH**
| (SWORN) | 286 | 4 |
|---|---|---|
| Direct Examination by Ms. Wawrzyniak | 286 | 4 |
| Cross-Examination by Mr. Gasner | 297 | 4 |
| Redirect Examination by Ms. Wawrzyniak | 310 | 4 |

**MLAKER, ANTON**
| (SWORN) | 325 | 4 |
|---|---|---|
| Direct Examination by Ms. Kane | 326 | 4 |
| Cross-Examination by Ms. Nechay | 332 | 4 |

**LATULIP, RICHARD**
| (SWORN) | 335 | 4 |
|---|---|---|
| Direct Examination by Ms. Wawrzyniak | 336 | 4 |
| Cross-Examination by Ms. Nechay | 341 | 4 |
| Redirect Examination by Ms. Wawrzyniak | 350 | 4 |

**ROMANENKO, ANDRE**
| (SWORN) | 352 | 4 |
|---|---|---|
| Direct Examination by Ms. Kane | 353 | 4 |

**ROMANENKO, ANDRE (RECALLED)**
| (PREVIOUSLY SWORN) | 397 | 5 |
|---|---|---|
| Cross-Examination by Ms. Nechay | 397 | 5 |
| Redirect Examination by Ms. Kane | 408 | 5 |

**MILLER, JEFFREY**
| (SWORN) | 410 | 5 |
|---|---|---|
| Direct Examination by Ms. Kane | 411 | 5 |

**MILLER, JEFFREY (RECALLED)**
| (PREVIOUSLY SWORN) | 555 | 6 |
|---|---|---|

# I N D E X

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **MILLER, JEFFREY (CONT'D)** | | |
| Direct Examination resumed by Ms. Kane | 555 | 6 |
| Cross-Examination by Mr. Gasner | 679 | 6 |
| | | |
| **MILLER, JEFFREY (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 719 | 7 |
| Cross-Examination (resumed) by Mr. Gasner | 719 | 7 |
| Redirect Examination by Ms. Kane | 849 | 7 |
| Recross-Examination by Mr. Gasner | 866 | 7 |
| | | |
| **CONNELLY, BRUNO** | | |
| (SWORN) | 3 | 2 |
| Direct Examination by Ms. Wawrzyniak | 4 | 2 |
| Cross-Examination by Ms. Nechay | 79 | 2 |
| | | |
| **OLONOH, ADE** | | |
| (SWORN) | 87 | 2 |
| Direct Examination by Ms. Wawrzyniak | 88 | 2 |
| | | |
| **OLONOH, ADE (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 12 | 3 |
| Cross-Examination by Mr. Gasner | 12 | 3 |
| Redirect Examination by Ms. Wawrzyniak | 31 | 3 |
| Recross-Examination by Mr. Gasner | 37 | 3 |
| | | |
| **BERRY, NICHOLAS** | | |
| (SWORN) | 39 | 3 |
| Direct Examination by Ms. Kane | 40 | 3 |
| Cross-Examination by Ms. Nechay | 59 | 3 |
| | | |
| **SANDERS, JOHN** | | |
| (SWORN) | 60 | 3 |
| Direct Examination by Ms. Wawrzyniak | 61 | 3 |
| | | |
| **LOUIE, CORY** | | |
| (SWORN) | 77 | 3 |
| Direct Examination by Ms. Kane | 77 | 3 |
| | | |
| **WEIGAND, THOMAS** | | |
| (SWORN) | 101 | 3 |
| Direct Examination by Ms. Kane | 101 | 3 |
| Cross-Examination by Ms. Nechay | 109 | 3 |
| | | |
| **LING, BRYANT** | | |
| (SWORN) | 110 | 3 |
| Direct Examination by Ms. Wawrzyniak | 110 | 3 |

## I N D E X

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|

**LING, BRYANT (CONT'D)**

| | PAGE | VOL. |
|---|---|---|
| Cross-Examination by Mr. Gasner | 172 | 3 |
| Redirect Examination by Ms. Wawrzyniak | 187 | 3 |
| Recross-Examination by Mr. Gasner | 187 | 3 |

## E X H I B I T S

| DEFENDANT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 | | 727 | 7 |
| 2 | | 780 | 7 |
| 3A | | 796 | 7 |
| 3B | | 796 | 7 |
| 3C | | 796 | 7 |

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 3A | | 477 | 5 |
| 3B | | 477 | 5 |
| 3E | | 477 | 5 |
| 3D | | 92 | 2 |
| 3C | | 96 | 3 |
| 5 | | 417 | 5 |
| 6 | | 489 | 5 |
| 14 | | 473 | 5 |
| 17 | | 527 | 5 |
| 17A | | 527 | 5 |

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 18 | | 113 | 2 |
| 19A | | 488 | 5 |
| 19B | | 674 | 6 |
| 19 | | 114 | 2 |
| 21A | | 622 | 6 |
| 21B | | 622 | 6 |
| 21C | | 622 | 6 |
| 21D | | 622 | 6 |
| 21E | | 622 | 6 |
| 21F | | 640 | 6 |
| 22A | | 622 | 6 |
| 22B | | 622 | 6 |
| 25 | | 637 | 6 |
| 25A | | 637 | 6 |
| 26B | | 421 | 5 |
| 32C | | 674 | 6 |
| 32 | | 59 | 2 |
| 32A | | 59 | 2 |
| 33 | | 36 | 2 |
| 35 | | 473 | 5 |
| 38 | | 469 | 5 |
| 41 | | 473 | 5 |
| 44 | | 483 | 5 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 44A | | 483 | 5 |
| 45 | | 483 | 5 |
| 47 | | 473 | 5 |
| 48 | | 517 | 5 |
| 52 | | 473 | 5 |
| 54 | | 473 | 5 |
| 62B | | 473 | 5 |
| 62A | | 493 | 5 |
| 66D | | 643 | 6 |
| 66A | | 645 | 6 |
| 68 | | 668 | 6 |
| 70 | | 668 | 6 |
| 71A | | 644 | 6 |
| 72 | | 646 | 6 |
| 74 | | 328 | 4 |
| 75 | | 330 | 4 |
| 76A | | 660 | 6 |
| 76B | | 660 | 6 |
| 85 | | 451 | 5 |
| 85A | | 451 | 5 |
| 86 | | 461 | 5 |

## I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 88 | | 504 | 5 |
| 88A | | 504 | 5 |
| 89 | | 378 | 5 |
| 89A | | 378 | 5 |
| 89 | | 505 | 5 |
| 89A | | 505 | 5 |
| 90 | | 504 | 5 |
| 90A | | 504 | 5 |
| 113 | | 485 | 5 |
| 113A | | 557 | 6 |
| 117 | | 473 | 5 |
| 118 | | 501 | 5 |
| 119 | | 501 | 5 |
| 120 | | 621 | 6 |
| 120A | | 621 | 6 |
| 124A | | 674 | 6 |
| 124B | | 674 | 6 |
| 125 | | 473 | 5 |
| 128 | | 623 | 6 |
| 131 | | 126 | 3 |
| 131A | | 167 | 3 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 135 | | 504 | 5 |
| 135A | | 504 | 5 |
| 136 | | 504 | 5 |
| 136A | | 504 | 5 |
| 142A | | 590 | 6 |
| 142 | | 89 | 3 |
| 143I | | 594 | 6 |
| 143E | | 596 | 6 |
| 143F | | 596 | 6 |
| 143J | | 607 | 6 |
| 143K | | 607 | 6 |
| 143D | | 617 | 6 |
| 148 | | 609 | 6 |
| 149 | | 611 | 6 |
| 150 | | 611 | 6 |
| 152B | | 630 | 6 |
| 152C | | 630 | 6 |

**I N D E X**

Tuesday, March 10, 2020 - Volume 2

Tuesday, March 10, 2020 - Volume 2

Wednesday, March 11, 2020 - Volume 3

Monday, July 6, 2020 - Volume 4

Tuesday, July 7, 2020 - Volume 5

Wednesday, July 8, 2020 - Volume 6

Thursday, July 9, 2020 - Volume 7

Friday, July 10, 2020 - Volume 8