ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:	415-782-6000
Facsimile:	415-782-6011
E-Mail:	adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:	415-652-8569
E-Mail:	valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY ALEXANDROVICH NIKULIN,<br><br>Defendant. | No. 16-CR-00440-1WHA<br><br>STIPULATION REGARDING POST-TRIAL MOTIONS BRIEFING SCHEDULE &<br><br>[PROPOSED] ORDER |

THE PARTIES STIPULATE AS FOLLOWS:

The parties agree and request that the Court accept the following timeline for Rule 29/Motion for New Trial filings:

- September 1, 2020: Defendant's post-trial motion due;

- September 15, 2020: Government's opposition due;

1

*USA v. Nikulin*
**Case Number: 16-CR-00440-1WHA**
**Stipulation and Proposed Order**

- September 22, 2020: Defendant's reply (if any) due; and

- September 29, 2020: Hearing on post-trial motion.

SO STIPULATED AND AGREED:

DATED: August 5, 2020

/s/ *Adam Gasner* _____
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: August 5, 2020

/s/ *Valery Nechay* _____
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: August 5, 2020

/s/ *Michelle Kane* _____
Michelle J. Kane
ASSISTANT UNITED STATES ATTORNEY

DATED: August 5, 2020

/s/ *Katherine Wawrzniak*_____
Katherine Wawrzyniak
ASSISTANT UNITED STATES ATTORNEY

**ORDER**

IT IS HEREBY ORDERED that the post-trial motion filing timeline shall proceed as follows:

- September 1, 2020: Defendant's post-trial motion due;

- September 15, 2020: Government's opposition due;

- September 22, 2020: Defendant's reply (if any) due; and

- September 29, 2020: Hearing on post-trial motion.

DATED: August_____, 2020

_____
HON. WILLIAM ALSUP
United States District Judge

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102