ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:    415-782-6000
Facsimile:    415-782-6011
E-Mail:       adam@gasnerlaw.com

VALERY NECHAY (SBN 314752)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:    415-652-8569
E-Mail:       valerynechaylaw@gmail.com

Attorneys for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-00440-1WHA |
| Plaintiff, | |
| v. | STIPULATION REGARDING POST-TRIAL MOTIONS BRIEFING SCHEDULE & |
| YEVGENIY ALEXANDROVICH NIKULIN, | [PROPOSED] ORDER |
| Defendant. | (AS MODIFIED) |

THE PARTIES STIPULATE AS FOLLOWS:

The parties agree and request that the Court accept the following timeline for Rule 29/Motion for New Trial filings:

- September 1, 2020: Defendant's post-trial motion due;

- September 15, 2020: Government's opposition due;

- September 22, 2020: Defendant's reply (if any) due; and

- September 29, 2020: Hearing on post-trial motion.

SO STIPULATED AND AGREED:

DATED: August 5, 2020

/s/ *Adam Gasner* _____
Adam G. Gasner, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: August 5, 2020

/s/ *Valery Nechay* _____
Valery Nechay, Esq.
Attorney for Defendant
YEVGENIY ALEXANDROVICH NIKULIN

DATED: August 5, 2020

/s/ *Michelle Kane* _____
Michelle J. Kane
ASSISTANT UNITED STATES ATTORNEY

DATED: August 5, 2020

/s/ *Katherine Wawrzniak*_____
Katherine Wawrzyniak
ASSISTANT UNITED STATES ATTORNEY

**ORDER**

IT IS HEREBY ORDERED that the post-trial motion filing timeline shall proceed as follows:

- ~~September 1,~~ August 25 at noon, 2020: Defendant's post-trial motion due;

- September ~~15~~ 8 at noon, 2020: Government's opposition due;

- September ~~22~~ 15 at noon, 2020: Defendant's reply (if any) due; and

- September 29, 2020: Hearing on post-trial motion.

DATED: August __6__, 2020

_____
HON. WILLIAM ALSUP
United States District Judge

2

*USA v. Nikulin*
**Case Number: 16-CR-00440-1WHA**
**Stipulation and ~~Proposed~~ Order**