Dear William Alsup!

Пишет Вам Никулин Евгений Александрович 19.10.1987 г.р.

У меня есть несколько просьб, относительно моего содержания в тюрьме. На суде, если Вы помните, я просил через своего адвоката, Вас, что-бы Вы разрешили мне портативную видеоигру (на подобие PSP slim, Nintendo lite, Gameboy или им подобных) - что я могу ей пользоваться и что возможно её передать, к сожалению мои адвокаты и семья - так и не смогли мне её передать - ссылаясь на правила-руководство тюрьмы, я хотел бы Вас попросить, что-бы Вы прислали мне и моим адвокатам, документ-подтверждающий, что-мне разрешено передать/иметь и пользоваться видеоигрой, а так же дополнительными устройствами к ней (зарядное устройство, наушники, USB-провода и т.д).

Я так же хочу попросить Вас, разрешение на передачу персонального радиоприёмника + MP3 плеера.

Контакты Адвокатов: Valery Nechay valeryNechaylaw@gmail.com

Контакты Семьи: Anna Shvedova 4555555@mail.ru

Mikhail Nikulin mihussnik@mail.ru

Буду ждать Вашего ответа (разрешения).

С уважением Никулин Евгений.

6 august 2020.

FILED
AUG 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I *think* this is for 16-CR-440 WHA-1.

—Lauren