1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
5 | Assistant United States Attorney

6 |     1301 Clay Street, Suite 340S
    Oakland, California 94612
7 |     Telephone: (510) 637-3680
    FAX: (510) 637-3724
8 |     michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
| Plaintiff, | **CERTIFIED TRANSLATION OF LETTER** |
| v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
| Defendant. | |

Attached at Exhibit A is a certified translation of the letter sent from defendant Yevgeniy Nikulin to the Court and filed at docket number 269.

DATED: September 3, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

CERTIFIED TRANSLATION OF LETTER
CR 16-00440 WHA

# EXHIBIT A

Dear William Alsup!

This letter to you is written by Yevgeniy Alexandrovich Nikulin, born October 19, 1987.

I have a few requests regarding my confinement in jail. In court, if you recall, I asked you through my lawyer to allow me a portable video game player (something like a PSP slim, Nintendo lite, Gameboy, or similar) that I could use and that it could be given to me, unfortunately, my lawyers and family for some reason have not been able to give it to me because of the jail's rules-guidelines, I would like to ask you to send me and my lawyers a document confirming that I am allowed to receive/have and use a videogame and additional attachments to it (charger, earbuds, USB-cord, etc.).

I also want to ask you for permission to receive a personal radio and MP3 player.

| | |
|---|---|
| Lawyer's contact information: | Valery Nechay valerynechaylaw@gmail.com |
| Family's contact information: | Anna Shvedova 4555555@mail.ru |
| | Mikhail Nikulin mihussnik@mail.ru |

I await your response (permission).

Respectfully yours, Yevgeniy Nikulin

August 6, 2020

[Signature]



FILED
AUG 10 2020
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Handwritten note in English]



[Envelope in English]



# DECLARATION AND CERTIFICATION OF TRANSLATION
## Pursuant to Government Code Section 27293

I, _Elizabeth Adams_, declare that I am:
(Name of interpreter/translator)

☐ A certified or registered Court Interpreter as described in Section 68561 of the Government Code

☒ An Accredited Translator registered with the American Translators Association

I am certified/registered to interpret and translate from the _Russian_ language to the ENGLISH language. _Certification # 458102_

I declare to the best of my abilities and belief that this is a true and accurate translation of the _Russian_ language text of _269 - Letter from Nikulin to WHA_
(Insert title of document)

### Specific Description of the Document

_US v. Yevgeniy Aleksandrovich Nikulin-16-CR-00440 WHA; Letter addressed to Honorable William H. Alsup from defendant Yevgeniy A. Nikulin._

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Subscribed to this _1_ day of _September_, 20 _20_, at _Everett_, _WA_.
(Day) (Month) (Yr) (City) (State)

_[signature] Adams_
Signature of Interpreter/Translator

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

### Certificate of Acknowledgement

State of _Washington_ County of _Snohomish_

On _September 1, 2020_ before me, _Jennifer M Brewer_,
(Insert name and title of the officer)

Personally appeared _Elizabeth Adams_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed, the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

☐ Personally Known OR ☒ Produced Identification.

Type of Identification produced _WA DL_
_ADAMS EH 430S_

WITNESS my hand and official seal

_[signature] Jennifer M Brewer_
NOTARY SIGNATURE

JENNIFER M BREWER
NOTARY PUBLIC
STATE OF WASHINGTON
My Commission Expires May 1, 2022

CC600 (10/28/2016 Rev.)