Dear William Alsup.

I would like repeat my request, as you do not reply to my previous mail letter.

I would like again write my request about portable personal videogame. Let us me written form (document) which permit to have and use personality handheld videogame. The more so you maked verbal "allow to have". I'm very long time in prison (jail), from 2016 year. My family give to me (send to me) portable videogave via Sony PSP.

Contacts: Valery Nechay - valeryNechaylaw@gmail.com • Attorney
Mihail Nikulin - mihussnik@mail.ru • Brother
Anna Shvedova - 4555555@mail.ru • Friend

for copy documents.

P.S. Previous letter I'm send to you 6 august 2020.

16-CR-440 WHA

Nikulin Evgeniy (Yevgeniy)
August. 26. 2020

Thank.

FILED
AUG 31 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

P.P.S. Can you return to me my life?

My mail address: Nikulin Yevgeniy #1229403
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063
but I'm uncertain.