Case 3:16-cr-00440-WHA   Document 273   Filed 09/10/20   Page 1 of 2

FILED    RECEIVED
SEP 10 2020    SEP 10 2020
SUSAN Y. SOONG    SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT    CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA    NORTHERN DISTRICT OF CALIFORNIA

Dear William Alsup,

Я написал уже Вам два письма по почте, Вы должны были получить их и прочитать, но к сожалению, Я, Никулин Евгений - никаких разрешений и ответов до сих пор не получил.

Я напомню Вам, я просил дать мне письменное разрешение на использование персональной игровой приставке. Так же прошу, что бы мне вернули старую игровую консоль, которую у меня забрали потому что я сидел с ней и разговаривал по телефону, то есть вышел в общий зал из своей комнаты и понёс её на зарядку, (потому что зарядить в комнате мне не разрешают) и решил по пути позвонить со стационарного тюремного телефона родителям. Во время разговора ко мне подошёл охранник и сказал что-бы я убрал игровую приставку в свою комнату, что я и сделал. На следующий день, ко мне пришли охранники и отобрали игру. Я считаю это противозаконно и не справедливо. Прошу Вас поэтому письменное разрешение на использование, а так же на передачу новой игровой консоли. (аналог Nintendo 3ds и т.д.) (PSP) handheld, portable. Их много разных. Закон же позволяет.

Первое письмо отправил 6 августа, второе 26 августа 2020г.

Thanks

Никулин Евгений
Nikulin Yevgeniy
06 September 2020.



stjude.org/givehope

P.S

Can you reply, I send to you 2 letters with request about videogame and FM-Radio, if I not have right?



RECEIVED

SEP 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA