1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorney

6         1301 Clay Street, Suite 340S
          Oakland, California 94612
7         Telephone: (510) 637-3680
          FAX: (510) 637-3724
8         michelle.kane3@usdoj.gov
          katherine.wawrzyniak@usdoj.gov
9
   Attorneys for United States of America
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )   No. CR 16-00440 WHA
15                                    )
          Plaintiff,                  )   **CERTIFIED TRANSLATION OF LETTER**
16                                    )
      v.                              )
17                                    )
   YEVGENIY ALEXANDROVICH NIKULIN,    )
18                                    )
          Defendant.                  )
19                                    )
                                      )
20 _____)

21        Attached at Exhibit A is a certified translation of the letter sent from defendant Yevgeniy Nikulin

22 to the Court and filed at docket number 273.

23 DATED: September 17, 2020              Respectfully submitted,

24                                         DAVID L. ANDERSON
                                           United States Attorney
25

26                                         /s/
                                           MICHELLE J. KANE
27                                         KATHERINE L. WAWRZYNIAK
                                           Assistant United States Attorneys
28

   CERTIFIED TRANSLATION OF LETTER
   CR 16-00440 WHA

# EXHIBIT A

**FILED**

SEP 10 2020

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

SEP 10 2020

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear William Alsup!

I already wrote you two [illegible] and mailed them, you should have already received and read them, but unfortunately I, Yevgeniy Nikulin, have not received any permissions or responses yet.

I remind you that I requested written permission to use a personal gaming device. I also request that my old gaming console be returned to me, which was taken from me because I was sitting with it and talking on the phone, what I mean is I went out into the common area from my room and took it to charge it (because I am not allowed to charge it in my room) and decided on the way to call my parents from the jail's landline phone. While I was talking, a guard came up to me and told me to take the gaming console back to my room, which I did. The next day, the guards came and took my game. I feel this is unlawful and unjust. That is why I request that you give written permission to use [it] and also [permission] to give me a new gaming console (something like a Nintendo 3DS etc.) (PSP) handheld, portable. There are lots of different ones. The law allows it.

I sent the first letter on August 6, the second on August 26, 2020.

Thanks

Yevgeniy Nikulin

[Name handwritten in English]

06 September 2020



American Translators Association
Elizabeth H. Adams
Russian into English
Certification #458102
Certified Translator
Verify at www.atanet.org/verify

[Handwritten note in English]

**RECEIVED**

SEP 10 2020

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

