Case 3:16-cr-00440-WHA   Document 286   Filed 10/28/20   Page 1 of 3

RECEIVED
OCT 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Уважаемый William Alsup!

Я очень разочарован Вашим приговором, Вы имели право меня освободить прямо в зале суда, я бы подал аппеляцию на ваше решение держать меня и далее под стражей, но я не знаю как подать жалобу/касацию - мои адвокаты говорят, что не стоит подавать аппеляцию - но я как живой человек, просто разочарован справедливостью и законом. Я понимаю, что Вы можете дать и 10 лет и 20 и 54 года, это в вашей юрисдикции, но закон другой, меня должны были освободить в 2016году и не брать под арест.

Я разговаривал с Valery Nechay - моим адвокатом, она не будет подавать аппеляцию, если я не буду настаивать, просто Вы могли бы освободить - Я с 2016г. в тюрьме, это долгий срок, но Вы видимо думаете по-другому. Я лично не считаю себя виновным, виноватым, я уже не раз говорил. Возможно мои адвокаты и без меня могут подать жалобу или аппеляцию на освобождении из под стражи, я не знаю их дальнейшие действия. Но я могу сказать одно, мои права нарушены, грубым образом. По моим расчётам меня должны освободить в конце ноября 2022 года, по Вашим словам точнее, а я хотел бы что-бы меня сейчас же освободили. Вам рассказать, что нарушено или Вы сами знаете или может догадаетесь? Если надо я Вам напишу, сообщите.

Евгений Никулин
18 октября 2020

From: Nikulin Yevgeniy #B12312207
Santa Rita Jail
5325 Broder Blvd,
Dublin, CA 94568

To: Judge William Alsup
United States District Court (Northern)
450 Golden Gate Ave.,
San Francisco, CA 94102

OAKLAND CA 945
21 OCT 2020 PM 6 L

RECEIVED
OCT 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-355159

