Доброго дня, уважаемый William Alsup!

Я хотел бы сообщить, что я получил Ваше письмо об аппеляции, к сожалению оно на Английском языке и я не всё понял, но понял основное, мой адвокат (которого мне наняли) Adam Gasner - подал аппеляционную (касацию) жалобу, на сокращение мер пресечения, а то есть, что-бы меня освободили, а так же, что заседание и слушание состоится в Феврале 2021. Хоть, что освободить Вы меня не хотите, я в общем и не расчитывало на аппеляцию, Вы считаете видимо что мои права соблюдены.

Но тем не менее, я пишу лишь потому-что - Если Вы пишите и хотите мне что-то сообщить, то прикладывайте перевод писем, я понимаю и читаю только на моём родном языке - Русском, я многократно это говорил. Я из России и в России, люди говорят и пишут на русском, не многое количество знает английский.

Прошу освободить меня, я с 2016 года под арестом, либо в законе ошибки, либо в головах тех, кто писал этот закон и следует тому, что написано безприкословно, без оглядки на то, что происходит вокруг и что граничит с реальностью, я прекрасно понимаю, что Вы можете делать всё это Вам захочется, это называется - насильственные действия. Я ещё раз повторю, я не в чём не виноват, меня держат по закону - который противоречит разумной логике и гуманности.

Никулин Евгений (Nikulin Yevgeniy)

23 october 2020

RECEIVED
OCT 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SCANNED

P.S. Я понятия не имею, почему мои адвокаты (я не знаю кто их нанимал) не могут выиграть дело и нормально защитить, ведь мои права настолько нарушены, что словами и не передать, при том при всём, они в курсе этих правонарушений, и Вы тоже.

From: Nikolin Yevgeniy #32312207
Santa Rita Jail
5325 Broder Blvd,
Dublin, CA 94568

OAKLAND CA 945
28 OCT 2020 PM 4 L

"United States Northern Court
Golden Gate Ave., CA 94102

RECEIVED
OCT 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

16-cr-00440 (Docket No.)
20322 (9th Cir. Case Number)

94102-355198



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568

© USPS 2019