16-CR 00440-WHA

**FILED**
MAR 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Доброго дня William Alsup!

Я расстроен, что Вы отказали мне в просьбе освободить меня, сказали что НЕ МОЖЕТЕ, хотя Вы в праве меня освободить. Вы же должны соблюдать закон и порядок, уж не говоря об милосердии и помощи, но к сожалению с 2016 года меня приговаривают сидеть дальше и чего-то там ждать, записали в бесконечный цикл повторов одного и того же, сидеть в строгом режиме и терпеть всё что происходит вокруг меня, все оскорбления и издевательства и насмешки, извените, но меня обвиняют в компьютерных преступлениях, зачем надо мной издеваться и пародировать меня. Я с 2016 года отрицаю свою виновность и говорю, если Вы считаете, что я против в LinkedIn, DropBox и т.д., будьте добры доказать и предъявить доказательства. А мне в ответ — всё нормально Евгений — сидите в строгом режиме, а мы будем еще над Вами каждый день издеваться, пока Вы не признаетесь, и всё что Вы скажите, мы используем против Вас, любое Ваше слово ЗАТРОЛЛИМ, и ИЗВРАТИМ и мы так и будем Вас бесконечно держать в тюрьме и издеваться и бесконечно продлевать арест.

Ну да — Вы больны, злостью-завистью, и это мягкая неприязнь ко мне (думаю я про себя), надеюсь Вас когда-нибудь за это накажут.

1) Я еще раз хочу попросить меня освободить.
2) Походатайствуйте что-бы мне дали видеоигру Nintendo 3ds или аналог. Телефоны моих адвокатов у Вас должны быть и место моей дислокации.
3) Нормальный режим и тюрьма у Вас есть? Вы в курсе где я вообще нахожусь, должны бы это знать.

Nikulin Yevgeniy
08. МАРТА 2021



Nikulin Yevgeniy #24827111
FCI Mendota
CA 93640

FRESNO CA 936
12 MAR 2021 PM 1 L

To: William Alsup - Judge
Court House 19th
450 Golden Gate Ave.,
San Francisco, CA

RECEIVED
MAR 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA