```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov
```

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00440 WHA |
|---|---|
| Plaintiff, | ) **CERTIFIED TRANSLATION OF LETTER** |
| v. | ) |
| YEVGENIY ALEXANDROVICH NIKULIN, | ) |
| Defendant. | ) |

    Attached at Exhibit A is a certified translation of the letter sent from defendant Yevgeniy Nikulin to the Court and filed at docket number 321.

DATED: March 29, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
MICHELLE J. KANE
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

CERTIFIED TRANSLATION OF LETTER
CR 16-00440 WHA

# EXHIBIT A

16 - CR 00440-WHA

**FILED**

MAR 15 2021

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Good day William Alsup!

I am upset that you refused my request to be released, saying that you CANNOT, even though you have the right to release me, you ought to follow the law and procedure, to say nothing of mercy and help, but unfortunately since 2016 I have been sentenced to sit [here] longer and wait for something, [you] signed [me] up for an endless cycle of repetitions of the same thing, to sit in maximum security and put up with everything going on around me, all the insults and abuse and ridicule, pardon me, but I'm accused of computer crimes, why abuse me and parody me, since 2016 I have denied my guilt and I say if you believe I broke into LinkedIn, DropBox, etc., be so good as to prove [it] and present the evidence. The reply is – it's fine Yevgeniy, sit in maximum security, and we will abuse you every day until you confess, and we will use anything you say against you, we will TROLL your every word and turn it [against you], and we will keep you in prison forever like this and abuse [you] and endlessly extend your arrest.

Well, you are sick with anger and envy, and it is personal enmity against me (I'm thinking of myself), I hope you will be punished for it someday.

1) Again, I want to ask [you] to release me.

2) Petition for them to give me a Nintendo 3ds videogame or something similar. You should have the phone numbers for my lawyers and the address where I am located.

3) Do you have normal security and [a normal] prison? Do you have any idea where I am, you ought to know.

Nikulin Yevgeniy

08 March 2021



American Translators Association
Elizabeth H. Adams
Russian into English
Certification #458102
Certified Translator

Verify at www.atanet.org/verify

[Envelope in English]



# DECLARATION AND CERTIFICATION OF TRANSLATION
## Pursuant to Government Code Section 27293

I, __Elizabeth Adams__, declare that I am:
(Name of interpreter/translator)

☐ A certified or registered Court Interpreter as described in Section 68561 of the Government Code
☒ An Accredited Translator registered with the American Translators Association

I am certified/registered to interpret and translate from the __Russian__ language to the ENGLISH language.

I declare to the best of my abilities and belief that this is a true and accurate translation of the __Russian__ language text of __Yevgeniy Nikulin letter__.
(Insert title of document)

**Specific Description of the Document**

__US v. Yevgeniy Aleksandrovich Nikulin -16-CR-00440-WHA; Letter dated 3-15-2021 - Dkt. # 321__

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Subscribed to this __24th__ day of __March__, 20__21__, at __Everett__, __WA__.
(Day) (Month) (Yr) (City) (State)

__[signature]__
Signature of Interpreter/Translator

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**Certificate of Acknowledgement**

State of __Washington__ County of __Snohomish__

On __3/24/2021__ before me, __Deborah A. Kick__,
(Insert name and title of the officer)

Personally appeared __Elizabeth Adams__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed, the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

☐ Personally Known OR ☒ Produced Identification.
Type of Identification produced __WA-DL  WDL78P56C03B__

WITNESS my hand and official seal

NOTARY PUBLIC
STATE OF WASHINGTON
DEBORAH ANNE KICK
License number 49744
My Commission Expires 10-20-2024

__[signature]__
NOTARY SIGNATURE

CC600 (10/28/2016 Rev.)