Доброго дня Виллям Алсап! Это пишет Никулин Евгений Александрович 19.10.1987 г.р. Я хотел бы ещё раз попросить меня освободить, что-бы я смог разобраться где мне безопаснее находиться, в США или России, или в какой-то некой третьей стране. Я очень разочарован что Вы не удовлетворили мою просьбу на заседании суда, об освобождении. Я не буду рассказывать и жаловаться, Вы и так должны быть в курсе где, когда и сколько я нахожусь. Я очень разочарован в правосудии.

Мою просьбу выдать мне игровую портативную консоль типа Sony Playstation PSP-2000, Gameboy, Nintendo 3dS или альтернативную. Сейчас 28.01.2021, а первое письмо о просьбе дать письменное разрешение на владение игровой приставкой я написал ещё в январе 2020 года (примерно) - возможно и раньше. Вы устно удовлетворили мою просьбу, но выполнена она не была. Это элементарная просьба и даже её выполнить не в состоянии, я молчу про просьбы более важные. Вы обещали меня освободить в ноябре 2022 года, но моим расчётам, что мешает меня освободить сейчас в 2021 или почему меня не освободили в 2016г. октябрь (это ТОГДА когда меня задержали - почему все суды я проиграл от окружного до наивысшего, это время я находился в камере, ситуацию, что и как там было я не хочу, а конституционный суд решил, что я незаконно задержан, что меня так долго противозаконно удерживали, и решил он это только после моей экстрадиции, т.е после того как меня забрали в США, по разрешению правительства Чешской Республики, хотя у меня ещё была возможность подать жалобу в конституционный суд, а далее в суд по правам человека (Европейский), но уже я в США и что там решила Европа, не важно - как я понимаю - или Вы прислушиваетесь к тем многим судам, решениям судов и практики международных судов?

Я долгое время не видел моих РОДНЫХ, никаких личных или видеовизитов я не получал, мне только приходила и навещала Валерия Нечай, за что ей спасибо, я был рад женскому вниманию такой красивой женщины, спасибо ей за моральную поддержку, работники тюрем отвечают, что либо нет видеопосещений, либо из России это сделать сложно, невозможно. Я долгое время не видел свою подругу Анну Шведову, проживающую в Российской Федерации - городе Москве, мы оба были бы рады видеть друг друга, мы в отношениях были 6 лет, с 2010 до момента задержания - после задержания я её не видел.

У меня есть просьбы и по медицинской части, но просить Вас о них я наверное не буду, Вы же не рассматриваете что со мной происходит и где я содержался и содержусь, Вам без разницы - в подвале или в гробу меня держат.

Я первый раз сталкиваюсь с таким правосудием, таким противозаконным. Вы можете помочь мне увидеть моих РОДНЫХ? Вы можете помочь об моём освобождении, Вы можете ~~помочь~~ помочь получить портативную игру? DA. Можете. Но судя по всему - у Вас нет желания помогать мне.

Я читал о Вас, Вы занимаетесь в основном делами о информационных технологиях и компьютерах, никаких правда отзывов я о Вас не видел, но раз Вы занимаетесь компьютерами столько лет, то должны понимать какие доказательства приемлемы, а какие нет, и должны понимать, что держать подсудимого с октября 2016 года до вынесения решения об виновности в сентябре 2020, как минимум противозаконно, да я читал Ваш Американский закон - Вы можете писать что угодно, что в голову взбредёт, как придумаете и напишите так и будет, в общем как и в других странах, включая Россию, почему Вы пишете бред - это большой вопрос, бред и вред в законах и действиях по отношению к людям. О своём я настаиваю и настаивал с момента задержания.

Но что я говорю и о чём настаиваю, всем безразлично. Мне очень интересно от чего и почему нарушают мои права, человеческие просьбы и почему меня так долго держат под арестом, в чём дело - мне объяснить не могут.

Секрет не расскажите, а?

Вы на письма отвечаете? Вы могли бы мне ответить или Ваш клерк, который я судя по всему понравился и симпатичен, мне было бы интересно почитать Ваше мнение и ваше решение, кстати которое я так и не получил. Мне на руки должны были выдать и сказать когда меня освободят, к сожалению никаких бумаг о дате освобождения я не получал, так что мне не известно когда меня освободят. Только с ваших слов, что Вы ещё добавляете 26 месяцев - уже к отбывшему сроку, то есть по моим расчётам ноябрь 2022 должны освободить или Вы будете и дальше до бесконечности объявлять и держать меня? Вы можете, это я понял ещё в 2016. Меня же в 2016 сразу же приговорили, причём нарушая все писаные и неписаные законы, без разбирательств, штампы поставили. Меня в чём обвиняют то? Всё соответствует обвинению и мерам задержания и содержания под арестом?! Я иначе думаю. Да дело даже не в обвинениях, а дело в том что происходит вокруг, вы считаете всё хорошо?! Моё мнение Вы читали и слышали, или по крайней мере можете предположить, раз я Вам письма пишу о просьбах простых.

Продиктуйте Ваш ответ клерку, и отправьте мне лично, я прошу, адрес где я нахожусь у Вас думаю есть. Спасибо.

Никулин Евгений   28 января 2021.



From: Nikulin Yevgeniy

To: William Alsup * United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA
94102-3434

RECEIVED
FEB 03 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA