16-440
WHA

To Judge, (Sorry for my bad English, I'm from Russian Federation, I'm citizen of Moscow city)

Hello William Alsup! It's a Nikulin Evgeniy Aleksandrovich 19.10.1987 y., you are written my first name Y Evgeniy, But it's not right, my name is in header - Evgeniy, But this is not my question or big problem.

I'm don't know what the big problem give to me freedom or send me to Russian Federation, Moscow city. May be you a think, close to Room - young man is good and normally, my arrest in 2016 october - right now is 2021 may, my arrest was been in Europe, Czech Republic - and I'm really, close very strong\very hard without walking to outside/street, I'm stay witout this - from 2016 oct., and I'm don't know why, it's don't normally, who is director this prisons - Maniac, who don't like me, very much? Yes. Who say - Close Nikulin E.A and ПЫТАТЬ his, I'm don't remember normaly peoples from 2016, what the place this, all peoples from 2016 - playing with me - to GAME - I'm asking: "Why I'm closed were strong it's don't normal - and all peoples, attorneys, church man, family, girlfriend, securities of this places, doctors, prisoners - etc, say to me, all good, you Return to Moscow, 100%, We are wait a courts with you.

I'm say: I'm have a question: "When I go to Russia, Moscow" - And no answer to me from 2016.

Give to me information when I'm fly to Russian Federation, you are judge, and you have this info about my Extradition, from U.S.

Домой меня верните, в Россию, Выдайте мне

police,

FILED JUN 01 2021 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

SCANNED

135

136

документы об моём освобождении, хватит издеваться.

Nikolin Yevgeniy A. 19.10.87
23 may 2021.

P.S. Я спрашивал Valery Nechay, Adam Gasner, Arkady Bukh, Grigoriy Grossman, Litvak Igor — но они не знают, когда я домой.

А так же Кузнецова Людмила 09.11.86 (жена)
Шведова Анна 08.08.91 (жена)

Родители: Сокурдонова Любовь 28.02.60 / Александр

тоже не знают о том вернут ли меня в Россию, и это продолжается с 2016.



Nikulin Yevgeniy A. 19.10.87
LCC Oakdale
507 E. Whatley Road
Oakdale, Louisiana 71463-5010

SHREVEPORT LA 710
25 MAY 2021 PM 2 L

Judge William Alsup
9th Circle. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

94102-342414

RECEIVED
JUN 01 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA