**Page 1, one word in Russian:**

Torture - пытать

**Page 1, bottom of page, in Russian:**

Send me back home, to Russia, issue to me

**Beginning of Page 2 with "136" in the left margin:**

the documents of my release, enough mistreatment already.

 [signature and date in English]

P.S. - I have asked Valery Nechay, Adam Gasner,,,,,,,,,,, Litvak, Igor - but they don't know when I *[go]* home.

As well as, Kuznetsova, Lyudmila, 11/09/86 (wife)
            Shvedova, Anna, 08/08/91 (wife)
   Parents:  Sokirdonova, Lyubov', 02/28/1960/Aleksandr,
also don't know whether I will be returned to Russia, and this has been going on since 2016.


*Declaration of Translator*

*I, the undersigned, say: I am a Certified Court Interpreter of the Russian Language in the State of California, I am familiar with the English and Russian languages, I have translated portions of a handwritten "Nikulin June 1.pdf"  that are written in Russian from RUSSIAN into ENGLISH and that the above translation is the true and correct translation of the same.*

*I certify and declare under the penalty of perjury that the foregoing is true and correct. Executed on ____June 8, 2021___in Kenwood, CA.*

_____ _____*Maria G. Entchevitch,*

*Certified Court Interpreter, The Judicial Council of California, State of California, Certification # 301144*