16-cr-00440-WHA-1

RECEIVED
AUG -3 2021
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Good morning William Alsup!
I write to you letters, but you don't answer to me, I have few questions.

1.) Are you is o'right? Why I can't see my family, friends, wife - I not have videovisits or phone calls, can you help to me? Can you send special letter to "BOP" Federal Correctional Complex Oakdale, for TURN ON trulincs account system, for electronically messages on computer and phone calls, right now is disabled.
How I can see my family, girlfriend etc? I don't see on my family long time - 4 years. Why Administration say to me, "No! You are not can't this". Where is my family? I don't know. Attorneys is silent, no answers to me or lie. I not have family more?

2.) Can you give to me freedom? I want go to freedom. Where is law? You think all O'k with my case? You know where I placed and what with me? If you know truth - you gived to me freedom, and if you normally, I don't know where is normally peoples from 2016 year. You want kill me? I long time here.

3.) I asking Administration this place about, can I have a DVD-player with Russian audiobooks, pictures, movies, cartoons and other content, he is say "NO" - What it is? Discrimination? If I know Russian, and I don't know English - I learn 3rd year. But, Law statues - say: "If your first language, don't English, you can watching news, movies etc on your language..." - for what I listen lie? Can you help to me? And you say/said - yes, I

can have a portable device for Recreation time, a videogame with chess or checkers and with dictionary translation, I not have a friends and I can't speak with others peoples, they is silent, not answered to me, lie to me or "we are can't understanding" - not, ~~to~~ Not we - I can't understanding, may be this is very big joke? And yes, I don't know what they is say. You give to me "approve" to use a DVD and hand videogame, but I ~~not~~ have. This is not big problem, but if I have... I have many freetime.

4.) What you think about a magic? Magically prisons? About me - I normal boy, but peoples lie about me, about my life and about what around me. I not have true information from 2016. You can sent: "Nikulin, are you are free". It's all" Or Human Rights Watch - they is know about me, I think, I write letters to him. What is problem my incarcellation?

5) What you think about "Maniacs"? I know very many, from 2016, womens/mens. - What's you want/need from me? What's with you? ~~~~ How you think: "all peoples can be wrong? Are Nikulin is true? No?"

6) Please, send to me documents about my freedom.
7) Stop lie to me
8) Please, send copy this letter to my attorneys. - Who is my attorneys right now?

Nikulin Yevgeniy A.
26 July 2021.

P.S. You know my right very good, why I not freedom? Can you reply?



Nikulin Yevgeniy
Federal Correctional Complex OakDale
P.O. Box 5060
Louisiana 71463

Yevgeniy

Nikulin

16440

"Judge William Alsup"
United States Courthouse
450 Golden Gate Avenue
Internal Box 36060
San Francisco, CA 94102-3434