16-CR-440 WHA-1       SCANNED

Good a day, Judge William Alsup! it's a Nikulin Yev-
geniy 19.10.87y. I have a few questions and some requests
for Courtroom and I'm need yours knowledges. Thx, for
help.

① Send to me please, date when I go to freedom, my
documents about my next life - what is next, I not have.

② Constitutional Rules give to me Rights - see on my
family and my friends, but I can't make phone call, I can't
make phones calls to my attorneys or any peoples, my account
is doesn't working. I watchin my family 4 years ago, And
all peoples say to me - NO! You not have privelegies for this.
Help to me - Resolve it easy question.

③ You are say - I can have DVD-player with Russians
movies, musics, audiobooks, pictures - but Administration "make"
limit for USB-drive a 16Gb (or 5-6 movies) only, if I have
more - this is deleted, other files. And third USB-drive from
family - they is formated (remove/deleted) all files from flash
drive - (Administration), and after take my DVD- and don't return
to me (All content is normal, without censore, I don't
know why, they is make this - I think - they is don't normally)
And my videogame - they is don't give to me back, but you
said = I can have a portable videogame - aka Nintendo DS,
can you send special request, if I can have-for prison.

Nikulin E.A
08. July 21

RECEIVED
JUL 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Nikulin Yevgeniy A. #248711A
Federal Correctional Complex OakDale
P.O. Box 5007
OakDale, Louisiana 71469
USA

SHREVEPORT LA 710
9 JUL 2021   PM 3 L

94102-348999

To
"Judge-William Alsop"
United States district Court.
9ᵗʰ Circle
450 Golden Gate Ave.
San Francisco, CA

RECEIVED

JUL 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA