3:16-CR-00440-WHA

Hello my Dear friend - William Alsup! I'm Nikulin Yevgeniy Aleksandrovich 19.10.87. I think you will remember me. What you think about violence and kidnapping? I think you like this. What you think about my illigal imprisenation in underground, grave place - you think all good, and all true. You like rape, I know, and all peoples around me - from date 2016 oct. - like this. - Oh, tell me - it's Voldemort! I'm normal, It's all government! It's Magic! I'm can't give to you freedom. it's all - it's stupid, down system.

Tell me, you are dangerous hacker - Nikulin - and you will die, for what - it's stupid games around me. Ah, you like movie "SAW", "Escape Room", "Nightmare on the Elm Street". - I don't see logically steps around me.

Look, if I need help - Law must help to me. You don't judge, and you not have justice power for imprisonation, you are not justice law. And all "peoples" or costume party peoples from 2016, not have a power for imprisanation. kidnaping is kidnaping. Evil is evil. If you don't see this, it's big problem. I don't know, who are you and Why "peoples-animals" don't like me, I don't know who is my friend, and what's the game you playing. - I must go to freedom, I wanna be live. You say to me - you not can give to me freedom - but real judge can make this, - Who is real Judge? Man who seat with me? No. - Prison staff? No... Who is he? And for what I'm in prison? I'm not a hacker - I'm say this five years... What you need from me - money? drugs? - I not have. You need a world control? I don't have a power and I'm don't control anybody

I'm not have a superpower. I'm can't read minds others peoples, I'm not have control on others peoples. I never broke others peoples and I'm can't make this. - For what I'm here? Who I'm? I'm a good man. - But, Who I'm - Anybody know all about my life, anybody know my name/lastname. For what I'm arrested? Maybe we are have answer in Bible? For what peoples - lie about me, written many lies and don't truth. For what this tales - legends, it's Lie. You know truth...

Okey. I know, United States not friend to me, but Law on my side, on every country on this planet Earth. My mother say to me... (in this world - very many bad peoples, remember this - I think - in prison we are have 99% bad peoples - and for what I here?). My mother teach me very good - (Evil not have nation and Evil not have race..) it's big problem - if you and peoples not see Evil.. maybe Evil is invisible? For understanding not need any language... Who is win - if I'm in prison? Who is king of Mounth? What's the "Game of thrones"? For what I'm wait... 4 year... not, not I'm.. "Peoples" around me, for judgement day? You know - what Real owner this IP-address, not Rostelekom provider, Real owner provider On-Line. Who is lie - and for what? Rostelecom - it's government provider. On-Line is corporation/company. But this is little rinse in sea... You say - this IP-address registred on my name - Nikulin Yevgeniy A. 14.10.87. Provider Rostelekom. - Okey - maybe, I don't know. And address - Moscow, Kantemirovskaya 17k1 kv.250; anybody "Anonymouse" hacked sites in 2012 year, but I'm live on

other address in Moscow, with my exwife, from 2007-2008 year. I'm 5year not lived on Kantemirovskaya, and I have documents about this. But this is not problem, why I'm here, yes?! Yes, we are have others problems. - And I need know, who I'm... but... I have of answer, I think... When this is hack be successed, I'm stay in special medical center - I have document, I'm in 2012 very sick, it's not I'm dangerous... hacker. Sorry for my English - but I wanna... it's best if you can read my text without translate. We are have "English - second language" in Russia, from 5 to 11 classes, (in my school, two times per week - 90-135 minut), in others schools - English starting from second (2-3 classes), but I'm not learn English, and we are have in others schools - choice, for English, French, Germany languages, but in Real - peoples knowing it's languages very bad, or don't know. I'm asking special device for learn English and anothers languages, and for relaxing time, for movie, audiobooks - You say - "Yes, you can use this". I'm asking about TV/DVD player or portable device with logical games, it's for my brains, for minds. - But, your "Yes" - in Real, it's "No". But for what I'm asking your approve? if I'm illigal here... Who is Real BANDiT after this? For what I'm listen very many lies-dirty about me? Who is karen L. Landau? For what this text? - We are have anybody - who don't understanding situation? Terror - is Terror, evil is evil. I'm in "prison" and this unlegally, we are have and others problems... what's you know about vampires, energy vampires... who can use

power others peoples. You can say - it's imagination, dreams, Nikulin is crazy... No, it's real. For what you are silent and close your eyes... I think you know truth...

You never see movie/cinema "Ночной дозор и Дневной дозор"? Before ≈2018, I think - it's only movie.. no, it's real, and this big problem for me. It's documentary film, if you can't find English version - you can watch cinema "Constantin" with good and popular actor, or you like serials - if you life, please watch this: "Heroes" - peoples - who have power - aka superheroes Marvel. I like Hiro Nakamuro... And very.. very interesting movie - it's "Show Truman", about man - who is born in special big angar place, and he is don't know real world, he is lived in illusion.. All peoples around - good actors. It's movie with Jim Carny. It's same with me...

Before my arrest I have good life, I have wife and very love her, I have child and family, friends. I have good life, luxury cars, with my health - I not have problems... Right now - all died; R.I.P. - You know this very good. I'm man who not have future. I'm stay here - and this not life, I wanna stay from grave and alive again.

You know American history? Russian? It's countries friends or not? Any mans right here can be Doctors, Judges, Police; they can say this - and purchase cloth same with this professions, but who is it - really, it's big question.

You like Phantomas? What you think about control of peoples?

                        27oct.2021     Nikulin Yevgeniy A.

FROM: George [Redacted]
ID: #24827-1?? FRN
Federal Correctional Complex Oakdale
P.O. Box 5060
Louisiana 71463

FOR: "Judge-William Alsup"
Address: "United States Courthouse (Northern District)
450 Golden Gate Ave. (Polk Street)
Internal Box 36060
San Francisco, CA 94102-3434"

CASE: CR-16-00440-[illegible]-WHA-[illegible](27 Oct. 2021)

94102-430350

SHREVEPORT LA
1 NOV 2021 PM

RECEIVED
NOV - 4 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

P.S. Adam Gasner have my letters?