# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Report on Person Under Supervision

---

**Person Under Supervision**
Yevgeniy Aleksandrovich Nikulin

**Docket Number**
0971 3:16CR00440-001 WHA

**Name of Sentencing Judge:**  The Honorable William Alsup
Senior United States District Judge

**Date of Original Sentence:**  September 29, 2020

**Original Offense:**
Counts 1, 4, and 7: Computer Intrusion, 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B), Class D Felonies.
Counts 2 and 8: Intentional Transmission of Information, Code, or Command Causing Damage to a Protected Computer, 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i), Class C Felonies.
Counts 3 and 9: Aggravated Identity Theft, 18 U.S.C. § 1028A, Class E Felonies.
Count 5: Conspiracy, 18 U.S.C. §371, Class D Felony.
Count 6: Trafficking in Unauthorized Access Devices, 18 U.S.C. § 1029(a)(2) and 18 U.S.C. § 1029(c)(1)(A)(i), Class C Felony.

**Original Sentence:** 88 months custody; followed by three years supervised release.

**Special Conditions:** Must not commit another crime; no contact with any employee of the victim companies; must have full-time employment/training/job search; restitution and special assessment; mental health treatment program; check voice mail and/or answering machine; must not own or possess firearms; search; must not possess or use a computer without prior approval of the probation officer; enroll in CIMP program; must not access the internet without prior approval; must consent to examinations of your computer equipment; must not possess or use any data encryption.

**Prior Form(s) 12:** None.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Katherine L Wawrzyniak
Michelle J. Kane
**Defense Counsel**
Adam G. Gasner (Appointed)
Valery Nechay (Appointed)

**Date Supervision Commenced**
February 24, 2023
**Date Supervision Expires**
February 23, 2026

RE:   Nikulin, Yevgeniy Aleksandrovich                                2
      0971 3:16CR00440-001 WHA

---

### Petitioning the Court to Take Judicial Notice

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated special condition number four that states you must pay any restitution and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release. |
| | On September 29, 2020, Mr. Nikulin was ordered to pay $900 special assessment and $15,000 in restitution. A total balance of $850 in the special assessment and $15,000 in restitution remains outstanding. |
| | Evidence in support of this charge included data from the Offender Payment Enhanced Report Access (OPERA). |

### Action Taken and Reason

At the time of sentencing, Mr. Nikulin was ordered to pay $15,000 in restitution and a $900 special assessment. He began his term of supervised release on February 24, 2023. According to U.S. Immigration and Customs Enforcement, Mr. Nikulin was deported on April 5, 2023, and no record of reentry had been found after deportation. Mr. Nikulin is set to expire from supervision on February 23, 2026, and will have an outstanding special assessment and restitution balance.

It is the undersigned officer's recommendation for the Court to take judicial notice of the unpaid balance and permit supervision to expire as scheduled. Pursuant to 18 U.S.C. §3613(f), the United States Attorney's Office will have the authority to collect the remaining restitution 20 years after he was sentenced or released from prison.

Respectfully submitted,                          Reviewed by:

Ana Villagomez                                   Laura Triolo
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: February 4, 2026

**RE:**   Nikulin, Yevgeniy Aleksandrovich                                                                        3
           0971 3:16CR00440-001 WHA

THE COURT ORDERS:

- ◉ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:


_February 4, 2026_____                    _____
Date                                                  Noël Wise
                                                      United States District Judge